**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | |
|---|---|---|
| Jean-Paul Romes and Lisa A. Romes | Case No.: | 24-16283 |
| | Hearing Date: | August 13, 2024 |
| | Chapter: | 11 (Small Business Subchapter V) |
| | Judge: | John K. Sherwood |

**NOTICE OF STATUS HEARING AND § 1111(b) ELECTION DEADLINE**

**11 U.S.C. § 1188(a) STATUS HEARING:**

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge. **COURT APPEARANCES ARE REQUIRED.**

**Reason for Hearing:** Status Conference

**Location of Hearing:** Courtroom No. 3D
UNITED STATES BANKRUPTCY COURT
50 WALNUT STREET, NEWARK, NJ 07102

**Date and Time:** August 13, 2024 @ 10:00 AM, or as soon thereafter as counsel may be heard.

**NOTE:** **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory** *Local Form Subchapter V Status Report* **can be found at www.njb.uscourts.gov under the "forms" tab.**

**11 U.S.C. § 1111(b) ELECTION DEADLINE:**

In accordance with Federal Rule of Bankruptcy Procedure 3014, the Court hereby directs creditors seeking a § 1111(b) election to make such election **no later than 14 days** from the filing of the debtor's plan, unless extended by further order of the Court.

**NOTICE**

**THE DEBTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE ON THE CASE DOCKET**

DATE: June 27, 2024

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on June 27, 2024 this notice was served on the following:
DEBTOR, DEBTOR'S COUNSEL, SUB CHAPTER V TRUSTEE AND UST

JEANNE A. NAUGHTON, Clerk

By: Zelda L. Haywood
Deputy Clerk

*rev. 1/22/2024*