| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Gillman, Bruton & Capone, LLC<br>60 Highway 71<br>Spring Lake Heights, NJ 07762<br>(732) 661-1664<br>Attorney for Debtor<br>By: Marc C. Capone, Esq. |

| In Re: | Case No.: **24-16283** |
|---|---|
| Jean-Paul and Lisa A. Romes | Judge: **John K. Sherwood** |
| Debtors | Chapter: 11 |

### CERTIFICATION OF DEBTORS PURSUANT TO § 1116 (1)(B)

We, Jean-Paul and Lisa A. Romes, upon our oath according to law, hereby certify as follows:

1. We are the Debtors-In-Possession in the above captioned matter and we make this certification in accordance with 11 U.S.C. § 1116(1)(B).

2. Although the bulk of our debt was accumulated through the operation of our business, the urgent care facilities have not operated for several months and all have recently been closed.

3. Accordingly, as we are filing the within Chapter 11 matter as individuals, we do not have a Balance Sheet, statement of operations or cash flow projections prepared. Thus, these documents are not annexed to our Chapter 11 petition.

We hereby certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.

4865-8941-3838, v. 1

Date:  7/3/2024                                        By: */s/ Jean-Paul Romes*_____
                                                                                   JEAN-PAUL ROMES
                                                                                   Debtor In Possession

Date:  7/3/2024                                        By: */s/ Lisa A. Romes*_____
                                                                                   LISA A. ROMES
                                                                                   Debtor In Possession