UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax #732-528-4458
bk@gbclawgroup.com

In Re:

Jean-Paul and Lisa A. Romes

Order Filed on August 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:      24-16283

Chapter:          11

Judge:      John K. Sherwood

**ORDER AUTHORIZING RETENTION OF**

Gillman, Bruton & Capone as Counsel for Debtor

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Marc C. Capone_____
as _____Counsel for Debtor In Possession_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   60 Highway 71, Unit 2
   Spring Lake Heights, NJ 07762

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*