**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Geoffrey E. Lynott, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 639-8471
Facsimile:  (973) 297-3823
Email: glynott@mccarter.com

*Attorneys for M&T Bank*

---

In re:

JEAN-PAUL ROMES AND LISA A. ROMES,

Debtors.

Case No.: 24-16283 (JKS)

Chapter 11

Hon. John K. Sherwood

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Geoffrey E. Lynott, Esq. of McCarter & English, LLP, hereby enters his appearance in the above-captioned case in accordance with Fed. R. Bankr. P. 9010(b) for M&T Bank ("M&T"). Request is made that the documents filed in this case and identified below be given and served upon the following person at the address, telephone, facsimile number and e-mail address indicated below:

> **McCARTER & ENGLISH, LLP**
> Geoffrey E. Lynott, Esq.
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102
> Telephone: (973) 639-8471
> Facsimile:  (973) 297-3823
> Email: glynott@mccarter.com

ME1 49414962v.1

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive M&T's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which M&T is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Date: August 13, 2024<br>Newark, NJ | **McCARTER & ENGLISH, LLP**<br><br>By:  */s/ Geoffrey E. Lynott*<br>Geoffrey E. Lynott<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 639-8471<br>Facsimile: (973) 297-3823<br>glynott@mccarter.com<br><br>*Attorneys for M&T Bank* |

ME1 49414962v.1