UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax #732-528-4458
bk@gbclawgroup.com

Order Filed on August 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jean-Paul and Lisa A. Romes

Case No.: _____24-16283_____

Chapter: _____11_____

Judge: _____John K. Sherwood_____

## ORDER AUTHORIZING RETENTION OF

_____Gillman, Bruton & Capone as Counsel for Debtor_____

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2024**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ Marc C. Capone _____

as _____ Counsel for Debtor In Possession _____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is:    60 Highway 71, Unit 2

                                              Spring Lake Heights, NJ 07762

                                              _____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper

        application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

        ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

        13 case. Payment to the professional may only be made after satisfactory completion of

        services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16283-JKS |
| Jean-Paul Romes | Chapter 11 |
| Lisa A. Romes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jean-Paul Romes, Lisa A. Romes, 5125 Glenbrook Rd, Stroudsburg, PA 18360-6793 |
| aty | + | Marc C. Capone, Gillman, Bruton, and Capone, LLC, 60 Highway 71, Unit 2, Spring Lake Heights, NJ 07762-1878 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | |
| | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Marc C Capone | |
| | on behalf of Joint Debtor Lisa A. Romes ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | |
| | on behalf of Debtor Jean-Paul Romes ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive. |

com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5