Cash Receipts
7/1/2024-7/31/2024
Per Bank Statements

| Date | Description | Source | Statement Period | Amount | Account Designation |
|---|---|---|---|---:|---|
| 7/1/2024 | Debit Card Credit Dicks Sporting Goods | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ 16.48 | Refund |
| 7/3/2024 | Online Transfer from 2001 | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ 360.00 | Transfer between accounts |
| 7/10/2024 | Corporate ACH Pay Locum Tenens Med | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ 15,840.00 | Jean-Paul 1099 Pay |
| 7/10/2024 | Online Transfer from 2001 | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ 3,800.00 | Transfer between accounts |
| 7/10/2024 | Online Transfer from 5397 | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ 300.00 | Transfer between accounts |
| 7/12/2024 | Online Transfer from 6282 | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ 140.00 | |
| 7/15/2024 | ATM Surcharge Reimbursement | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ 3.00 | Refund |
| 7/15/2024 | Interest Payment | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ 0.01 | Interest Income |
| 7/19/2024 | Corp ACH Payables SCI Disb 13545 | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ 8,370.21 | Jean-Paul 1099 Pay |
| 7/23/2024 | Online Transfer from 6282 | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ 411.28 | |
| 7/23/2024 | Interest Payment | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ 0.05 | Interest Income |
| 7/24/2024 | CORPORATE ACH LOCUM TENENS MED CORP PAY | PNC Joint Checking 2001 - DIP | Transaction export | $ 14,568.00 | Jean-Paul 1099 Pay |
| 7/24/2024 | Online Transfer from 2001 | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ 16,000.00 | Transfer between accounts |
| 7/24/2024 | Twh Auto Transfer From 2001 | PNC Joint Savings 0164 DIP | 7/1/2024 - 7/31/2024 | $ 250.00 | Transfer between accounts |
| 7/25/2024 | Twh Auto Transfer From 2001 | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ 25.00 | Transfer between accounts |
| 7/26/2024 | ONLINE TRANSFER FROMXXXXX5397 | PNC Joint Checking 2001 - DIP | Transaction export | $ 1,000.00 | Transfer between accounts |
| 7/29/2024 | ONLINE TRANSFER FROMXXXXX5397 | PNC Joint Checking 2001 - DIP | Transaction export | $ 1,000.00 | Transfer between accounts |
| 7/29/2024 | Online Transfer From 5397 | Lisa Personal 4943 DIP | 7/16/24 - 8/14/2024 | $ 1,000.00 | Transfer between accounts |
| 7/30/2024 | ONLINE TRANSFER FROMXXXXX5397 | PNC Joint Checking 2001 - DIP | Transaction export | $ 1,500.00 | Transfer between accounts |
| 7/31/2024 | Interest Payment | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ 0.05 | Interest Income |
| 7/31/2024 | Interest Payment | PNC Joint Savings 0164 DIP | 7/1/2024 - 7/31/2024 | $ 0.01 | Interest Income |