August
8/1/2024-8/31/2024
Cash Receipts

| Date | Description | Source | Statement Period | Amount | Account Designation |
|---|---|---|---|---|---|
| 8/14/2024 | OTHER FIN INST ATM SURCHARGE REIMB | Lisa Personal 4943 DIP | August Export | $ 1.00 | Bank Fees |
| 8/30/2024 | DEBIT CARD CREDIT    5445546006 VIS 0829 AMAZON MKTPLACE PMTS    Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ 42.14 | General Merchandise |
| 8/5/2024 | DEBIT CARD CREDIT    0934646001 VIS 0803 814 HOME & HARDWARE LL    BROCKWAY   PA | PNC Joint Checking 2001 | August Export | $ 11.12 | Home Improvement |
| 8/22/2024 | INTEREST PAYMENT | PNC Joint Checking 2001 | August Export | $ 0.03 | Interest |
| 8/31/2024 | INTEREST PAYMENT | PNC Joint Savings 0164 DIP | August Export | $ 0.01 | Interest Income |
| 8/31/2024 | INTEREST PAYMENT | PNC Joint Savings 5397 DIP | August Export | $ 0.19 | Interest Income |
| 8/8/2024 | CORPORATE ACH LOCUM TENENS MED CORP PAY | PNC Joint Checking 2001 | August Export | $ 7,920.00 | Other Income |
| 8/26/2024 | CORPORATE ACH LOCUM TENENS MED CORP PAY | PNC Joint Checking 2001 | August Export | $ 10,800.00 | Other Income |
| 8/2/2024 | CORPORATE ACH   0000013545 SCI DISBURSEMENT PAYABLES | PNC Joint Checking 2001 | August Export | $ 10,757.46 | Paychecks |
| 8/16/2024 | ACH CREDIT    21066833 AYA LOCUMS LLC  PAYROLL | PNC Joint Checking 2001 | August Export | $ 1,264.25 | Paychecks |
| 8/23/2024 | ACH CREDIT    21066833 AYA LOCUMS LLC  PAYROLL | PNC Joint Checking 2001 | August Export | $ 8,007.50 | Paychecks |
| 8/30/2024 | ACH CREDIT    21066833 AYA LOCUMS LLC  PAYROLL | PNC Joint Checking 2001 | August Export | $ 1,160.00 | Paychecks |
| 8/30/2024 | CORPORATE ACH   0000013545 SCI DISBURSEMENT PAYABLES | PNC Joint Checking 2001 | August Export | $ 9,993.36 | Paychecks |
| 8/20/2024 | ONLINE TRANSFER FROM    XXXXX6282 | PNC Joint Checking 2001 | August Export | $ 200.34 | Transfers |
| 8/22/2024 | ONLINE TRANSFER FROM    XXXXX5397 | PNC Joint Checking 2001 | August Export | $ 1,000.00 | Transfers |
| 8/26/2024 | ONLINE TRANSFER FROM    XXXXX6282 | PNC Joint Checking 2001 | August Export | $ 210.94 | Transfers |
| 8/27/2024 | ONLINE TRANSFER FROM    XXXXX2001 | Lisa Personal 4943 DIP | August Export | $ 500.00 | Transfers |
| 8/23/2024 | TWH AUTO TRANSFER FROM        XXXXX2001 | PNC Joint Savings 0164 DIP | August Export | $ 250.00 | Transfers |
| 8/27/2024 | ONLINE TRANSFER FROM    XXXXX2001 | PNC Joint Savings 5397 DIP | August Export | $ 13,000.00 | Transfers |
| 8/23/2024 | TWH AUTO TRANSFER FROM        XXXXX2001 | PNC Joint Savings 5397 DIP | August Export | $ 25.00 | Transfers |
| 8/5/2024 | ONLINE TRANSFER FROM    XXXXX2001 | PNC Joint Savings 5397 DIP | August Export | $ 5,500.00 | Transfers |