August
8/1/2024-8/31/2024
Cash Disbursements

| Date | Description | Source | Statement Period | Amount | Account Designation |
|---|---|---|---|---|---|
| 8/23/2024 | ATM WITHDRAWAL    PNCPX3469 N0823 9967 1110 N 9TH ST    STROUDSBURG  PA | PNC Joint Checking 2001 | August Export | $ (400.00) | ATMs |
| 8/5/2024 | ATM WITHDRAWAL    MACXB3892 N0803 5390 550 MAIN ST    BROCKWAY   PA | Lisa Personal 4943 DIP | August Export | $ (51.00) | ATMs |
| 8/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 MR TIRE 797  00007971  SHREWSBURY  PA | PNC Joint Checking 2001 | August Export | $ (568.58) | Auto Maintenance |
| 8/14/2024 | MONTHLY SERVICE CHARGE    LD | Lisa Personal 4943 DIP | August Export | $ (25.00) | Bank Fees |
| 8/14/2024 | INTL PURCH & ADV FEE  VIS 0813    PL | Lisa Personal 4943 DIP | August Export | $ (0.39) | Bank Fees |
| 8/1/2024 | CHECK    7463    019069142 | PNC Joint Checking 2001 | August Export | $ (985.80) | Checks Written |
| 8/21/2024 | CHECK    817    087536880 | PNC Joint Checking 2001 | August Export | $ (460.00) | Checks Written |
| 8/7/2024 | DEBIT CARD PURCHASE   XXXXX0646 TJ MAXX #826    STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (121.99) | Clothing and Shoes |
| 8/20/2024 | DEBIT CARD PURCHASE   XXXXX9967 MARSHALL MACHINERY INC   TANNERSVILLE PA | PNC Joint Checking 2001 | August Export | $ (250.00) | Clothing and Shoes |
| 8/7/2024 | ACH WEBRECUR   CKFXXXXX8710POS KUBOTA CREDIT   ONLINE PMT | PNC Joint Checking 2001 | August Export | $ (300.00) | Credit Card Payment |
| 8/9/2024 | ACH WEB    CKFXXXXX8710POS FLAGSTAR BANK   ONLINE PMT | PNC Joint Checking 2001 | August Export | $ (1,000.00) | Credit Card Payment |
| 8/26/2024 | ACH WEB    CKFXXXXX2222POS BK OF AMER VISA  ONLINE PMT | PNC Joint Checking 2001 | August Export | $ (237.62) | Credit Card Payment |
| 8/30/2024 | RECURRING DEBIT CARD   XXXXX7243 APPLECOMBILL    XXXXX7753 CA | PNC Joint Checking 2001 | August Export | $ (9.99) | Electronics |
| 8/28/2024 | N0828 5390 PAYMENT    POS00001000  0585620 Hulu    SANTA MONICA CA | Lisa Personal 4943 DIP | August Export | $ (4.23) | Electronics |
| 8/8/2024 | RECURRING DEBIT CARD  XXXXX6221 Spotify USA    XXXXX1161 NY | PNC Joint Checking 2001 | August Export | $ (21.19) | Entertainment |
| 8/23/2024 | RECURRING DEBIT CARD  XXXXX7236 Netflix.com    netflix.com CA | PNC Joint Checking 2001 | August Export | $ (24.37) | Entertainment |
| 8/1/2024 | DEBIT CARD PURCHASE   XXXXX0646 SUNOCO XXXXX6902    STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (27.31) | Gas and Fuel |
| 8/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 KWIK FILL 213    CLEARFIELD  PA | PNC Joint Checking 2001 | August Export | $ (25.03) | Gas and Fuel |
| 8/12/2024 | DEBIT CARD PURCHASE   XXXXX9967 SUNOCO XXXXX4400    STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (43.06) | Gas and Fuel |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX0646 EXXON ORION FUEL LLC    SWIFTWATER  PA | PNC Joint Checking 2001 | August Export | $ (76.64) | Gas and Fuel |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX9967 COUNTRY FAIR #64    BRADFORD   PA | PNC Joint Checking 2001 | August Export | $ (3.49) | Gas and Fuel |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX9967 SUNOCO XXXXX9900    NICHOLS   NY | PNC Joint Checking 2001 | August Export | $ (73.01) | Gas and Fuel |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX0646 SUNOCO XXXXX1300    EXPORT    PA | PNC Joint Checking 2001 | August Export | $ (83.41) | Gas and Fuel |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX0646 SUNOCO XXXXX1300    EXPORT    PA | PNC Joint Checking 2001 | August Export | $ (11.41) | Gas and Fuel |
| 8/20/2024 | DEBIT CARD PURCHASE   XXXXX9967 EXXON SHRI-YOGINC.    TANNERSVILLE PA | PNC Joint Checking 2001 | August Export | $ (5.25) | Gas and Fuel |
| 8/20/2024 | DEBIT CARD PURCHASE   XXXXX9967 COUNTRY FAIR #64    BRADFORD   PA | PNC Joint Checking 2001 | August Export | $ (25.02) | Gas and Fuel |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX9967 GAS N GOODS    SCIOTA   PA | PNC Joint Checking 2001 | August Export | $ (40.04) | Gas and Fuel |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 GAS N GOODS    SCIOTA   PA | PNC Joint Checking 2001 | August Export | $ (15.02) | Gas and Fuel |
| 8/30/2024 | DEBIT CARD PURCHASE   XXXXX0646 GIANT FUEL 6504    EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (68.68) | Gas and Fuel |
| 8/1/2024 | DEBIT CARD PURCHASE   XXXXX0646 WAL-MART #2663    EBENSBURG  PA | PNC Joint Checking 2001 | August Export | $ (31.77) | General Merchandise |
| 8/1/2024 | DEBIT CARD PURCHASE   XXXXX9967 ARARMARK BRADFORD REGI  BRADFORD   PA | PNC Joint Checking 2001 | August Export | $ (7.09) | General Merchandise |
| 8/2/2024 | RECURRING DEBIT CARD   XXXXX7215 BJS MEMBERSHIP    XXXXX2582 MA | PNC Joint Checking 2001 | August Export | $ (140.00) | General Merchandise |
| 8/6/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RF2AF4H71   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (63.55) | General Merchandise |
| 8/8/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RM01P7Z22   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (20.13) | General Merchandise |
| 8/8/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RF9B59RQ1   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (15.88) | General Merchandise |
| 8/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RM6UO84M1   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (48.66) | General Merchandise |
| 8/12/2024 | DEBIT CARD PURCHASE   XXXXX0646 WM SUPERCENTER #2368    EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (153.33) | General Merchandise |
| 8/12/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RM9XY8E40   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (46.62) | General Merchandise |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX0646 BJS WHOLESALE #0319    STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (130.32) | General Merchandise |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX9967 Amazon.com*RU67M83S1    Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (18.09) | General Merchandise |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RU1ZZ2JY0  Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (45.45) | General Merchandise |
| 8/20/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON.COM*R41QP5TY2   SEATTLE    WA | PNC Joint Checking 2001 | August Export | $ (23.02) | General Merchandise |
| 8/22/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON RETA* RU75M4RX0   WWW.AMAZON. WA | PNC Joint Checking 2001 | August Export | $ (70.47) | General Merchandise |
| 8/22/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RU38U5YU1   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (52.99) | General Merchandise |
| 8/22/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*R44T32G92   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (119.02) | General Merchandise |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX9967 WM SUPERCENTER #1640    STATE COLLE PA | PNC Joint Checking 2001 | August Export | $ (299.03) | General Merchandise |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX9967 WAL-MART #1640    STATE COLLE PA | PNC Joint Checking 2001 | August Export | $ (325.94) | General Merchandise |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX9967 TARGET    00027573  PITTSBURGH  PA | PNC Joint Checking 2001 | August Export | $ (47.18) | General Merchandise |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX0646 WM SUPERCENTER #2368    EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (74.96) | General Merchandise |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX0646 HOMEGOODS #1025    EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (142.17) | General Merchandise |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX0646 WAL-MART #2368    EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (607.22) | General Merchandise |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*R42WC3080   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (5.29) | General Merchandise |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON RETA* R444V8K72   WWW.AMAZON. WA | PNC Joint Checking 2001 | August Export | $ (105.95) | General Merchandise |
| 8/27/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*R41147KI1   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (42.14) | General Merchandise |
| 8/29/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RK80F5QH2   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (25.43) | General Merchandise |
| 8/29/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RK9YZ8ZV0   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (9.53) | General Merchandise |
| 8/29/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MKTPL*RK71A1F31   Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (10.49) | General Merchandise |

| Date | Description | Account | Period | Amount | Category |
|---|---|---|---|---|---|
| 8/30/2024 | DEBIT CARD PURCHASE   XXXXX0646 WAL-MART #2368          EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (42.04) | General Merchandise |
| 8/30/2024 | DEBIT CARD PURCHASE   XXXXX9967 Amazon.com*RK1260ER0       Amzn.com/bi WA | PNC Joint Checking 2001 | August Export | $ (7.41) | General Merchandise |
| 8/14/2024 | DEBIT CARD PURCHASE   XXXXX5390 PHOTOAID           15-540 BIAL PL | Lisa Personal 4943 DIP | August Export | $ (12.99) | General Merchandise |
| 8/16/2024 | RECURRING DEBIT CARD   XXXXX0229 EARTHBREEZE.COM         EARTHBREEZE OR | Lisa Personal 4943 DIP | August Export | $ (12.72) | General Merchandise |
| 8/16/2024 | RECURRING DEBIT CARD   XXXXX0229 WMT PLUS AUG 2024        XXXXX6546 AR | Lisa Personal 4943 DIP | August Export | $ (13.73) | General Merchandise |
| 8/21/2024 | DEBIT CARD PURCHASE   XXXXX5390 AMAZON MKTPL*R46AF1P52   Amzn.com/bi WA | Lisa Personal 4943 DIP | August Export | $ (16.70) | General Merchandise |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX5390 AMAZON MKTPL*R433O8T81   Amzn.com/bi WA | Lisa Personal 4943 DIP | August Export | $ (21.88) | General Merchandise |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX5390 AMAZON MKTPL*R422P56L1   Amzn.com/bi WA | Lisa Personal 4943 DIP | August Export | $ (11.45) | General Merchandise |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX5390 AMAZON MKTPL*R45V621F1   Amzn.com/bi WA | Lisa Personal 4943 DIP | August Export | $ (19.43) | General Merchandise |
| 8/29/2024 | DEBIT CARD PURCHASE   XXXXX5390 THE HOME DEPOT #4127      STROUDSBURG PA | Lisa Personal 4943 DIP | August Export | $ (65.62) | General Merchandise |
| 8/2/2024 | DEBIT CARD PURCHASE   XXXXX0646 LOVE'S #0829 OUTSIDE       BROOKVILLE  PA | PNC Joint Checking 2001 | August Export | $ (76.46) | Groceries |
| 8/6/2024 | DEBIT CARD PURCHASE   XXXXX0646 SHEETZ 0194  00001941     FALLS CREEK PA | PNC Joint Checking 2001 | August Export | $ (62.89) | Groceries |
| 8/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 GIANT MARTINS #6504      EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (41.76) | Groceries |
| 8/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 TREANA WINERY LLC         XXXXX6979 CA | PNC Joint Checking 2001 | August Export | $ (548.66) | Groceries |
| 8/12/2024 | DEBIT CARD PURCHASE   XXXXX9967 WINE AND SPIRITS 4501      EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (317.93) | Groceries |
| 8/14/2024 | DEBIT CARD PURCHASE   XXXXX9967 CIRCLE K 08194            BOSSIER CIT LA | PNC Joint Checking 2001 | August Export | $ (4.60) | Groceries |
| 8/15/2024 | DEBIT CARD PURCHASE   XXXXX9967 CIRCLE K 08194            BOSSIER CIT LA | PNC Joint Checking 2001 | August Export | $ (20.02) | Groceries |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX0646 SHEETZ 0314  00003145    NEW ALEXAND PA | PNC Joint Checking 2001 | August Export | $ (32.52) | Groceries |
| 8/20/2024 | DEBIT CARD PURCHASE   XXXXX9967 WEIS MARKETS 166          TANNERSVILL PA | PNC Joint Checking 2001 | August Export | $ (100.57) | Groceries |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX9967 WINE AND SPIRITS 0247     PITTSBURGH  PA | PNC Joint Checking 2001 | August Export | $ (149.79) | Groceries |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX9967 WINE AND SPIRITS 0247     PITTSBURGH  PA | PNC Joint Checking 2001 | August Export | $ (88.02) | Groceries |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX0646 GIANT MARTINS #6504      EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (25.43) | Groceries |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 SHEETZ 2204  00022046    Murrysville PA | PNC Joint Checking 2001 | August Export | $ (79.25) | Groceries |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 ALDI 69080              PITTSBURGH  PA | PNC Joint Checking 2001 | August Export | $ (64.58) | Groceries |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 TRADER JOE S #638         PITTSBURGH  PA | PNC Joint Checking 2001 | August Export | $ (79.58) | Groceries |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 SHEETZ 0498  00004986    BLAIRSVILLE PA | PNC Joint Checking 2001 | August Export | $ (2.49) | Groceries |
| 8/27/2024 | DEBIT CARD PURCHASE   XXXXX0646 WINE AND SPIRITS 4501      EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (25.43) | Groceries |
| 8/28/2024 | DEBIT CARD PURCHASE   XXXXX0646 WEIS MARKETS 159          STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (68.46) | Groceries |
| 8/29/2024 | DEBIT CARD PURCHASE   XXXXX0646 ALDI 60085              STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (124.57) | Groceries |
| 8/29/2024 | DEBIT CARD PURCHASE   XXXXX0646 HIGHMARK BENEFITS GROU   https://WWW PA | PNC Joint Checking 2001 | August Export | $ (640.90) | Groceries |
| 8/30/2024 | DEBIT CARD PURCHASE   XXXXX9967 SUPER 1 FOODS 618         TEXARKANA  TX | PNC Joint Checking 2001 | August Export | $ (10.80) | Groceries |
| 8/20/2024 | CORPORATE ACH   73666 HRAC           HRAC PAYMT - Hampton Roads Acceptance Company - Bathfitters han | Lisa Personal 4943 DIP | August Export | $ (264.50) | Handicap Bathroom Renovation Payment |
| 8/23/2024 | DEBIT CARD PURCHASE   XXXXX9967 WALGREENS #9281         PITTSBURGH  PA | PNC Joint Checking 2001 | August Export | $ (11.62) | Healthcare |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 QDIQUEST DIAGNOSTICS      XXXXX2604 PA | PNC Joint Checking 2001 | August Export | $ (35.94) | Healthcare |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 PROGRESSIVE PHYSICIANS    XXXXX6243 PA | PNC Joint Checking 2001 | August Export | $ (276.00) | Healthcare |
| 8/28/2024 | DEBIT CARD PURCHASE   XXXXX0646 ADERIS HEALTH TECHNOLO    XXXXX6053 FL | PNC Joint Checking 2001 | August Export | $ (151.62) | Healthcare |
| 8/6/2024 | RECURRING DEBIT CARD   XXXXX7219 Audible*RF08H88X0        Amzn.com/bi NJ | PNC Joint Checking 2001 | August Export | $ (15.85) | Hobbies |
| 8/5/2024 | DEBIT CARD PURCHASE   XXXXX0646 814 HOME & HARDWARE LL   BROCKWAY  PA | PNC Joint Checking 2001 | August Export | $ (68.74) | Home Improvement |
| 8/8/2024 | DEBIT CARD PURCHASE   XXXXX0646 THE HOME DEPOT 4127       STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (245.63) | Home Improvement |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX0646 THE HOME DEPOT #4136      PITTSBURGH  PA | PNC Joint Checking 2001 | August Export | $ (46.21) | Home Improvement |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX0646 THE HOME DEPOT #4127      STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (229.03) | Home Improvement |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 THE HOME DEPOT #4127      STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (213.65) | Home Improvement |
| 8/1/2024 | DEBIT CARD PURCHASE   XXXXX9967 STATE FARM  INSURANCE     XXXXX6310 IL | PNC Joint Checking 2001 | August Export | $ (996.64) | Insurance |
| 8/19/2024 | DEBIT CARD PURCHASE   XXXXX0646 STATE FARM  INSURANCE     XXXXX6310 IL | PNC Joint Checking 2001 | August Export | $ (125.00) | Insurance |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 UNITED CONCORDIA INC      https://WWW PA | PNC Joint Checking 2001 | August Export | $ (128.96) | Insurance |
| 8/30/2024 | DEBIT CARD PURCHASE   XXXXX9967 STATE FARM  INSURANCE     XXXXX6310 IL | PNC Joint Checking 2001 | August Export | $ (715.56) | Insurance |
| 8/1/2024 | DEBIT CARD PURCHASE   XXXXX5390 MCDONALD'S F10930         EBENSBURG  PA | Lisa Personal 4943 DIP | August Export | $ (4.76) | Meals |
| 8/8/2024 | DEBIT CARD PURCHASE   XXXXX5390 MARITAS CANTINA           XXXXX8355 PA | Lisa Personal 4943 DIP | August Export | $ (55.76) | Meals |
| 8/12/2024 | ACH WEB        CKFXXXXX8710POS ROUNDPOINT MORTG ONLINE PMT | PNC Joint Checking 2001 | August Export | $ (2,000.00) | Mortgage |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX9967 STAPLES      00117994    PITTSBSURGH PA | PNC Joint Checking 2001 | August Export | $ (10.69) | Office Supplies |
| 8/2/2024 | DEBIT CARD PURCHASE   XXXXX0646 WEST KITTANNING SHO       KITTANNING  PA | PNC Joint Checking 2001 | August Export | $ (9.25) | Other Expenses |
| 8/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 PPY*Legacy Looks       East Stroud PA | PNC Joint Checking 2001 | August Export | $ (35.00) | Other Expenses |
| 8/21/2024 | RECURRING DEBIT CARD   XXXXX7234 LOCKTYTE SS 6226         XXXXX0721 PA | PNC Joint Checking 2001 | August Export | $ (200.34) | Personal Expenses |
| 8/22/2024 | RECURRING DEBIT CARD   XXXXX7235 LOCKTYTE SS 6226         XXXXX0721 PA | PNC Joint Checking 2001 | August Export | $ (210.94) | Personal Expenses |
| 8/26/2024 | DEBIT CARD PURCHASE   XXXXX0646 KEN AND COMPANY SALON    XXXXX4701 PA | PNC Joint Checking 2001 | August Export | $ (127.20) | Personal Expenses |
| 8/12/2024 | N0809 9967 PAYMENT   POS004     2173199 TMOBILE AU          BELLEVUE    WA | PNC Joint Checking 2001 | August Export | $ (346.85) | Phone |
| 8/2/2024 | RECURRING DEBIT CARD   XXXXX0215 APPLECOMBILL           XXXXX7753 CA | Lisa Personal 4943 DIP | August Export | $ (74.19) | Phone |
| 8/21/2024 | DEBIT CARD PURCHASE   XXXXX9967 U-HAULBUTLER PARK SELF   STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (46.39) | Rent |
| 8/1/2024 | DEBIT CARD PURCHASE   XXXXX9967 TST* ROOKIES              BRADFORD   PA | PNC Joint Checking 2001 | August Export | $ (29.07) | Restaurants and Dining |
| 8/5/2024 | DEBIT CARD PURCHASE   XXXXX9967 KFC C253007              CLEARFIELD  PA | PNC Joint Checking 2001 | August Export | $ (11.12) | Restaurants and Dining |
| 8/5/2024 | DEBIT CARD PURCHASE   XXXXX9967 BEEFEATERS               XXXXX9717 PA | PNC Joint Checking 2001 | August Export | $ (57.18) | Restaurants and Dining |

| Date | Description | Account | Period | Amount | Category |
|---|---|---|---|---|---|
| 8/5/2024 | DEBIT CARD PURCHASE XXXXX9967 ARAMARK OLEAN GENERAL OLEAN NY | PNC Joint Checking 2001 | August Export | $ (7.55) | Restaurants and Dining |
| 8/5/2024 | DEBIT CARD PURCHASE XXXXX9967 ARAMARK OLEAN GENERAL OLEAN NY | PNC Joint Checking 2001 | August Export | $ (4.85) | Restaurants and Dining |
| 8/7/2024 | DEBIT CARD PURCHASE XXXXX9967 TST* DENTED KEG BREWIN CLEARFIELD PA | PNC Joint Checking 2001 | August Export | $ (45.96) | Restaurants and Dining |
| 8/7/2024 | DEBIT CARD PURCHASE XXXXX9967 42459 MMS PENN HIGHLAN DUBOIS PA | PNC Joint Checking 2001 | August Export | $ (6.46) | Restaurants and Dining |
| 8/7/2024 | DEBIT CARD PURCHASE XXXXX9967 42459 MMS PENN HIGHLAN DUBOIS PA | PNC Joint Checking 2001 | August Export | $ (3.72) | Restaurants and Dining |
| 8/8/2024 | DEBIT CARD PURCHASE XXXXX9967 MCDONALD'S F6752 DANVILLE PA | PNC Joint Checking 2001 | August Export | $ (9.62) | Restaurants and Dining |
| 8/8/2024 | DEBIT CARD PURCHASE XXXXX9967 TST* DENTED KEG BREWIN CLEARFIELD PA | PNC Joint Checking 2001 | August Export | $ (55.97) | Restaurants and Dining |
| 8/12/2024 | DEBIT CARD PURCHASE XXXXX9967 DUNKIN #359283 ALLENTOWN PA | PNC Joint Checking 2001 | August Export | $ (12.12) | Restaurants and Dining |
| 8/12/2024 | DEBIT CARD PURCHASE XXXXX9967 TST* MOUNTAIN VIEW VIN STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (17.40) | Restaurants and Dining |
| 8/12/2024 | DEBIT CARD PURCHASE XXXXX9967 TST* MOUNTAIN VIEW VIN STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (68.00) | Restaurants and Dining |
| 8/12/2024 | DEBIT CARD PURCHASE XXXXX9967 MOMENTO RESTAURANT STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (204.43) | Restaurants and Dining |
| 8/12/2024 | DEBIT CARD PURCHASE XXXXX9967 BITE AMERICAN TACOS EAST STROUD PA | PNC Joint Checking 2001 | August Export | $ (21.33) | Restaurants and Dining |
| 8/13/2024 | DEBIT CARD PURCHASE XXXXX9967 BEAUXJAX CRAFTHOUSE BOSSIER CIT LA | PNC Joint Checking 2001 | August Export | $ (50.19) | Restaurants and Dining |
| 8/13/2024 | DEBIT CARD PURCHASE XXXXX9967 SYCAMORE BREWING E EXT CHARLOTTE NC | PNC Joint Checking 2001 | August Export | $ (28.87) | Restaurants and Dining |
| 8/14/2024 | DEBIT CARD PURCHASE XXXXX9967 MCDONALD'S F1768 BOSSIER CIT LA | PNC Joint Checking 2001 | August Export | $ (5.56) | Restaurants and Dining |
| 8/14/2024 | DEBIT CARD PURCHASE XXXXX9967 SUPERIOR'S STEAK HOUSE SHREVEPORT LA | PNC Joint Checking 2001 | August Export | $ (180.32) | Restaurants and Dining |
| 8/14/2024 | DEBIT CARD PURCHASE XXXXX9967 LAUGHING CRAB SHREVEPORT LA | PNC Joint Checking 2001 | August Export | $ (37.60) | Restaurants and Dining |
| 8/16/2024 | DEBIT CARD PURCHASE XXXXX9967 TST*POSADOS CAFE - BOS Bossier Cit LA | PNC Joint Checking 2001 | August Export | $ (32.17) | Restaurants and Dining |
| 8/16/2024 | DEBIT CARD PURCHASE XXXXX9967 STARBUCKS STORE 09604 BOSSIER CIT LA | PNC Joint Checking 2001 | August Export | $ (6.51) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX9967 DAIRY QUEEN #70679 ELMIRA NY | PNC Joint Checking 2001 | August Export | $ (6.57) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX9967 KFC G135982 BRADFORD PA | PNC Joint Checking 2001 | August Export | $ (11.95) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX9967 MCDONALD'S F3802 BRADFORD PA | PNC Joint Checking 2001 | August Export | $ (5.00) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX0646 GUY FIERI MT AIRY MOUNT POCON PA | PNC Joint Checking 2001 | August Export | $ (24.14) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX0646 GUY FIERI MT AIRY MOUNT POCON PA | PNC Joint Checking 2001 | August Export | $ (131.14) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX9967 KABOBS AT THE OPTION H BRADFORD PA | PNC Joint Checking 2001 | August Export | $ (57.87) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX9967 MCDONALD'S F11893 CUBA NY | PNC Joint Checking 2001 | August Export | $ (2.48) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX9967 MCDONALD'S F3665 STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (12.39) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX0646 SQ *SHAHS HALAL FOOD Pittsburgh PA | PNC Joint Checking 2001 | August Export | $ (29.51) | Restaurants and Dining |
| 8/19/2024 | DEBIT CARD PURCHASE XXXXX9967 TAILWIND SHV SHREVEPORT LA | PNC Joint Checking 2001 | August Export | $ (8.06) | Restaurants and Dining |
| 8/21/2024 | DEBIT CARD PURCHASE XXXXX0646 Subway 12144 Stroudsburg PA | PNC Joint Checking 2001 | August Export | $ (17.55) | Restaurants and Dining |
| 8/22/2024 | DEBIT CARD PURCHASE XXXXX9967 JIMMYS HILLTOP ICE CRE BRODHEADSVI PA | PNC Joint Checking 2001 | August Export | $ (17.14) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX0646 TST* MOUNTAIN VIEW VIN STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (55.11) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX9967 TST* MOUNTAIN VIEW VIN STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (56.18) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX9967 TST* MOUNTAIN VIEW VIN STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (8.42) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX0646 TST* MOUNTAIN VIEW VIN STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (24.76) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX0646 TST* MOUNTAIN VIEW VIN STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (34.80) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX9967 SPARKLE RT 611 STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (15.00) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX9967 ARBY'S 324 MIFFLINVILL PA | PNC Joint Checking 2001 | August Export | $ (5.18) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX9967 BURGER KING #23950 STATE COLLE PA | PNC Joint Checking 2001 | August Export | $ (6.68) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX9967 WENDYS 2381 MONROEVILLE PA | PNC Joint Checking 2001 | August Export | $ (15.16) | Restaurants and Dining |
| 8/26/2024 | DEBIT CARD PURCHASE XXXXX9967 CHICK-FIL-A #02603 STATE COLLE PA | PNC Joint Checking 2001 | August Export | $ (21.91) | Restaurants and Dining |
| 8/27/2024 | DEBIT CARD PURCHASE XXXXX9967 LOCALUNAMEXICANGRILL TEXARKANA TX | PNC Joint Checking 2001 | August Export | $ (38.93) | Restaurants and Dining |
| 8/27/2024 | DEBIT CARD PURCHASE XXXXX9967 MCDONALD'S F15967 TEXARKANA TX | PNC Joint Checking 2001 | August Export | $ (6.80) | Restaurants and Dining |
| 8/27/2024 | DEBIT CARD PURCHASE XXXXX9967 TST* WALK-ON'S - TEXAR TEXARKANA TX | PNC Joint Checking 2001 | August Export | $ (46.90) | Restaurants and Dining |
| 8/27/2024 | DEBIT CARD PURCHASE XXXXX9967 TST*COUSINS BBQ - B47 Dallas TX | PNC Joint Checking 2001 | August Export | $ (28.01) | Restaurants and Dining |
| 8/27/2024 | DEBIT CARD PURCHASE XXXXX9967 BEECHERS NEWARK NJ | PNC Joint Checking 2001 | August Export | $ (14.91) | Restaurants and Dining |
| 8/29/2024 | DEBIT CARD PURCHASE XXXXX9967 PAR*TACOS 4 LIFE - TEX TEXARKANA TX | PNC Joint Checking 2001 | August Export | $ (23.29) | Restaurants and Dining |
| 8/30/2024 | DEBIT CARD PURCHASE XXXXX9967 PANDA EXPRESS #3515 TEXARKANA TX | PNC Joint Checking 2001 | August Export | $ (8.98) | Restaurants and Dining |
| 8/2/2024 | ACH WEB CKFXXXXX8710POS BANK OF AMERICA ONLINE PMT | PNC Joint Checking 2001 | August Export | $ (2,000.00) | Services and Supplies |
| 8/5/2024 | DEBIT CARD PURCHASE XXXXX9967 TMB PHY REGISTRATION EGOV.COM TX | PNC Joint Checking 2001 | August Export | $ (290.11) | Services and Supplies |
| 8/5/2024 | RECURRING DEBIT CARD XXXXX7217 DNHGODADDYXXXXX4523 httpswww AZ | PNC Joint Checking 2001 | August Export | $ (46.62) | Services and Supplies |
| 8/12/2024 | RECURRING DEBIT CARD XXXXX7225 INTUIT *QBooks Online CL.INTUIT.C CA | PNC Joint Checking 2001 | August Export | $ (104.94) | Services and Supplies |
| 8/20/2024 | DEBIT CARD PURCHASE XXXXX0646 USPS PO XXXXX0360 STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (13.55) | Shipping |
| 8/5/2024 | ONLINE TRANSFER TO XXXXX5397 | PNC Joint Checking 2001 | August Export | $ (5,500.00) | Transfers |
| 8/20/2024 | ONLINE TRANSFER TO XXXXX7132 | PNC Joint Checking 2001 | August Export | $ (462.00) | Transfers |
| 8/21/2024 | ACH WEB XXXXX5034 IMPACTSHARE TRANSFER | PNC Joint Checking 2001 | August Export | $ (605.00) | Transfers |
| 8/23/2024 | TWH AUTO TRANSFER TO XXXXX5397 | PNC Joint Checking 2001 | August Export | $ (25.00) | Transfers |
| 8/23/2024 | TWH AUTO TRANSFER TO XXXXX0164 | PNC Joint Checking 2001 | August Export | $ (250.00) | Transfers |
| 8/27/2024 | ONLINE TRANSFER TO XXXXX4943 | PNC Joint Checking 2001 | August Export | $ (500.00) | Transfers |
| 8/27/2024 | ONLINE TRANSFER TO XXXXX5397 | PNC Joint Checking 2001 | August Export | $ (13,000.00) | Transfers |
| 8/22/2024 | ONLINE TRANSFER TO XXXXX2001 | PNC Joint Savings 5397 DIP | August Export | $ (1,000.00) | Transfers |

| Date | Description | | Account | Period | Amount | Category |
|---|---|---|---|---|---|---|
| 8/5/2024 | DEBIT CARD PURCHASE | XXXXX9967 BEST WESTERN PLUS (RES   BRADFORD   PA | PNC Joint Checking 2001 | August Export | $ (29.56) | Travel |
| 8/6/2024 | DEBIT CARD PURCHASE | XXXXX9967 BEST WESTERN PLUS        BRADFORD   PA | PNC Joint Checking 2001 | August Export | $ (325.43) | Travel |
| 8/12/2024 | DEBIT CARD PURCHASE | XXXXX9967 AMERICAN AI XXXXX7748   XXXXX7300 TX | PNC Joint Checking 2001 | August Export | $ (138.14) | Travel |
| 8/16/2024 | DEBIT CARD PURCHASE | XXXXX9967 Norwegian Cruise Line    XXXXX7350 FL | PNC Joint Checking 2001 | August Export | $ (692.00) | Travel |
| 8/16/2024 | DEBIT CARD PURCHASE | XXXXX9967 ATLANTA AIRPORT         ATLANTA    GA | PNC Joint Checking 2001 | August Export | $ (10.53) | Travel |
| 8/19/2024 | DEBIT CARD PURCHASE | XXXXX9967 LEHIGH NORTHAMPTON AIR   ALLENTOWN  PA | PNC Joint Checking 2001 | August Export | $ (70.00) | Travel |
| 8/20/2024 | DEBIT CARD PURCHASE | XXXXX9967 BEST WESTERN PLUS        BRADFORD   PA | PNC Joint Checking 2001 | August Export | $ (199.80) | Travel |
| 8/23/2024 | DEBIT CARD PURCHASE | XXXXX0646 STROUDSMOOR COUNTRY IN   STROUDSBURG PA | PNC Joint Checking 2001 | August Export | $ (10.95) | Travel |
| 8/26/2024 | DEBIT CARD PURCHASE | XXXXX9967 AMERICAN AI XXXXX1881   XXXXX7300 TX | PNC Joint Checking 2001 | August Export | $ (35.00) | Travel |
| 8/27/2024 | DEBIT CARD PURCHASE | XXXXX9967 HILTON GARDEN INN REST   TEXARKANA  TX | PNC Joint Checking 2001 | August Export | $ (53.47) | Travel |
| 8/28/2024 | DEBIT CARD PURCHASE | XXXXX9967 HILTON GARDEN INN REST   TEXARKANA  TX | PNC Joint Checking 2001 | August Export | $ (14.96) | Travel |
| 8/29/2024 | DEBIT CARD PURCHASE | XXXXX9967 HILTON GARDEN INN REST   TEXARKANA  TX | PNC Joint Checking 2001 | August Export | $ (24.94) | Travel |