# Savings Statement
PNC Bank

PO Box 609
Pittsburgh, PA 15230-9738

Primary account number: XX-XXXX-5397
Page 1 of 1
Number of enclosures: 0

**For the period** 08/01/2024 to 08/31/2024

JEAN PAUL ROMES MD #24-16283
LISA A ROMES
DEBTOR IN POSSESSION
5125 GLENBROOK RD

STROUDSBURG PA 18360-6793

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK
Visit us at pnc.com

PNC accepts Telecommunications Relay Service (TRS) calls.

## Savings Account Summary
Account number: XX-XXXX-5397

JEAN PAUL ROMES MD #24-16283
LISA A ROMES
DEBTOR IN POSSESSION

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 15,527.20 | 18,525.19 | 1,000.00 | 33,052.39 |

### Interest Summary

As of 08/31, a total of $.39 in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 31 | 22,098.98 | .19 |

## Activity Detail

### Deposits and Other Additions

There were 4 Deposits and Other Additions totaling $18,525.19.

| Date | Amount | Description |
|---|---|---|
| 08/05 | 5,500.00 | Online Transfer From 0█████2001 |
| 08/23 | 25.00 | Twh Auto Transfer From █████2001 |
| 08/27 | 13,000.00 | Online Transfer From █████2001 |
| 08/31 | .19 | Interest Payment |

### Online and Electronic Banking Deductions

There was 1 Online or Electronic Banking Deduction totaling $1,000.00.

| Date | Amount | Description |
|---|---|---|
| 08/22 | 1,000.00 | Online Transfer To █████2001 |

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 08/01 | 15,527.20 | 08/22 | 20,027.20 | 08/27 | 33,052.20 | 08/31 | 33,052.39 |
| 08/05 | 21,027.20 | 08/23 | 20,052.20 | | | | |

Member FDIC    Equal Housing Lender