# Performance Select Statement
PNC Bank

**PNC BANK**

**For the period** 07/16/2024 to 08/14/2024

LISA A ROMES #24-16283
DEBTOR IN POSSESSION
5125 GLENBROOK RD
STROUDSBURG PA 18360-6793

Primary account number: ███-4943
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign-on to PNC Bank Online Banking at pnc.com

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com

## Performance Select
## Interest Checking Account Summary

LISA A ROMES #24-16283
Debtor In Possession

**Account number:** ███-4943

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 663.08 | 1,001.00 | 1,010.29 | 653.79 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 643.68 | 24.39 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 8 | 0 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 2 | 1 | 1 |

### Interest Summary

As of 08/14, a total of $.49 in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.00% | 30 | 643.68 | .00 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling $1,001.00.

| Date | Amount | Description |
|---|---|---|
| 07/29 | 1,000.00 | Online Transfer From ███ 5397 |
| 08/14 | 1.00 | Other Fin Inst ATM Surcharge Reimb |

### Banking/Debit Card Withdrawals and Purchases

There was 1 Banking Machine Withdrawal totaling $51.00.

There were 10 other Banking Machine/Debit Card deductions totaling $269.79.

| Date | Amount | Description |
|---|---|---|
| 07/17 | 13.73 | 5390 Debit Card Purchase Wmt Plus Jul 2024 |
| 07/22 | 33.05 | 5390 Debit Card Purchase Amazon.com*Rs4H16Rl2 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period  07/16/2024  to  08/14/2024
LISA A ROMES #24-16283
Primary account number: ███████943
Page 2 of 2

Account Number:  ███████-4943  - continued

## Banking/Debit Card Withdrawals and Purchases  *continued*

| Date | Amount | Description |
|---|---|---|
| 07/29 | 49.80 | 5390 Debit Card Purchase Amazon Mktpl*Rv2Tr0532 |
| 07/29 | 20.89 | 5390 Debit Card Purchase Acme 0294 Ventnor Cit |
| 07/29 | 4.23 | N0728 5390 Payment Hulu Santa Monica Ca |
| 08/01 | 4.76 | 5390 Debit Card Purchase McDonald's F10930 |
| 08/02 | 74.19 | 5390 Recurring Debit Card Apple.Com/Bill |
| 08/05 | 51.00 | ATM Withdrawal 550 Main St Brockway PA |
| 08/08 | 55.76 | 5390 Debit Card Purchase Maritas Cantina |
| 08/14 | 12.99 | 5390 Debit Card Purchase Photoaid  15-540 Bial |
| 08/14 | .39 | Intl Purch & Adv Fee   Vis 0813           Pl |

## Online and Electronic Banking Deductions

There were 2 Online or Electronic Banking Deductions totaling $664.50.

| Date | Amount | Description |
|---|---|---|
| 07/22 | 264.50 | Corporate ACH Hrac Paymt Hrac 73666 |
| 07/29 | 400.00 | Web Pmt- Payment Venmo ████████ 2197 |

## Other Deductions

There was 1 Other Deduction totaling $25.00.

| Date | Amount | Description |
|---|---|---|
| 08/14 | 25.00 | Monthly Service Charge           Ld |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 07/16 | 663.08 | 07/29 | 876.88 | 08/02 | 797.93 | 08/08 | 691.17 |
| 07/17 | 649.35 | 08/01 | 872.12 | 08/05 | 746.93 | 08/14 | 653.79 |
| 07/22 | 351.80 | | | | | | |

## PERFORMANCE SELECT - Service Charge Explanation

| Account type | Account number | Balance type | As of | Balance |
|---|---|---|---|---|
| Interest Checking | XX-XXXX-4943 | This Cycle Avg Balance | 08/14 | 644.48 |

These accounts were reviewed to meet the balance requirements of your Performance Select Account. Since balance requirements were not met this month, a $25.00 fee was deducted from this account.

Note:  The average balance shown was calculated before the service charge was deducted from your account.

Member FDIC    Equal Housing Lender

## Performance Select Statement
PNC Bank

PO Box 609
Pittsburgh, PA  15230-9738

**For the period**  08/15/2024 to 09/16/2024

Primary account number:  XX-XXXX-4943
Page 1 of 2
Number of enclosures:  0

LISA A ROMES #24-16283
DEBTOR IN POSSESSION
5125 GLENBROOK RD
STROUDSBURG PA 18360-6793

- For 24-hour banking, and transaction or interest rate information, sign-on to
- PNC Bank Online Banking at pnc.com
- For customer service call 1-888-PNC-BANK
- Para servicio en espanol, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK
- Visit us at pnc.com
- PNC accepts Telecommunications Relay Service (TRS) calls.

### IMPORTANT INFORMATION ABOUT CONSUMER CHECK QUANTITIES

Effective September 29, 2024, check order quantities for the following categories will decrease as follows:

>Consumer Wallet Single, Wallet Duplicate, Personal Value Packs, Wallet Top Stub, and Wallet End Stub will decrease from 80 to 60 checks
>Consumer Personal Deposit Tickets Single and Duplicate will decrease from 100 to 80 deposit tickets

There will be no changes to the quantities of any other consumer check types, including PNC Exclusive Wallet and PNC Exclusive Wallet Duplicate.

If you have questions regarding these changes, please call the number at the top of this statement or visit a PNC branch.

## Performance Select
### Interest Checking Account Summary

LISA A ROMES #24-16283
DEBTOR IN POSSESSION

**Account number:**  XX-XXXX-4943

**Overdraft Protection**  has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 653.79 | 500.00 | 741.34 | 412.45 |
| | | Average monthly balance | Charges and fees |
| | | 595.48 | 25.00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 12 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 1 | 1 | 0 |

### Interest Summary

As of 09/16, a total of $.49 in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.00% | 33 | 595.48 | .00 |

## Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period 08/15/2024 to 09/16/2024
LISA A ROMES #24-16283
Primary account number: XX-XXXX-4943
Page 2 of 2

Account Number: XX-XXXX-4943 - continued

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 08/27 | 500.00 | Online Transfer From ▇▇▇▇ 2001 |

There was 1 Deposit or Other Addition totaling $500.00.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 08/16 | 13.73 | 5390 Recurring Debit Card Wmt Plus Aug 2024 |
| 08/16 | 12.72 | 5390 Recurring Debit Card Earthbreeze.Com |
| 08/21 | 16.70 | 5390 Debit Card Purchase Amazon Mktpl*R46Af1P52 |
| 08/23 | 21.88 | 5390 Debit Card Purchase Amazon Mktpl*R433O8T81 |
| 08/26 | 19.43 | 5390 Debit Card Purchase Amazon Mktpl*R45V621F1 |
| 08/26 | 11.45 | 5390 Debit Card Purchase Amazon Mktpl*R422P56L1 |
| 08/28 | 4.23 | N0828 5390 Payment Hulu Santa Monica Ca |
| 08/29 | 65.62 | 5390 Debit Card Purchase The Home Depot #4127 |
| 09/10 | 56.16 | 5390 Debit Card Purchase Tractor Supply #2238 |
| 09/13 | 44.50 | 5390 Debit Card Purchase Amazon Mktpl*Z82054E61 |
| 09/13 | 127.19 | 5390 Recurring Debit Card Apple.Com/Bill |
| 09/16 | 44.50 | 5390 Debit Card Purchase Amazon Mktpl*4060B67G3 |
| 09/16 | 13.73 | 5390 Recurring Debit Card Wmt Plus Sep 2024 |

There were 13 other Banking Machine/Debit Card deductions totaling $451.84.

### Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 08/20 | 264.50 | Corporate ACH Hrac Paymt Hrac 73666 |

There was 1 Online or Electronic Banking Deduction totaling $264.50.

### Other Deductions

| Date | Amount | Description |
|---|---|---|
| 09/16 | 25.00 | Monthly Service Charge           Ld |

There was 1 Other Deduction totaling $25.00.

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 08/15 | 653.79 | 08/21 | 346.14 | 08/27 | 793.38 | 09/10 | 667.37 |
| 08/16 | 627.34 | 08/23 | 324.26 | 08/28 | 789.15 | 09/13 | 495.68 |
| 08/20 | 362.84 | 08/26 | 293.38 | 08/29 | 723.53 | 09/16 | 412.45 |

### PERFORMANCE SELECT - Service Charge Explanation

| Account type | Account number | Balance type | As of | Balance |
|---|---|---|---|---|
| Interest Checking | XX-XXXX-4943 | This Cycle Avg Balance | 09/16 | 596.24 |

These accounts were reviewed to meet the balance requirements of your Performance Select Account. Since balance requirements were not met this month, a $25.00 fee was deducted from this account.

Note: The average balance shown was calculated before the service charge was deducted from your account.

Member FDIC      Equal Housing Lender