# Virtual Wallet With Performance Spend Statement

PNC Bank

**PNC BANK**

Page 1 of 7
Primary account number: ######-2001

**For the period** 07/24/2024 to 08/22/2024

Number of enclosures: 0

JEAN PAUL ROMES MD #24-16283
LISA A ROMES
DEBTOR IN POSSESSION
5125 GLENBROOK RD
STROUDSBURG PA 18360-6793

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at pnc.com

## Virtual Wallet With Performance Spend Account Summary

**Account number:** ######-2001

**Overdraft Protection** Provided By: XXXXXX5397

JEAN PAUL ROMES MD #24-16283
Lisa A Romes
Debtor In Possession

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 5,432.93 | 39,221.20 | 43,382.72 | 1,271.41 |

| Average monthly balance | Charges and fees |
|---|---|
| 4,013.76 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 3 | 138 | 1 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 3 | 3 | 0 |

### Interest Summary

As of 08/22, a total of $.26 in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 30 | 4,013.76 | .03 |

## Activity Detail

### Deposits and Other Additions

There were 11 Deposits and Other Additions totaling $39,221.20.

| Date | Amount | Description |
|---|---|---|
| 07/24 | 14,568.00 | Corporate ACH Corp Pay Locum Tenens Med |
| 07/26 | 1,000.00 | Online Transfer From ######5397 |
| 07/29 | 1,000.00 | Online Transfer From ######5397 |
| 07/30 | 1,500.00 | Online Transfer From ######95397 |
| 08/02 | 10,757.46 | Corporate ACH Payables SCI DISBURSEMENT 0000013545 |
| 08/05 | 11.12 | Debit Card Credit 814 Home & Hardware LI BROCKWAY PA |

Deposits and Other Additions continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period 07/24/2024 to 08/22/2024
JEAN PAUL ROMES MD #24-16283
Primary account number: ████████2001
Page 2 of 7

Account Number: ████████-2001 - continued

## Deposits and Other Additions - continued

| Date | Amount | Description |
|---|---|---|
| 08/08 | 7,920.00 | Corporate ACH Corp Pay Locum Tenens Med |
| 08/16 | 1,264.25 | Direct Deposit - Payroll AYA LOCUMS LLC 21066833 |
| 08/20 | 200.34 | Online Transfer From ████████6282 |
| 08/22 | 1,000.00 | Online Transfer From ████████5397 |
| 08/22 | .03 | Interest Payment |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 816 | 640.90 | 07/24 | 014018961 | 7463 * | 985.80 | 08/01 | 019069142 |
| 817 | 460.00 | 08/21 | 087536880 | | | | |

* Gap in check sequence

There were 3 checks listed totaling $2,086.70.

## Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 07/24 | 200.00 | 9967 Debit Card Purchase Amazon.com*Rj30U5P91 |
| 07/24 | 20.56 | 9967 Debit Card Purchase The Home Depot #4180 |
| 07/24 | 55.05 | 9967 Debit Card Purchase Sunoco 0859331103 |
| 07/24 | 122.37 | 9967 Debit Card Purchase Hotel Indigo Pittsburg |
| 07/24 | 67.15 | 9967 Debit Card Purchase Tst* Mango Mango Desse |
| 07/24 | 30.02 | 9967 Debit Card Purchase Blairsville Pitstop |
| 07/24 | 25.03 | 9967 Debit Card Purchase Blairsville Pitstop |
| 07/24 | 20.01 | 9967 Debit Card Purchase Sunoco 8000226902 |
| 07/24 | 9.53 | 9967 Debit Card Purchase Amazon Mktpl*Rj5Io35F1 |
| 07/25 | 29.11 | 9967 Debit Card Purchase U-Haulbutler Park Self |
| 07/25 | 18.07 | 0646 Debit Card Purchase Earthlight Natural Foo |
| 07/25 | 74.20 | 9967 Debit Card Purchase Sharps Compliance, Inc |
| 07/25 | 9.53 | 0646 Debit Card Purchase American Ribbon |
| 07/25 | 3.98 | 0646 Debit Card Purchase Dollar Tree Stroudsbu |
| 07/25 | 11.64 | 0646 Debit Card Purchase CVS/Pharmacy #01312 |
| 07/25 | 102.96 | 9967 Debit Card Purchase Tx Med Bd Purchases |
| 07/25 | 230.48 | 0646 Debit Card Purchase Giant Martins #6504 |
| 07/25 | 49.71 | 0646 Debit Card Purchase Giant Fuel 6504 |
| 07/25 | 300.00 | ATM Withdrawal 1110 N 9TH St Stroudsburg |

There were 2 Banking Machine withdrawals totaling $400.00.

There was 1 Debit Card/Bank card PIN POS purchase totaling $18.74.

There were 138 other Banking Machine/Debit Card deductions totaling $12,005.42.

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period 07/24/2024 to 08/22/2024
JEAN PAUL ROMES MD #24-16283
Primary account number: 2001
Page 3 of 7

Account Number: 2001 - continued

## Banking/Debit Card Withdrawals and Purchases    *continued*

| Date | Amount | Description |
|---|---|---|
| 07/26 | 54.36 | 0646 Debit Card Purchase Weis Markets 159 |
| 07/26 | 22.62 | 9967 Debit Card Purchase Walgreens #09878 |
| 07/26 | 42.03 | 0646 Debit Card Purchase Weis Markets 159 |
| 07/29 | 19.78 | 9967 Debit Card Purchase The Home Depot #4127 |
| 07/29 | 19.81 | 9967 Debit Card Purchase Popeyes 3401617 |
| 07/29 | 15.56 | 9967 Debit Card Purchase Nathans Famous 3401661 |
| 07/29 | 34.46 | 9967 Debit Card Purchase Steels Fudge Ac |
| 07/29 | 84.48 | 9967 Debit Card Purchase Dollar General #25020 |
| 07/29 | 785.14 | 9967 Debit Card Purchase Ossu  Atlantic Ci NJ |
| 07/29 | 18.74 | POS Purchase Uber San Francisc Ca |
| 07/29 | 56.90 | 9967 Debit Card Purchase Conoco - Winslow Gas S |
| 07/29 | 77.98 | 9967 Debit Card Purchase Pine Creek Liquors 085 |
| 07/29 | 110.14 | 0646 Debit Card Purchase Thai Thani Inc |
| 07/29 | 4.53 | 9967 Debit Card Purchase Dairy Queen #70679 |
| 07/30 | 14.97 | 9967 Debit Card Purchase The Queen Bean Bistro |
| 07/30 | 22.24 | 9967 Debit Card Purchase Dinos Subs and Pizza |
| 07/30 | 105.99 | 9967 Recurring Debit Card Help.Max.Com Max.Com |
| 07/30 | 34.00 | 9967 Debit Card Purchase CC Estrategy Solutions |
| 07/30 | 100.00 | ATM Withdrawal 71 Main St Bradford PA |
| 07/31 | 9.99 | 9967 Recurring Debit Card Apple.Com/Bill |
| 07/31 | 74.20 | 9967 Recurring Debit Card Help.Max.Com Max.Com |
| 07/31 | 50.01 | 9967 Debit Card Purchase Tops Fuel #610 Bradfo |
| 07/31 | 17.34 | 9967 Debit Card Purchase Tops Markets #610 |
| 07/31 | 22.78 | 9967 Debit Card Purchase Tops Markets #610 |
| 07/31 | 3.17 | 9967 Debit Card Purchase Tops Markets #610 |
| 08/01 | 27.31 | 0646 Debit Card Purchase Sunoco 8000226902 |
| 08/01 | 996.64 | 9967 Debit Card Purchase State Farm  800-956631 |
| 08/01 | 7.09 | 9967 Debit Card Purchase Ararmark Bradford Regi |
| 08/01 | 31.77 | 0646 Debit Card Purchase Wal-Mart #2663 |
| 08/01 | 29.07 | 9967 Debit Card Purchase Tst* Rookies Bradford |
| 08/02 | 140.00 | 9967 Recurring Debit Card Bjs Membership |
| 08/02 | 76.46 | 0646 Debit Card Purchase Love's #0829 Outside |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period  07/24/2024  to  08/22/2024
JEAN PAUL ROMES MD #24-16283
Primary account number: ▇▇▇▇-2001

Account Number: ▇▇▇▇▇▇-2001  - continued

Page 4 of 7

## Banking/Debit Card Withdrawals and Purchases    *continued*

| Date | Amount | Description |
|---|---|---|
| 08/02 | 9.25 | 0646 Debit Card Purchase West Kittanning Sho |
| 08/05 | 4.85 | 9967 Debit Card Purchase Aramark Olean General |
| 08/05 | 7.55 | 9967 Debit Card Purchase Aramark Olean General |
| 08/05 | 68.74 | 0646 Debit Card Purchase 814 Home & Hardware Ll |
| 08/05 | 57.18 | 9967 Debit Card Purchase Beefeaters  814-362971 |
| 08/05 | 46.62 | 9967 Recurring Debit Card Dnh*Godaddy#322349452 |
| 08/05 | 290.11 | 9967 Debit Card Purchase Tmb Phy Registration |
| 08/05 | 29.56 | 9967 Debit Card Purchase Best Western Plus (res |
| 08/05 | 11.12 | 9967 Debit Card Purchase Kfc C253007 Clearfiel |
| 08/06 | 325.43 | 9967 Debit Card Purchase Best Western Plus |
| 08/06 | 62.89 | 0646 Debit Card Purchase Sheetz 0194  Falls Cre |
| 08/06 | 63.55 | 9967 Debit Card Purchase Amazon Mktpl*Rf2Af4H71 |
| 08/06 | 15.85 | 9967 Recurring Debit Card Audible*Rf08H88X0 |
| 08/07 | 3.72 | 9967 Debit Card Purchase 42459 Mms Penn Highlan |
| 08/07 | 6.46 | 9967 Debit Card Purchase 42459 Mms Penn Highlan |
| 08/07 | 45.96 | 9967 Debit Card Purchase Tst* Dented Keg Brewin |
| 08/07 | 121.99 | 0646 Debit Card Purchase Tj Maxx #826 |
| 08/08 | 245.63 | 0646 Debit Card Purchase The Home Depot 4127 |
| 08/08 | 55.97 | 9967 Debit Card Purchase Tst* Dented Keg Brewin |
| 08/08 | 15.88 | 9967 Debit Card Purchase Amazon Mktpl*Rf9B59Rq1 |
| 08/08 | 20.13 | 9967 Debit Card Purchase Amazon Mktpl*Rm01P7Z22 |
| 08/08 | 21.19 | 0646 Recurring Debit Card Spotify USA |
| 08/08 | 9.62 | 9967 Debit Card Purchase McDonald's F6752 |
| 08/09 | 25.03 | 9967 Debit Card Purchase Kwik Fill 213 |
| 08/09 | 548.66 | 9967 Debit Card Purchase Treana Winery, Llc. |
| 08/09 | 48.66 | 9967 Debit Card Purchase Amazon Mktpl*Rm6Uo84M1 |
| 08/09 | 41.76 | 9967 Debit Card Purchase Giant Martins #6504 |
| 08/09 | 35.00 | 9967 Debit Card Purchase Ppy*Legacy Looks |
| 08/09 | 568.58 | 9967 Debit Card Purchase Mr Tire 797 Shrewsbur |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

| | | |
|---|---|---|
| For 24-hour information, sign on to PNC Bank Online Banking on pnc.com | For the period | 07/24/2024 to 08/22/2024 |
| | JEAN PAUL ROMES MD #24-16283 | |
| Account Number: ■■■■-2001 - continued | Primary account number: ■■■■-2001 | |
| | Page 5 of 7 | |

## Banking/Debit Card Withdrawals and Purchases    continued

| Date | Amount | Description |
|---|---|---|
| 08/12 | 317.93 | 9967 Debit Card Purchase Wine and Spirits 4501 |
| 08/12 | 21.33 | 9967 Debit Card Purchase Bite American Tacos |
| 08/12 | 46.62 | 9967 Debit Card Purchase Amazon Mktpl*Rm9Xy8E40 |
| 08/12 | 346.85 | N0809 9967 Payment Tmobile Au Bellevue Wa |
| 08/12 | 204.43 | 9967 Debit Card Purchase Momento Restaurant |
| 08/12 | 138.14 | 9967 Debit Card Purchase American Ai 0010657748 |
| 08/12 | 68.00 | 9967 Debit Card Purchase Tst* Mountain View Vin |
| 08/12 | 17.40 | 9967 Debit Card Purchase Tst* Mountain View Vin |
| 08/12 | 43.06 | 9967 Debit Card Purchase Sunoco 0157334400 |
| 08/12 | 12.12 | 9967 Debit Card Purchase Dunkin #359283 |
| 08/12 | 104.94 | 9967 Recurring Debit Card Intuit *Qbooks Online |
| 08/12 | 153.33 | 0646 Debit Card Purchase Wm Supercenter #2368 |
| 08/13 | 28.87 | 9967 Debit Card Purchase Sycamore Brewing E Ext |
| 08/13 | 50.19 | 9967 Debit Card Purchase Beauxjax Crafthouse |
| 08/14 | 37.60 | 9967 Debit Card Purchase Laughing Crab |
| 08/14 | 4.60 | 9967 Debit Card Purchase Circle K 08194 |
| 08/14 | 180.32 | 9967 Debit Card Purchase Superior's Steak House |
| 08/14 | 5.56 | 9967 Debit Card Purchase McDonald's F1768 |
| 08/15 | 20.02 | 9967 Debit Card Purchase Circle K 08194 |
| 08/16 | 6.51 | 9967 Debit Card Purchase Starbucks Store 09604 |
| 08/16 | 32.17 | 9967 Debit Card Purchase Tst*Posados Cafe - Bos |
| 08/16 | 10.53 | 9967 Debit Card Purchase Atlanta Airport Atlan |
| 08/16 | 692.00 | 9967 Debit Card Purchase Norwegian Cruise Line |
| 08/19 | 8.06 | 9967 Debit Card Purchase Tailwind Shv |
| 08/19 | 229.03 | 0646 Debit Card Purchase The Home Depot #4127 |
| 08/19 | 70.00 | 9967 Debit Card Purchase Lehigh Northampton Air |
| 08/19 | 45.45 | 9967 Debit Card Purchase Amazon Mktpl*Ru1Zz2Jy0 |
| 08/19 | 18.09 | 9967 Debit Card Purchase Amazon.com*Ru67M83S1 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

| | |
|---|---|
| For 24-hour information, sign on to PNC Bank Online Banking on pnc.com | For the period  07/24/2024  to  08/22/2024<br>JEAN PAUL ROMES MD #24-16283<br>Primary account number:  ▇▇▇▇-2001 |
| Account Number:  ▇▇▇▇-2001  - continued | Page 6 of 7 |

## Banking/Debit Card Withdrawals and Purchases  *continued*

| Date | Amount | Description |
|---|---:|---|
| 08/19 | 11.41 | 0646 Debit Card Purchase Sunoco 0691411300 |
| 08/19 | 83.41 | 0646 Debit Card Purchase Sunoco 0691411300 |
| 08/19 | 125.00 | 0646 Debit Card Purchase State Farm  800-956631 |
| 08/19 | 46.21 | 0646 Debit Card Purchase The Home Depot #4136 |
| 08/19 | 29.51 | 0646 Debit Card Purchase Sq *Shahs Halal Food |
| 08/19 | 12.39 | 9967 Debit Card Purchase McDonald's F3665 |
| 08/19 | 73.01 | 9967 Debit Card Purchase Sunoco 0419499900 |
| 08/19 | 2.48 | 9967 Debit Card Purchase McDonald's F11893  Cub |
| 08/19 | 32.52 | 0646 Debit Card Purchase Sheetz 0314  New Alexa |
| 08/19 | 3.49 | 9967 Debit Card Purchase Country Fair #64 |
| 08/19 | 57.87 | 9967 Debit Card Purchase Kabobs At The Option H |
| 08/19 | 131.14 | 0646 Debit Card Purchase Guy Fieri Mt Airy |
| 08/19 | 24.14 | 0646 Debit Card Purchase Guy Fieri Mt Airy |
| 08/19 | 76.64 | 0646 Debit Card Purchase Exxon Orion Fuel Llc |
| 08/19 | 5.00 | 9967 Debit Card Purchase McDonald's F3802 |
| 08/19 | 130.32 | 0646 Debit Card Purchase Bjs Wholesale #0319 |
| 08/19 | 11.95 | 9967 Debit Card Purchase Kfc G135982 Bradford |
| 08/19 | 6.57 | 9967 Debit Card Purchase Dairy Queen #70679 |
| 08/20 | 199.80 | 9967 Debit Card Purchase Best Western Plus |
| 08/20 | 25.02 | 9967 Debit Card Purchase Country Fair #64 |
| 08/20 | 23.02 | 9967 Debit Card Purchase Amazon.Com*R41Qp5Ty2 |
| 08/20 | 250.00 | 9967 Debit Card Purchase Marshall Machinery Inc |
| 08/20 | 100.57 | 9967 Debit Card Purchase Weis Markets 166 |
| 08/20 | 5.25 | 9967 Debit Card Purchase Exxon Shri-Yoginc. |
| 08/20 | 13.55 | 0646 Debit Card Purchase USPS PO 4182080360 |
| 08/21 | 46.39 | 9967 Debit Card Purchase U-Haulbutler Park Self |
| 08/21 | 200.34 | 9967 Recurring Debit Card Locktyte Ss 6226 |
| 08/21 | 17.55 | 0646 Debit Card Purchase Subway 12144 |
| 08/22 | 119.02 | 9967 Debit Card Purchase Amazon Mktpl*R44T32G92 |
| 08/22 | 52.99 | 9967 Debit Card Purchase Amazon Mktpl*Ru38U5Yu1 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period 07/24/2024 to 08/22/2024
JEAN PAUL ROMES MD #24-16283
Primary account number: ███-2001
Page 7 of 7

Account Number: ███-2001 - continued

## Banking/Debit Card Withdrawals and Purchases    continued

| Date  | Amount | Description |
|-------|--------|-------------|
| 08/22 | 210.94 | 9967 Recurring Debit Card Locktyte Ss 6226 |
| 08/22 | 70.47  | 9967 Debit Card Purchase Amazon Reta* Ru75M4Rx0 |
| 08/22 | 17.14  | 9967 Debit Card Purchase Jimmys Hilltop Ice Cre |

## Online and Electronic Banking Deductions

There were 14 Online or Electronic Banking Deductions totaling $28,871.86.

| Date  | Amount    | Description |
|-------|-----------|-------------|
| 07/24 | 250.00    | Twh Auto Transfer To ███0164 |
| 07/24 | 16,000.00 | Online Transfer To ███5397 |
| 07/25 | 25.00     | Twh Auto Transfer To ███5397 |
| 07/26 | 300.00    | Web Pmt- Online Pmt Kubota Credit Ckf402968710POS |
| 07/26 | 250.00    | Web Pmt- Payment Quarterly Fee 6Q7Gj5A2801 |
| 07/29 | 128.96    | Corporate ACH EDI Paymts Ucci 44968249 |
| 07/29 | 50.90     | Web Pmt- Online Pmt Fstenergy Meted Ckf402968710POS |
| 08/02 | 2,000.00  | Web Pmt- Online Pmt Bank Of America Ckf402968710POS |
| 08/05 | 5,500.00  | Online Transfer To ███5397 |
| 08/07 | 300.00    | Web Pmt Recur- Online Pmt Kubota Credit Ckf402968710POS |
| 08/09 | 1,000.00  | Web Pmt- Online Pmt Flagstar Bank Ckf402968710POS |
| 08/12 | 2,000.00  | Web Pmt- Online Pmt Roundpoint Mortg Ckf402968710POS |
| 08/20 | 462.00    | Online Transfer To ███7132 |
| 08/21 | 605.00    | Web Pmt- Transfer Impactshare ███5034 |

## Daily Balance Detail

| Date  | Balance  | Date  | Balance  | Date  | Balance  | Date  | Balance  |
|-------|----------|-------|----------|-------|----------|-------|----------|
| 07/24 | 2,560.31 | 08/01 | 596.87   | 08/09 | 7,462.05 | 08/16 | 4,183.78 |
| 07/25 | 1,705.63 | 08/02 | 9,128.62 | 08/12 | 3,987.90 | 08/19 | 2,950.09 |
| 07/26 | 2,036.62 | 08/05 | 3,124.01 | 08/13 | 3,908.84 | 08/20 | 2,071.22 |
| 07/29 | 1,629.24 | 08/06 | 2,656.29 | 08/14 | 3,680.76 | 08/21 | 741.94   |
| 07/30 | 2,852.04 | 08/07 | 2,178.16 | 08/15 | 3,660.74 | 08/22 | 1,271.41 |
| 07/31 | 2,674.55 | 08/08 | 9,729.74 |       |          |       |          |

# Virtual Wallet With Performance Spend Statement

PNC Bank

**PNC BANK**
PO Box 609
Pittsburgh, PA 15230-9738

Page 1 of 9
Primary account number: XX-XXXX-2001

**For the period** 08/23/2024 to 09/23/2024

Number of enclosures: 0

JEAN PAUL ROMES MD #24-16283
LISA A ROMES
DEBTOR IN POSSESSION
5125 GLENBROOK RD

STROUDSBURG PA 18360-6793

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK
Visit us at pnc.com
PNC accepts Telecommunications Relay Service (TRS) calls.

---

IMPORTANT INFORMATION ABOUT CONSUMER CHECK QUANTITIES

Effective September 29, 2024, check order quantities for the following categories will decrease as follows:

>Consumer Wallet Single, Wallet Duplicate, Personal Value Packs, Wallet Top Stub, and Wallet End Stub will decrease from 80 to 60 checks
>Consumer Personal Deposit Tickets Single and Duplicate will decrease from 100 to 80 deposit tickets

There will be no changes to the quantities of any other consumer check types, including PNC Exclusive Wallet and PNC Exclusive Wallet Duplicate.

If you have questions regarding these changes, please call the number at the top of this statement or visit a PNC branch.

## Virtual Wallet With Performance Spend Account Summary

JEAN PAUL ROMES MD #24-16283
LISA A ROMES
DEBTOR IN POSSESSION

**Account number:** XX-XXXX-2001
**Overdraft Protection** Provided By: XXXXXX5397

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 1,271.41 | 95,731.39 | 76,071.76 | 20,931.04 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 9,096.03 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 2 | 158 | 0 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 4 | 4 | 0 |

### Interest Summary

As of 09/23, a total of $.34 in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 32 | 9,096.03 | .08 |

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period  08/23/2024 to 09/23/2024
JEAN PAUL ROMES MD #24-16283
Primary account number:    XX-XXXX-2001
Page 2 of 9

Account Number:  XX-XXXX-2001  - continued

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 08/23 | 8,007.50 | Direct Deposit - Payroll AYA LOCUMS LLC 21066833 |
| 08/26 | 210.94 | Online Transfer From ▇▇▇▇ 6282 |
| 08/26 | 10,800.00 | Corporate ACH Corp Pay Locum Tenens Med |
| 08/30 | 42.14 | Debit Card Credit Amazon Mktplace Pmts Amzn.com/bi WA |
| 08/30 | 9,993.36 | Corporate ACH Payables SCI DISBURSEMENT 0000013545 |
| 08/30 | 1,160.00 | Direct Deposit - Payroll AYA LOCUMS LLC 21066833 |
| 09/06 | 18,486.72 | Direct Deposit - Payroll AYA LOCUMS LLC 21066833 |
| 09/09 | 1,500.00 | Online Transfer From ▇▇▇▇ 5397 |
| 09/12 | 5,280.00 | Corporate ACH Corp Pay Locum Tenens Med |
| 09/13 | 15,250.00 | Direct Deposit - Payroll AYA LOCUMS LLC 21066833 |
| 09/18 | 1,000.00 | Online Transfer From ▇▇▇▇ 5397 |
| 09/20 | 23,620.00 | Direct Deposit - Payroll AYA LOCUMS LLC 21066833 |
| 09/20 | 380.65 | Online Transfer From ▇▇▇▇ 6282 |
| 09/23 | .08 | Interest Payment |

There were 14 Deposits and Other Additions totaling $95,731.39.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 819 | 487.04 | 09/18 | 013595821 | 7477 * | 985.80 | 09/04 | 016265382 |

* Gap in check sequence

There were 2 checks listed totaling $1,472.84.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 08/23 | 40.04 | 9967 Debit Card Purchase Gas N Goods Sciota PA |
| 08/23 | 24.37 | 9967 Recurring Debit Card Netflix.com |
| 08/23 | 10.95 | 0646 Debit Card Purchase Stroudsmoor Country In |
| 08/23 | 74.96 | 0646 Debit Card Purchase Wm Supercenter #2368 |
| 08/23 | 25.43 | 0646 Debit Card Purchase Giant Martins #6504 |
| 08/23 | 47.18 | 9967 Debit Card Purchase Target  Pittsburgh |
| 08/23 | 11.62 | 9967 Debit Card Purchase Walgreens #9281 |
| 08/23 | 88.02 | 9967 Debit Card Purchase Wine and Spirits 0247 |
| 08/23 | 149.79 | 9967 Debit Card Purchase Wine and Spirits 0247 |

There were 2 Banking Machine withdrawals totaling $900.00.

There were 159 other Banking Machine/Debit Card deductions totaling $12,844.50.

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period   08/23/2024   to   09/23/2024
JEAN PAUL ROMES MD #24-16283
Primary account number:   XX-XXXX-2001
Page 3 of 9

Account Number:   XX-XXXX-2001   - continued

## Banking/Debit Card Withdrawals and Purchases   *continued*

| Date | Amount | Description |
|---|---:|---|
| 08/23 | 325.94 | 9967 Debit Card Purchase Wal-Mart #1640 |
| 08/23 | 299.03 | 9967 Debit Card Purchase Wm Supercenter #1640 |
| 08/23 | 400.00 | ATM Withdrawal 1110 N 9TH St Stroudsburg |
| 08/26 | 105.95 | 9967 Debit Card Purchase Amazon Reta* R444V8K72 |
| 08/26 | 21.91 | 9967 Debit Card Purchase Chick-Fil-A #02603 |
| 08/26 | 2.49 | 9967 Debit Card Purchase Sheetz 0498 Blairsvil |
| 08/26 | 79.58 | 9967 Debit Card Purchase Trader Joe S #638 |
| 08/26 | 10.69 | 9967 Debit Card Purchase Staples Pittsbsurgh P |
| 08/26 | 64.58 | 9967 Debit Card Purchase Aldi 69080 Pittsburgh |
| 08/26 | 15.16 | 9967 Debit Card Purchase Wendys 2381 Monroevil |
| 08/26 | 79.25 | 9967 Debit Card Purchase Sheetz 2204 Murrysvil |
| 08/26 | 6.68 | 9967 Debit Card Purchase Burger King #23950 |
| 08/26 | 5.18 | 9967 Debit Card Purchase Arby's 324 Mifflinvil |
| 08/26 | 127.20 | 0646 Debit Card Purchase Ken and Company Salon |
| 08/26 | 213.65 | 9967 Debit Card Purchase The Home Depot #4127 |
| 08/26 | 15.00 | 9967 Debit Card Purchase Sparkle Rt 611 |
| 08/26 | 5.29 | 9967 Debit Card Purchase Amazon Mktpl*R42Wc3080 |
| 08/26 | 35.00 | 9967 Debit Card Purchase American Ai 0014441881 |
| 08/26 | 276.00 | 9967 Debit Card Purchase Progressive Physicians |
| 08/26 | 35.94 | 9967 Debit Card Purchase Qdi*Quest Diagnostics |
| 08/26 | 128.96 | 9967 Debit Card Purchase United Concordia Inc |
| 08/26 | 34.80 | 0646 Debit Card Purchase Tst* Mountain View Vin |
| 08/26 | 24.76 | 0646 Debit Card Purchase Tst* Mountain View Vin |
| 08/26 | 8.42 | 9967 Debit Card Purchase Tst* Mountain View Vin |
| 08/26 | 56.18 | 9967 Debit Card Purchase Tst* Mountain View Vin |
| 08/26 | 55.11 | 0646 Debit Card Purchase Tst* Mountain View Vin |
| 08/26 | 15.02 | 9967 Debit Card Purchase Gas N Goods Sciota PA |
| 08/26 | 607.22 | 0646 Debit Card Purchase Wal-Mart #2368 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period    08/23/2024   to   09/23/2024
JEAN PAUL ROMES MD #24-16283
Primary account number:    XX-XXXX-2001
Page 4 of 9

Account Number:   XX-XXXX-2001   - continued

## Banking/Debit Card Withdrawals and Purchases       *continued*

| Date | Amount | Description |
|---|---|---|
| 08/26 | 142.17 | 0646 Debit Card Purchase Homegoods #1025 |
| 08/27 | 14.91 | 9967 Debit Card Purchase Beechers Newark NJ |
| 08/27 | 28.01 | 9967 Debit Card Purchase Tst*Cousins Bbq - B47 |
| 08/27 | 25.43 | 0646 Debit Card Purchase Wine and Spirits 4501 |
| 08/27 | 46.90 | 9967 Debit Card Purchase Tst* Walk-On's - Texar |
| 08/27 | 42.14 | 9967 Debit Card Purchase Amazon Mktpl*R41147Ki1 |
| 08/27 | 6.80 | 9967 Debit Card Purchase McDonald's F15967 |
| 08/27 | 38.93 | 9967 Debit Card Purchase Localunamexicangrill |
| 08/27 | 53.47 | 9967 Debit Card Purchase Hilton Garden Inn Rest |
| 08/28 | 14.96 | 9967 Debit Card Purchase Hilton Garden Inn Rest |
| 08/28 | 151.62 | 0646 Debit Card Purchase Aderis Health Technolo |
| 08/28 | 68.46 | 0646 Debit Card Purchase Weis Markets 159 |
| 08/29 | 10.49 | 9967 Debit Card Purchase Amazon Mktpl*Rk71A1F31 |
| 08/29 | 640.90 | 0646 Debit Card Purchase Highmark Benefits Grou |
| 08/29 | 124.57 | 0646 Debit Card Purchase Aldi 60085 Stroudsbur |
| 08/29 | 23.29 | 9967 Debit Card Purchase Par*Tacos 4 Life - Tex |
| 08/29 | 9.53 | 9967 Debit Card Purchase Amazon Mktpl*Rk9Yz8Zv0 |
| 08/29 | 25.43 | 9967 Debit Card Purchase Amazon Mktpl*Rk80F5Qh2 |
| 08/29 | 24.94 | 9967 Debit Card Purchase Hilton Garden Inn Rest |
| 08/30 | 715.56 | 9967 Debit Card Purchase State Farm 800-956631 |
| 08/30 | 9.99 | 9967 Recurring Debit Card Apple.Com/Bill |
| 08/30 | 7.41 | 9967 Debit Card Purchase Amazon.com*Rk1260Er0 |
| 08/30 | 42.04 | 0646 Debit Card Purchase Wal-Mart #2368 |
| 08/30 | 68.68 | 0646 Debit Card Purchase Giant Fuel 6504 |
| 08/30 | 10.80 | 9967 Debit Card Purchase Super 1 Foods 618 |
| 08/30 | 8.98 | 9967 Debit Card Purchase Panda Express #3515 |
| 09/03 | 8.49 | 9967 Debit Card Purchase Hilton Garden Inn |
| 09/03 | 7.85 | 9967 Debit Card Purchase Cinemark Theatres 350 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period  08/23/2024  to  09/23/2024
JEAN PAUL ROMES MD #24-16283
Primary account number:   XX-XXXX-2001
Page 5 of 9

Account Number:   XX-XXXX-2001   - continued

## Banking/Debit Card Withdrawals and Purchases  *continued*

| Date  | Amount | Description |
|-------|--------|-------------|
| 09/03 | 12.83  | 9967 Debit Card Purchase Cinemark Theatres 350 |
| 09/03 | 12.23  | 9967 Debit Card Purchase Panda Express #3515 |
| 09/03 | 75.00  | 9967 Debit Card Purchase Louisiana State Board |
| 09/03 | 1.72   | 9967 Debit Card Purchase Usb Srv Fee La St Boar |
| 09/03 | 21.44  | 0646 Debit Card Purchase Hepler S Beer Barrel |
| 09/03 | 7.85   | 9967 Debit Card Purchase Cinemark Theatres 350 |
| 09/03 | 12.34  | 9967 Debit Card Purchase Cinemark Theatres 350 |
| 09/03 | 12.99  | 9967 Debit Card Purchase Newk's Eatery Texarka |
| 09/03 | 7.89   | 9967 Debit Card Purchase Burger King #8395 |
| 09/03 | 7.77   | 9967 Debit Card Purchase Starbucks Store 8886 |
| 09/03 | 43.02  | 9967 Debit Card Purchase Love's #0283 Outside |
| 09/03 | 7.00   | 9967 Debit Card Purchase Hyatt Hotels |
| 09/03 | 10.58  | 9967 Debit Card Purchase Par*Smoothie King Sk11 |
| 09/03 | 284.17 | 9967 Debit Card Purchase Tst* Ranch  Irving Tx |
| 09/03 | 9.08   | 9967 Debit Card Purchase Panda Express #2442 |
| 09/04 | 6.77   | 9967 Debit Card Purchase Starbucks Store 9538 |
| 09/04 | 125.75 | 9967 Debit Card Purchase Superior's Steak House |
| 09/04 | 4.37   | 9967 Debit Card Purchase McDonald's F11643 |
| 09/04 | 46.62  | 9967 Recurring Debit Card Dnh*Godaddy#327677756 |
| 09/04 | 13.23  | 0646 Debit Card Purchase Martino's Bilo Brockw |
| 09/04 | 17.24  | 9967 Debit Card Purchase Chipotle 2656 |
| 09/05 | 26.00  | 0646 Debit Card Purchase Station 101 Bar & Pub |
| 09/05 | 64.78  | 0646 Debit Card Purchase Sheetz 2146 Brockway |
| 09/05 | 6.44   | 9967 Debit Card Purchase Wendys #27900 |
| 09/05 | 9.08   | 9967 Debit Card Purchase Panda Express #2442 |
| 09/06 | 144.92 | 9967 Debit Card Purchase 2 Johns Steak & Seafoo |
| 09/06 | 104.62 | 0646 Debit Card Purchase Wal-Mart #2368 |
| 09/06 | 15.85  | 9967 Debit Card Purchase Audible*Zt21X41J1 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

| | |
|---|---|
| For 24-hour information, sign on to PNC Bank Online Banking on pnc.com | For the period  08/23/2024 to 09/23/2024<br>JEAN PAUL ROMES MD #24-16283<br>Primary account number:  XX-XXXX-2001<br>Page 6 of 9 |

Account Number:  XX-XXXX-2001  - continued

## Banking/Debit Card Withdrawals and Purchases    continued

| Date | Amount | Description |
|---|---|---|
| 09/06 | 12.27 | 0646 Debit Card Purchase Giant Martins #6504 |
| 09/06 | 70.51 | 9967 Debit Card Purchase Nickys Mexican |
| 09/09 | 7.64 | 9967 Debit Card Purchase McDonald's F11643 |
| 09/09 | 44.28 | 0646 Debit Card Purchase Sunoco 8000226902 |
| 09/09 | 79.03 | 0646 Debit Card Purchase Westwood Johnstown PA |
| 09/09 | 21.80 | 0646 Debit Card Purchase West Hills Beer & Soda |
| 09/09 | 14.91 | 9967 Debit Card Purchase Newk's Eatery #1048 |
| 09/09 | 2.25 | 0646 Debit Card Purchase Parking In Pittsburgh |
| 09/09 | 83.55 | 0646 Debit Card Purchase Caffe' Mona La Bistro |
| 09/09 | 45.90 | 0646 Debit Card Purchase Phipps Conservatory |
| 09/09 | 110.95 | 0646 Debit Card Purchase Tst*Balance 2 Johnsto |
| 09/09 | 21.19 | N0907 0646 Payment Spotifyab New York NY |
| 09/09 | 165.43 | 9967 Debit Card Purchase Mvbc Jimmys Steak |
| 09/09 | 42.11 | 9967 Debit Card Purchase Circle K # 44199 |
| 09/09 | 15.47 | 0646 Debit Card Purchase Giant Eagle #0046 |
| 09/09 | 78.74 | 0646 Debit Card Purchase Get Go #3612 Johnstow |
| 09/09 | 90.25 | 0646 Debit Card Purchase Wal-Mart #5356 |
| 09/09 | 327.50 | N0909 9967 Payment Tmobile Au Bellevue Wa |
| 09/10 | 31.06 | 0646 Debit Card Purchase Westwood Johnstown PA |
| 09/10 | 48.00 | 9967 Debit Card Purchase Olive Garden 0021677 |
| 09/10 | 105.99 | 0646 Debit Card Purchase Best Buy  State Colle |
| 09/11 | 35.12 | 9967 Debit Card Purchase Tst* Walk-On's - Texar |
| 09/11 | 9.53 | 9967 Debit Card Purchase Amazon Mark* Z89Om9Fu1 |
| 09/11 | 15.77 | 9967 Debit Card Purchase Dairy Queen #14651 |
| 09/12 | 104.94 | 9967 Recurring Debit Card Intuit *Qbooks Online |
| 09/13 | 51.41 | 9967 Debit Card Purchase Hooters Of Texarkana |
| 09/13 | 7.24 | 9967 Debit Card Purchase Andy's Frozen Custard |
| 09/13 | 120.11 | 9967 Debit Card Purchase Amazon Mark* 4R2Jg28T3 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period   08/23/2024 to 09/23/2024
JEAN PAUL ROMES MD #24-16283
Primary account number:   XX-XXXX-2001
Page 7 of 9

Account Number:   XX-XXXX-2001   - continued

## Banking/Debit Card Withdrawals and Purchases    continued

| Date | Amount | Description |
|---|---|---|
| 09/13 | 60.43 | 9967 Debit Card Purchase Ironwood Grill |
| 09/13 | 16.02 | 9967 Debit Card Purchase Wal-Mart 4371 Gas |
| 09/16 | 71.96 | 0646 Debit Card Purchase Sunoco 8000226902 |
| 09/16 | 89.51 | 0646 Debit Card Purchase Lowes #02252* |
| 09/16 | 9.74 | 9967 Debit Card Purchase Hilton Garden Inn Rest |
| 09/16 | 35.00 | 9967 Debit Card Purchase American Ai 0014443198 |
| 09/16 | 8.65 | 9967 Debit Card Purchase Mms-Christus-St Michae |
| 09/16 | 108.83 | 9967 Debit Card Purchase Naaman's Bbq Texarkan |
| 09/16 | 27.55 | 9967 Debit Card Purchase Amazon Mark* V30Id0Oo3 |
| 09/16 | 6.86 | 9967 Debit Card Purchase McDonald's F31310 |
| 09/16 | 500.00 | ATM Withdrawal 1110 N 9TH St Stroudsburg |
| 09/17 | 1,320.00 | 9967 Debit Card Purchase Ewr Lot P4 Newark NJ |
| 09/17 | 94.80 | 8764 Debit Card Purchase Weis Markets 159 |
| 09/17 | 12.00 | 8764 Debit Card Purchase Sparkle Rt 611 |
| 09/18 | 389.77 | 8764 Debit Card Purchase Wine and Spirits 4506 |
| 09/18 | 69.95 | 8764 Debit Card Purchase The Home Depot #4127 |
| 09/18 | 71.55 | 8764 Debit Card Purchase Fsp*Shawneecraft Brewi |
| 09/18 | 66.96 | 8764 Debit Card Purchase Amazon Mktpl*Pj7Dm1O83 |
| 09/19 | 140.73 | 0646 Debit Card Purchase Finolas Irish Pub |
| 09/19 | 278.00 | 8764 Debit Card Purchase Norwegian Cruise Line |
| 09/19 | 145.00 | 8764 Debit Card Purchase Ptc Ezpass Csc Web Ivr |
| 09/19 | 187.00 | 8764 Debit Card Purchase PA Driver & Vehicle SE |
| 09/19 | 67.25 | 8764 Debit Card Purchase Speedway 09967 |
| 09/20 | 128.96 | 8764 Debit Card Purchase United Concordia Inc |
| 09/20 | 30.02 | 8764 Debit Card Purchase Sunoco 8000226902 |
| 09/20 | 2.01 | 0646 Debit Card Purchase McDonald's F14279 |
| 09/20 | 10.06 | 8764 Debit Card Purchase Tops Markets #610 |
| 09/23 | 199.80 | 8764 Debit Card Purchase Best Western Plus |
| 09/23 | 35.26 | 8764 Debit Card Purchase Taco Inc. Modern Mexic |
| 09/23 | 200.34 | 8764 Recurring Debit Card Locktyte Ss 6226 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period   08/23/2024 to 09/23/2024
JEAN PAUL ROMES MD #24-16283
Primary account number:   XX-XXXX-2001
Page 8 of 9

Account Number:   XX-XXXX-2001   - continued

## Banking/Debit Card Withdrawals and Purchases  *continued*

| Date | Amount | Description |
|---|---|---|
| 09/23 | 36.74 | 0646 Debit Card Purchase Martino's Bilo Brockw |
| 09/23 | 180.31 | 8764 Debit Card Purchase Locktyte Ss 6226 |
| 09/23 | 54.02 | 0646 Debit Card Purchase Sheetz 2194 Falls Cre |
| 09/23 | 3.70 | 8764 Debit Card Purchase Kfc G135982 Bradford |
| 09/23 | 13.13 | 8764 Debit Card Purchase Arbys 6229 Clearfield |
| 09/23 | 210.94 | 8764 Recurring Debit Card Locktyte Ss 6226 |
| 09/23 | 37.84 | 8764 Debit Card Purchase Tst* Dented Keg Brewin |
| 09/23 | 7.94 | 8764 Debit Card Purchase Arbys 6229 Clearfield |
| 09/23 | 24.37 | 8764 Recurring Debit Card Netflix 1 844505299 |
| 09/23 | 16.87 | 8764 Debit Card Purchase Panda Gourmet |

## Online and Electronic Banking Deductions

There were 22 Online or Electronic Banking Deductions totaling $60,854.42.

| Date | Amount | Description |
|---|---|---|
| 08/23 | 250.00 | Twh Auto Transfer To ████ 0164 |
| 08/23 | 25.00 | Twh Auto Transfer To ████ 5397 |
| 08/26 | 237.62 | Web Pmt- Online Pmt Bk Of Amer Visa Ckf643252222POS |
| 08/27 | 13,000.00 | Online Transfer To ████ 5397 |
| 08/27 | 500.00 | Online Transfer To ████ 4943 |
| 09/03 | 2,000.00 | Web Pmt- Online Pmt Bank Of America Ckf402968710POS |
| 09/06 | 300.00 | Web Pmt Recur- Online Pmt Kubota Credit Ckf402968710POS |
| 09/06 | 7,000.00 | Online Transfer To ████ 5397 |
| 09/09 | 10,000.00 | Online Transfer To ████ 5397 |
| 09/09 | 1,750.00 | Online Transfer To ████ 08039 |
| 09/09 | 2,700.00 | Online Transfer To ████ 7116 |
| 09/09 | 1,000.00 | Web Pmt- Online Pmt Flagstar Bank Ckf402968710POS |
| 09/09 | 494.32 | Web Pmt- Online Pmt Fstenergy Meted Ckf402968710POS |
| 09/10 | 220.00 | Payment, E-Check Payment 5654 De Passport 0818 |
| 09/11 | 1,500.00 | Online Transfer To ████ 5397 |
| 09/12 | 5,000.00 | Online Transfer To ████ 5397 |
| 09/13 | 2,000.00 | Web Pmt- Online Pmt Roundpoint Mortg Ckf402968710POS |
| 09/13 | 10,000.00 | Online Transfer To ████ 5397 |
| 09/20 | 272.48 | Web Pmt- Online Pmt Bk Of Amer Visa Ckf643252222POS |

Online and Electronic Banking Deductions continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period    08/23/2024    to    09/23/2024
JEAN PAUL ROMES MD #24-16283
Primary account number:    XX-XXXX-2001
Page 9 of 9

Account Number:    XX-XXXX-2001    - continued

## Online and Electronic Banking Deductions    - continued

| Date | Amount | Description |
|---|---|---|
| 09/20 | 1,000.00 | Online Transfer To ▇▇▇▇ 5397 |
| 09/23 | 605.00 | Web Pmt- Transfer Impactshare ▇▇▇ 4324 |
| 09/23 | 1,000.00 | Online Transfer To ▇▇▇▇ 4943 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 08/23 | 7,506.58 | 09/03 | 9,046.72 | 09/10 | 2,578.82 | 09/17 | 1,903.35 |
| 08/26 | 16,107.71 | 09/04 | 7,846.94 | 09/11 | 1,018.40 | 09/18 | 1,818.08 |
| 08/27 | 2,351.12 | 09/05 | 7,740.64 | 09/12 | 1,193.46 | 09/19 | 1,000.10 |
| 08/28 | 2,116.08 | 09/06 | 18,579.19 | 09/13 | 4,188.25 | 09/20 | 23,557.22 |
| 08/29 | 1,256.93 | 09/09 | 2,983.87 | 09/16 | 3,330.15 | 09/23 | 20,931.04 |
| 08/30 | 11,588.97 | | | | | | |

Member FDIC    Equal Housing Lender