Cash Disbursements
7/1/2024-7/31/2024
Per Bank Statements

| Date | Description | Source | Statement Period | Amount | Account Designation |
|---|---|---|---|---|---|
| 7/3/2024 | ACH Tel Payment Bank of America | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (900.00) | Car Loan |
| 7/5/2024 | Online Pmt - Citi Card | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (300.00) | Final CC Pymt set in june b4 BK was filed |
| 7/1/2024 | Online Pmt - Citi Card | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (400.00) | Final CC Pymt set in june b4 BK was filed |
| 7/2/2024 | Online Pmt - Citi Card | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (500.00) | Final CC Pymt set in june b4 BK was filed |
| 7/23/2024 | Web Transfer - Impactshare | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (605.00) | Health Insurance premium |
| 7/10/2024 | Online Pmt - Flagstar Bank | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (1,000.00) | HELOC loan (will continue to pay) |
| 7/11/2024 | Online Transfer to 8039 | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (1,600.00) | to kids account for room, board, food and spendi |
| 7/25/2024 | TWH AUTO TRANSFER TO XXXXX5397 | PNC Joint Checking 2001 - DIP | Transaction export | $ (25.00) | Transfer between accounts |
| 7/24/2024 | TWH AUTO TRANSFER TO XXXXX0164 | PNC Joint Checking 2001 - DIP | Transaction export | $ (250.00) | Transfer between accounts |
| 7/10/2024 | Online Transfer to 2001 | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ (300.00) | Transfer between accounts |
| 7/3/2024 | Online Transfer to 5397 | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (360.00) | Transfer between accounts |
| 7/26/2024 | Online Transfer to 2001 | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ (1,000.00) | Transfer between accounts |
| 7/29/2024 | Online Transfer to 2001 | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ (1,000.00) | Transfer between accounts |
| 7/29/2024 | Online Transfer to 2001 | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ (1,000.00) | Transfer between accounts |
| 7/30/2024 | Online Transfer to 2001 | PNC Joint Savings 5397 DIP | 7/1/2024-7/31/2024 | $ (1,500.00) | Transfer between accounts |
| 7/10/2024 | Online Transfer to 5397 | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (3,800.00) | Transfer between accounts |
| 7/24/2024 | ONLINE TRANSFER TOXXXXX5397 | PNC Joint Checking 2001 - DIP | Transaction export | $ (16,000.00) | Transfer between accounts |
| 7/3/2024 | MMs Penn Highlan | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (1.69) | |
| 7/8/2024 | Sheetz | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (2.11) | |
| 7/31/2024 | TOPS MARKETS #610 BRADFORDPA | PNC Joint Checking 2001 - DIP | Transaction export | $ (3.17) | |
| 7/19/2024 | Giant Martins | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (3.19) | |
| 7/25/2024 | DOLLAR TREE STROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (3.98) | |
| 7/1/2024 | Hulu | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (4.23) | |
| 7/29/2024 | Hulu | Lisa Personal 4943 DIP | 7/16/24 - 8/14/2024 | $ (4.23) | |
| 7/29/2024 | DAIRY QUEEN #70679ELMIRANY | PNC Joint Checking 2001 - DIP | Transaction export | $ (4.53) | |
| 7/8/2024 | McDonald's | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (8.47) | |
| 7/9/2024 | Burger King | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (8.56) | |
| 7/24/2024 | AMAZON MKTPL*RJ5IO35F1Amzn.com/bi WA | PNC Joint Checking 2001 - DIP | Transaction export | $ (9.53) | |
| 7/25/2024 | AMERICAN RIBBON STROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (9.53) | |
| 7/5/2024 | Apple.com/Bill | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (9.99) | |
| 7/31/2024 | Apple.com/Bill | PNC Joint Checking 2001 - DIP | Transaction export | $ (9.99) | |
| 7/12/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (11.04) | |
| 7/5/2024 | Carnesalis Pizza | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (11.50) | |
| 7/25/2024 | CVS/PHARMACY #01312 STROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (11.64) | |
| 7/3/2024 | Arbys | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (12.39) | |
| 7/11/2024 | Sparkle | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (13.00) | |
| 7/17/2024 | Wmt Plus Jul 2024 | Lisa Personal 4943 DIP | 7/16/24 - 8/14/2024 | $ (13.73) | |
| 7/30/2024 | THE QUEEN BEAN BISTRO VENTNOR CIT NJ | PNC Joint Checking 2001 - DIP | Transaction export | $ (14.97) | |
| 7/29/2024 | NATHANS FAMOUS 3401661SOUTH AMBOY NJ | PNC Joint Checking 2001 - DIP | Transaction export | $ (15.56) | |
| 7/8/2024 | Audible | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (15.85) | |
| 7/23/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (15.89) | |
| 7/22/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (17.09) | |
| 7/31/2024 | TOPS MARKETS #610 BRADFORDPA | PNC Joint Checking 2001 - DIP | Transaction export | $ (17.34) | |
| 7/25/2024 | EARTHLIGHT NATURAL FOOSTROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (18.07) | |
| 7/22/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (18.56) | |

| Date | Description | Account | Period | Amount |
|---|---|---|---|---|
| 7/29/2024 | Uber | PNC Joint Checking 2001 - DIP | Transaction export | $ (18.74) |
| 7/29/2024 | THE HOME DEPOT #4127STROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (19.78) |
| 7/29/2024 | POPEYES 3401617 SOUTH AMBOY NJ | PNC Joint Checking 2001 - DIP | Transaction export | $ (19.81) |
| 7/24/2024 | SUNOCO XXXXX6902 STROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (20.01) |
| 7/3/2024 | Pilot 00336 | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (20.04) |
| 7/23/2024 | Panera Bread | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (20.05) |
| 7/24/2024 | THE HOME DEPOT #4180ALTOONA PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (20.56) |
| 7/29/2024 | Acme | Lisa Personal 4943 DIP | 7/16/24 - 8/14/2024 | $ (20.89) |
| 7/9/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (21.16) |
| 7/22/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (22.14) |
| 7/30/2024 | DINOS SUBS AND PIZZAMARGATE CIT NJ | PNC Joint Checking 2001 - DIP | Transaction export | $ (22.24) |
| 7/3/2024 | Home & Hardware | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (22.32) |
| 7/26/2024 | WALGREENS #09878STROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (22.62) |
| 7/31/2024 | TOPS MARKETS #610 BRADFORDPA | PNC Joint Checking 2001 - DIP | Transaction export | $ (22.78) |
| 7/15/2024 | Arbys | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (23.50) |
| 7/23/2024 | Netflix.com | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (24.37) |
| 7/15/2024 | Monthly Service Charge | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (25.00) |
| 7/8/2024 | Sheetz | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (25.02) |
| 7/24/2024 | BLAIRSVILLE PITSTOP BLAIRSVILLE PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (25.03) |
| 7/3/2024 | Home & Hardware | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (25.43) |
| 7/22/2024 | The Home Depot | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (26.48) |
| 7/8/2024 | Wal-Mart | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (27.81) |
| 7/25/2024 | U-HAULBUTLER PARK SELFSTROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (29.11) |
| 7/18/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (29.99) |
| 7/24/2024 | BLAIRSVILLE PITSTOP BLAIRSVILLE PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (30.02) |
| 7/5/2024 | Sheetz | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (30.10) |
| 7/22/2024 | Amazon | Lisa Personal 4943 DIP | 7/16/24 - 8/14/2024 | $ (33.05) |
| 7/2/2024 | CVS Pharmacy | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (33.87) |
| 7/30/2024 | CC ESTRATEGY SOLUTIONSEGOV.COMKS | PNC Joint Checking 2001 - DIP | Transaction export | $ (34.00) |
| 7/15/2024 | Amazon | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (34.43) |
| 7/29/2024 | STEELS FUDGE AC ATLANTIC CI NJ | PNC Joint Checking 2001 - DIP | Transaction export | $ (34.46) |
| 7/2/2024 | Martino's Bilo | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (35.27) |
| 7/3/2024 | Venmo | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (40.00) |
| 7/1/2024 | Amazon | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (40.49) |
| 7/26/2024 | WEIS MARKETS 159STROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (42.03) |
| 7/22/2024 | Wine and Spirits | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (42.39) |
| 7/15/2024 | Sunoco | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (45.01) |
| 7/22/2024 | U-Haulbutler Park Self | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (46.39) |
| 7/22/2024 | GoDaddy | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (46.62) |
| 7/1/2024 | Sunoco | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (46.78) |
| 7/25/2024 | GIANT FUEL 6504 EAST STROUD PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (49.71) |
| 7/29/2024 | Amazon | Lisa Personal 4943 DIP | 7/16/24 - 8/14/2024 | $ (49.80) |
| 7/31/2024 | TOPS FUEL #610BRADFORDPA | PNC Joint Checking 2001 - DIP | Transaction export | $ (50.01) |
| 7/29/2024 | FSTENERGY METEDONLINE PMT | PNC Joint Checking 2001 - DIP | Transaction export | $ (50.90) |
| 7/22/2024 | Blue Ocean Fish Market | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (53.98) |
| 7/26/2024 | WEIS MARKETS 159STROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (54.36) |
| 7/24/2024 | SUNOCO XXXXX1103 PITTSBURGHPA | PNC Joint Checking 2001 - DIP | Transaction export | $ (55.05) |
| 7/15/2024 | Kalahari | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (56.00) |
| 7/29/2024 | CONOCO - WINSLOW GAS SBRADDOCKNJ | PNC Joint Checking 2001 - DIP | Transaction export | $ (56.90) |

| Date | Payee | Account | Period | Amount |
|---|---|---|---|---|
| 7/19/2024 | Earthlight Natural Food | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (59.26) |
| 7/19/2024 | Sheetz | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (61.41) |
| 7/22/2024 | Sunoco | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (61.87) |
| 7/8/2024 | Bath NY | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (65.01) |
| 7/15/2024 | Tops Fuel | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (65.02) |
| 7/9/2024 | Beefeaters | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (65.03) |
| 7/3/2024 | Walmart Supercenter | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (65.04) |
| 7/8/2024 | Sheetz | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (66.02) |
| 7/24/2024 | TST* MANGO MANGO DESSEPITTSBURGHPA | PNC Joint Checking 2001 - DIP | Transaction export | $ (67.15) |
| 7/12/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (70.38) |
| 7/5/2024 | Angry Goat | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (70.76) |
| 7/25/2024 | SHARPS COMPLIANCE INCXXXXX0300 TX | PNC Joint Checking 2001 - DIP | Transaction export | $ (74.20) |
| 7/31/2024 | 7213 HELP.MAX.COMMAX.COM NY | PNC Joint Checking 2001 - DIP | Transaction export | $ (74.20) |
| 7/23/2024 | Sunoco | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (76.01) |
| 7/8/2024 | Giant Martins | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (76.43) |
| 7/22/2024 | Weis Markets | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (77.98) |
| 7/29/2024 | PINE CREEK LIQUORS 085RINGOES NJ | PNC Joint Checking 2001 - DIP | Transaction export | $ (77.98) |
| 7/29/2024 | DOLLAR GENERAL #25020 ATLANTIC CI NJ | PNC Joint Checking 2001 - DIP | Transaction export | $ (84.48) |
| 7/15/2024 | Exxon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (87.92) |
| 7/1/2024 | Aldi | Lisa Personal 4943 DIP | 6/14/24 - 7/15/2024 | $ (91.85) |
| 7/9/2024 | Weis Markets | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (91.94) |
| 7/12/2024 | Qbooks Online | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (95.40) |
| 7/30/2024 | ATM WITHDRAWAL | PNC Joint Checking 2001 - DIP | Transaction export | $ (100.00) |
| 7/25/2024 | TX MED BD PURCHASES EGOV.COMTX | PNC Joint Checking 2001 - DIP | Transaction export | $ (102.96) |
| 7/30/2024 | 7212 HELP.MAX.COMMAX.COM NY | PNC Joint Checking 2001 - DIP | Transaction export | $ (105.99) |
| 7/29/2024 | THAI THANI INCSTROUDSBURG PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (110.14) |
| 7/19/2024 | Stone Bar Inn | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (118.00) |
| 7/24/2024 | HOTEL INDIGO PITTSBURGPITTSBURGHPA | PNC Joint Checking 2001 - DIP | Transaction export | $ (122.37) |
| 7/29/2024 | CORPORATE ACH 44968249 UCCI EDI PAYMTS | PNC Joint Checking 2001 - DIP | Transaction export | $ (128.96) |
| 7/18/2024 | Rocky Grill Brockway | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (132.64) |
| 7/15/2024 | Venmo | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (140.00) |
| 7/15/2024 | Locktyte | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (153.32) |
| 7/15/2024 | Locktyte | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (153.32) |
| 7/22/2024 | Lowes | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (153.41) |
| 7/22/2024 | Ken and Company Calon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (168.00) |
| 7/12/2024 | Giant Martins | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (187.33) |
| 7/24/2024 | Amazon.com*RJ30U5P91Amzn.com/bi WA | PNC Joint Checking 2001 - DIP | Transaction export | $ (200.00) |
| 7/22/2024 | Locktyte | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (200.34) |
| 7/22/2024 | Locktyte | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (210.94) |
| 7/10/2024 | Web Pmt - Student Ln Sept Education | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (225.32) |
| 7/12/2024 | Web Pmt - Student Ln Sept Education | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (225.32) |
| 7/25/2024 | GIANT MARTINS #6504 EAST STROUD PA | PNC Joint Checking 2001 - DIP | Transaction export | $ (230.48) |
| 7/26/2024 | ACH WEB 6Q7GJ5A2801 QUARTERLY FEEPAYMENT | PNC Joint Checking 2001 - DIP | Transaction export | $ (250.00) |
| 7/19/2024 | Giant Martins | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (253.73) |
| 7/8/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (255.67) |
| 7/22/2024 | ACH Hrac Paymt Hrac | Lisa Personal 4943 DIP | 7/16/24 - 8/14/2024 | $ (264.50) |
| 7/11/2024 | Web Pmt - Waste Management | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (268.41) |
| 7/12/2024 | Amazon | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (275.96) |
| 7/9/2024 | Best Western Plus | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (299.70) |

| Date | Description | Account | Period | Amount |
|---|---|---|---|---|
| 7/25/2024 | ATM WITHDRAWAL | PNC Joint Checking 2001 - DIP | Transaction export | $ (300.00) |
| 7/26/2024 | KUBOTA CREDITONLINE PMT | PNC Joint Checking 2001 - DIP | Transaction export | $ (300.00) |
| 7/8/2024 | Online Pmt - Bk of Amer Visa | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (337.84) |
| 7/29/2024 | Venmo | Lisa Personal 4943 DIP | 7/16/24 - 8/14/2024 | $ (400.00) |
| 7/19/2024 | ATM Withdrawal | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (450.00) |
| 7/19/2024 | Tmobile | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (450.92) |
| 7/2/2024 | Best Western Plus | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (599.40) |
| 7/24/2024 | CHECK816 014018961 | PNC Joint Checking 2001 - DIP | Transaction export | $ (640.90) |
| 7/15/2024 | Wine and Spirits | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (710.00) |
| 7/29/2024 | OSSUATLANTIC CI NJ | PNC Joint Checking 2001 - DIP | Transaction export | $ (785.14) |
| 7/5/2024 | ATM Withdrawal | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (800.00) |
| 7/15/2024 | State Farm | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (936.08) |
| 7/11/2024 | Online Pmt - Bk of Amer | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (1,800.00) |
| 7/12/2024 | Round Point Mortgage | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (2,000.00) |
| 7/2/2024 | Withdrawal | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (2,200.00) |
| 7/19/2024 | Withdrawal | PNC Joint Checking 2001 - DIP | 6/22/2024-7/23/2024 | $ (3,500.00) |