September Cash Receipts
9/1/2024-9/30/2024
Per Bank Statements

| Date | Description | Source | Statement Period | Amount | Account Designation |
|---|---|---|---|---|---|
| 9/26/2024 | ONLINE TRANSFER FROM XXXXX6282 | PNC Joint Checking 2001 | September Export | $ 210.94 | Business Income - old A/R |
| 9/20/2024 | ONLINE TRANSFER FROM XXXXX6282 | PNC Joint Checking 2001 | September Export | $ 380.65 | Business Income - old A/R |
| 9/23/2024 | INTEREST PAYMENT | PNC Joint Checking 2001 | September Export | $ 0.08 | Interest |
| 9/30/2024 | INTEREST PAYMENT | PNC Joint Savings 0164 DIP | September Export | $ 0.02 | Interest |
| 9/30/2024 | INTEREST PAYMENT | PNC Joint Savings 5397 DIP | September Export | $ 0.35 | Interest |
| 9/12/2024 | CORPORATE ACH LOCUM TENENS MED CORP PAY | PNC Joint Checking 2001 | September Export | $ 5,280.00 | Other Income |
| 9/20/2024 | ACH CREDIT  21066833 AYA LOCUMS LLC  PAYROLL | PNC Joint Checking 2001 | September Export | $ 23,620.00 | Paychecks |
| 9/13/2024 | ACH CREDIT  21066833 AYA LOCUMS LLC  PAYROLL | PNC Joint Checking 2001 | September Export | $ 15,250.00 | Paychecks |
| 9/6/2024 | ACH CREDIT  21066833 AYA LOCUMS LLC  PAYROLL | PNC Joint Checking 2001 | September Export | $ 18,486.72 | Paychecks |
| 9/26/2024 | ONLINE TRANSFER FROM XXXXX5397 | PNC Joint Checking 2001 | September Export | $ 60,000.00 | Transfers |
| 9/18/2024 | ONLINE TRANSFER FROM XXXXX5397 | PNC Joint Checking 2001 | September Export | $ 1,000.00 | Transfers |
| 9/9/2024 | ONLINE TRANSFER FROM XXXXX5397 | PNC Joint Checking 2001 | September Export | $ 1,500.00 | Transfers |
| 9/24/2024 | TWH AUTO TRANSFER FROM XXXXX2001 | PNC Joint Savings 0164 DIP | September Export | $ 250.00 | Transfers |
| 9/25/2024 | TWH AUTO TRANSFER FROM XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ 25.00 | Transfers |
| 9/20/2024 | ONLINE TRANSFER FROM XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ 1,000.00 | Transfers |
| 9/13/2024 | ONLINE TRANSFER FROM XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ 10,000.00 | Transfers |
| 9/12/2024 | ONLINE TRANSFER FROM XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ 5,000.00 | Transfers |
| 9/11/2024 | ONLINE TRANSFER FROM XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ 1,500.00 | Transfers |
| 9/9/2024 | ONLINE TRANSFER FROM XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ 10,000.00 | Transfers |
| 9/6/2024 | ONLINE TRANSFER FROM XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ 7,000.00 | Transfers |
| 9/23/2024 | ONLINE TRANSFER FROM XXXXX2001 | Lisa Personal 4943 DIP | September Export | $ 1,000.00 | Transfers |