September Cash Disbursements
9/1/2024-9/30/2024
Per Bank Statements

| Date | Description | Source | Statement Period | Amount | Account Designation |
|---|---|---|---|---|---|
| 9/16/2024 | ATM WITHDRAWAL    PNCPJ7461 N0916 8764 1110 N 9TH ST    STROUDSBURG  PA | PNC Joint Checking 2001 | September Export | $ (500.00) | ATMs |
| 9/16/2024 | MONTHLY SERVICE CHARGE    LD | Lisa Personal 4943 DIP | September Export | $ (25.00) | Bank Fees |
| 9/30/2024 | CHECK    7472    009135812 | PNC Joint Checking 2001 | September Export | $ (15,096.66) | Checks Written |
| 9/18/2024 | CHECK    819    013595821 | PNC Joint Checking 2001 | September Export | $ (487.04) | Checks Written |
| 9/4/2024 | CHECK    7477    016265382 | PNC Joint Checking 2001 | September Export | $ (985.80) | Checks Written |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX8764 LOCKTYTE SS 6226    XXXXX0721 PA | PNC Joint Checking 2001 | September Export | $ (180.31) | Clothing and Shoes |
| 9/20/2024 | ACH WEB    CKFXXXXX2222POS BK OF AMER VISA  ONLINE PMT | PNC Joint Checking 2001 | September Export | $ (272.48) | Credit Card Payment |
| 9/9/2024 | ACH WEB    CKFXXXXX8710POS FLAGSTAR BANK   ONLINE PMT | PNC Joint Checking 2001 | September Export | $ (1,000.00) | Credit Card Payment |
| 9/6/2024 | ACH WEBRECUR   CKFXXXXX8710POS KUBOTA CREDIT   ONLINE PMT | PNC Joint Checking 2001 | September Export | $ (300.00) | Credit Card Payment |
| 9/30/2024 | N0929 8764 PAYMENT   POS001    2113163 APPLE COM    CUPERTINO   CA | PNC Joint Checking 2001 | September Export | $ (9.99) | Electronics |
| 9/10/2024 | DEBIT CARD PURCHASE   XXXXX0646 BEST BUY    00003699  STATE COLLE PA | PNC Joint Checking 2001 | September Export | $ (105.99) | Electronics |
| 9/30/2024 | N0928 5390 PAYMENT   POS00001000 2089213 Hulu    SANTA MONICA CA | Lisa Personal 4943 DIP | September Export | $ (4.23) | Entertainment |
| 9/23/2024 | RECURRING DEBIT CARD   XXXXX4266 Netflix    1 XXXXX5299 CA | PNC Joint Checking 2001 | September Export | $ (24.37) | Entertainment |
| 9/16/2024 | DEBIT CARD PURCHASE   XXXXX9967 MMS-CHRISTUS-ST MICHAE   TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (8.65) | Entertainment |
| 9/9/2024 | N0907 0646 PAYMENT   POS00000043 2044453 SpotifyAB    New York   NY | PNC Joint Checking 2001 | September Export | $ (21.19) | Entertainment |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 CINEMARK THEATRES 350    TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (12.34) | Entertainment |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 CINEMARK THEATRES 350    TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (7.85) | Entertainment |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 CINEMARK THEATRES 350    TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (12.83) | Entertainment |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 CINEMARK THEATRES 350    TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (7.85) | Entertainment |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX8764 TOPS FUEL #610    BRADFORD   PA | PNC Joint Checking 2001 | September Export | $ (30.03) | Gas and Fuel |
| 9/26/2024 | DEBIT CARD PURCHASE   XXXXX8764 SUNOCO XXXXX8300    MIFFLINVILL PA | PNC Joint Checking 2001 | September Export | $ (34.01) | Gas and Fuel |
| 9/26/2024 | DEBIT CARD PURCHASE   XXXXX8764 KWIK FILL 213    CLEARFIELD  PA | PNC Joint Checking 2001 | September Export | $ (30.08) | Gas and Fuel |
| 9/20/2024 | DEBIT CARD PURCHASE   XXXXX8764 SUNOCO XXXXX6902    STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (30.02) | Gas and Fuel |
| 9/19/2024 | DEBIT CARD PURCHASE   XXXXX8764 SPEEDWAY 09967    HORSEHEADS  NY | PNC Joint Checking 2001 | September Export | $ (67.25) | Gas and Fuel |
| 9/16/2024 | DEBIT CARD PURCHASE   XXXXX0646 SUNOCO XXXXX6902    STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (71.96) | Gas and Fuel |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 SUNOCO XXXXX6902    STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (44.28) | Gas and Fuel |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARARMARK BRADFORD REGI   BRADFORD   PA | PNC Joint Checking 2001 | September Export | $ (3.53) | General Merchandise |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARARMARK BRADFORD REGI   BRADFORD   PA | PNC Joint Checking 2001 | September Export | $ (7.73) | General Merchandise |
| 9/27/2024 | DEBIT CARD PURCHASE   XXXXX8764 BJS WHOLESALE #0319    STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (83.74) | General Merchandise |
| 9/26/2024 | DEBIT CARD PURCHASE   XXXXX8764 Amazon.com*MS2PZ8893    Amzn.com/bi WA | PNC Joint Checking 2001 | September Export | $ (54.40) | General Merchandise |
| 9/18/2024 | DEBIT CARD PURCHASE   XXXXX8764 AMAZON MKTPL*PJ7DM1O83    Amzn.com/bi WA | PNC Joint Checking 2001 | September Export | $ (66.96) | General Merchandise |
| 9/16/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MARK* V30ID0OO3    HTTPSAMAZON WA | PNC Joint Checking 2001 | September Export | $ (27.55) | General Merchandise |
| 9/13/2024 | DEBIT CARD PURCHASE   XXXXX9967 WAL-MART 4371 GAS SE2   TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (16.02) | General Merchandise |
| 9/13/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MARK* 4R2JG28T3    HTTPSAMAZON WA | PNC Joint Checking 2001 | September Export | $ (120.11) | General Merchandise |
| 9/11/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMAZON MARK* Z89OM9FU1   HTTPSAMAZON WA | PNC Joint Checking 2001 | September Export | $ (9.53) | General Merchandise |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 WAL-MART #5356    BLAIRSVILLE PA | PNC Joint Checking 2001 | September Export | $ (90.25) | General Merchandise |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 Phipps Conservatory    Pittsburgh  PA | PNC Joint Checking 2001 | September Export | $ (45.90) | General Merchandise |
| 9/6/2024 | DEBIT CARD PURCHASE   XXXXX0646 WAL-MART #2368    EAST STROUD PA | PNC Joint Checking 2001 | September Export | $ (104.62) | General Merchandise |
| 9/24/2024 | DEBIT CARD PURCHASE   XXXXX5390 SMOKE SQUARE    STATE COLLE PA | Lisa Personal 4943 DIP | September Export | $ (28.13) | General Merchandise |
| 9/19/2024 | DEBIT CARD PURCHASE   XXXXX5390 ABERCROMBIE AND FITCH    OHIO    OH | Lisa Personal 4943 DIP | September Export | $ (24.50) | General Merchandise |
| 9/19/2024 | DEBIT CARD PURCHASE   XXXXX5390 BLAIN'S FARM & FLEET    FARMANDFLEE WI | Lisa Personal 4943 DIP | September Export | $ (95.32) | General Merchandise |
| 9/16/2024 | RECURRING DEBIT CARD   XXXXX0260 WMT PLUS SEP 2024    XXXXX6546 AR | Lisa Personal 4943 DIP | September Export | $ (13.73) | General Merchandise |
| 9/16/2024 | DEBIT CARD PURCHASE   XXXXX5390 AMAZON MKTPL*4060B67G3   Amzn.com/bi WA | Lisa Personal 4943 DIP | September Export | $ (44.50) | General Merchandise |
| 9/13/2024 | RECURRING DEBIT CARD   XXXXX0257 APPLECOMBILL    XXXXX7753 CA | Lisa Personal 4943 DIP | September Export | $ (127.19) | General Merchandise |
| 9/13/2024 | DEBIT CARD PURCHASE   XXXXX5390 AMAZON MKTPL*Z82054E61   Amzn.com/bi WA | Lisa Personal 4943 DIP | September Export | $ (44.50) | General Merchandise |
| 9/10/2024 | DEBIT CARD PURCHASE   XXXXX5390 TRACTOR SUPPLY #2238    EBENSBURG   PA | Lisa Personal 4943 DIP | September Export | $ (56.16) | General Merchandise |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX0646 HECKMAN ORCHARDS    EFFORT    PA | PNC Joint Checking 2001 | September Export | $ (70.20) | Groceries |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX0646 WEIS MARKETS 159    STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (54.01) | Groceries |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX8764 SHEETZ 2656  00026567    KANE    PA | PNC Joint Checking 2001 | September Export | $ (35.01) | Groceries |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX0646 WEIS MARKETS 158    EAST STROUD PA | PNC Joint Checking 2001 | September Export | $ (32.73) | Groceries |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX0646 SHEETZ 2146  00021469   BROCKWAY   PA | PNC Joint Checking 2001 | September Export | $ (56.09) | Groceries |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX0646 SHEETZ 2194  00021949   FALLS CREEK PA | PNC Joint Checking 2001 | September Export | $ (54.02) | Groceries |
| 9/20/2024 | DEBIT CARD PURCHASE   XXXXX8764 TOPS MARKETS #610    BRADFORD   PA | PNC Joint Checking 2001 | September Export | $ (10.06) | Groceries |
| 9/18/2024 | DEBIT CARD PURCHASE   XXXXX8764 WINE AND SPIRITS 4506    STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (389.77) | Groceries |
| 9/17/2024 | DEBIT CARD PURCHASE   XXXXX8764 WEIS MARKETS 159    STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (94.80) | Groceries |
| 9/17/2024 | DEBIT CARD PURCHASE   XXXXX9967 EWR LOT P4    NEWARK    NJ | PNC Joint Checking 2001 | September Export | $ (1,320.00) | Groceries |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 GET GO #3612    JOHNSTOWN  PA | PNC Joint Checking 2001 | September Export | $ (78.74) | Groceries |

| Date | Description | Account | Period | Amount | Category |
|---|---|---|---|---|---|
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 GIANT EAGLE #0046       JOHNSTOWN   PA | PNC Joint Checking 2001 | September Export | $ (15.47) | Groceries |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 CIRCLE K # 44199        BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (42.11) | Groceries |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 WEST HILLS BEER & SODA   JOHNSTOWN   PA | PNC Joint Checking 2001 | September Export | $ (21.80) | Groceries |
| 9/6/2024 | DEBIT CARD PURCHASE   XXXXX0646 GIANT MARTINS #6504      EAST STROUD PA | PNC Joint Checking 2001 | September Export | $ (12.27) | Groceries |
| 9/5/2024 | DEBIT CARD PURCHASE   XXXXX0646 SHEETZ 2146 00021469    BROCKWAY    PA | PNC Joint Checking 2001 | September Export | $ (64.78) | Groceries |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 LOVE'S #0283 OUTSIDE     ROCKWALL    TX | PNC Joint Checking 2001 | September Export | $ (43.02) | Groceries |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX0646 HEPLER S BEER BARREL     BROCKWAY    PA | PNC Joint Checking 2001 | September Export | $ (21.44) | Groceries |
| 9/20/2024 | CORPORATE ACH   73666 HRAC           HRAC PAYMT | Lisa Personal 4943 DIP | September Export | $ (264.50) | Handicap Bathroom Renovation Payment |
| 9/23/2024 | ACH WEB         XXXXX4324 IMPACTSHARE    TRANSFER | PNC Joint Checking 2001 | September Export | $ (605.00) | Health Insurance premium |
| 9/6/2024 | DEBIT CARD PURCHASE   XXXXX9967 Audible*ZT21X41J1       Amzn.com/bi NJ | PNC Joint Checking 2001 | September Export | $ (15.85) | Hobbies |
| 9/18/2024 | DEBIT CARD PURCHASE   XXXXX8764 THE HOME DEPOT #4127     STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (69.95) | Home Improvement |
| 9/16/2024 | DEBIT CARD PURCHASE   XXXXX0646 LOWES #02252*           BARTONSVILL PA | PNC Joint Checking 2001 | September Export | $ (89.51) | Home Improvement |
| 9/26/2024 | DEBIT CARD PURCHASE   XXXXX0646 DUNLAP LAWN & GARDEN E   DUBOIS     PA | PNC Joint Checking 2001 | September Export | $ (331.69) | Home Maintenance |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX8764 TACO INC. MODERN MEXIC   BRADFORD    PA | PNC Joint Checking 2001 | September Export | $ (35.26) | Home Maintenance |
| 9/20/2024 | DEBIT CARD PURCHASE   XXXXX8764 UNITED CONCORDIA INC    https://WWW PA | PNC Joint Checking 2001 | September Export | $ (128.96) | Insurance |
| 9/13/2024 | ACH WEB         CKFXXXXX8710POS ROUNDPOINT MORTG ONLINE PMT | PNC Joint Checking 2001 | September Export | $ (2,000.00) | Mortgage |
| 9/27/2024 | DEBIT CARD PURCHASE   XXXXX8764 TST*RARE AND RYE        East Stroud PA | PNC Joint Checking 2001 | September Export | $ (138.98) | Other Expenses |
| 9/10/2024 | DEBIT CARD PURCHASE   XXXXX0646 WESTWOOD                JOHNSTOWN   PA | PNC Joint Checking 2001 | September Export | $ (31.06) | Other Expenses |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 WESTWOOD                JOHNSTOWN   PA | PNC Joint Checking 2001 | September Export | $ (79.03) | Other Expenses |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX0646 KEN AND COMPANY SALON    XXXXX4701 PA | PNC Joint Checking 2001 | September Export | $ (155.29) | Personal Expenses |
| 9/23/2024 | RECURRING DEBIT CARD  XXXXX4267 LOCKTYTE SS 6226        XXXXX0721 PA | PNC Joint Checking 2001 | September Export | $ (210.94) | Personal Expenses |
| 9/23/2024 | RECURRING DEBIT CARD  XXXXX4266 LOCKTYTE SS 6226        XXXXX0721 PA | PNC Joint Checking 2001 | September Export | $ (200.34) | Personal Expenses |
| 9/24/2024 | DEBIT CARD PURCHASE   XXXXX0646 T2 SYSTEMS              INDIANAPOLI IN | PNC Joint Checking 2001 | September Export | $ (2.00) | Phone |
| 9/9/2024 | N0909 9967 PAYMENT   POS004    2141044 TMOBILE AU       BELLEVUE    WA | PNC Joint Checking 2001 | September Export | $ (327.50) | Phone |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX0646 SQ *VILLAGE FARMER AND   Stroudsburg PA | PNC Joint Checking 2001 | September Export | $ (24.81) | Restaurants and Dining |
| 9/30/2024 | DEBIT CARD PURCHASE   XXXXX8764 TST* ROOKIES            BRADFORD    PA | PNC Joint Checking 2001 | September Export | $ (31.63) | Restaurants and Dining |
| 9/27/2024 | DEBIT CARD PURCHASE   XXXXX8764 DAIRY QUEEN #70679      ELMIRA      NY | PNC Joint Checking 2001 | September Export | $ (7.43) | Restaurants and Dining |
| 9/27/2024 | DEBIT CARD PURCHASE   XXXXX8764 MCDONALD'S F3665        STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (6.35) | Restaurants and Dining |
| 9/26/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARBYS 6229              CLEARFIELD  PA | PNC Joint Checking 2001 | September Export | $ (7.94) | Restaurants and Dining |
| 9/26/2024 | DEBIT CARD PURCHASE   XXXXX8764 42459 MMS PENN HIGHLAN   DUBOIS     PA | PNC Joint Checking 2001 | September Export | $ (5.33) | Restaurants and Dining |
| 9/24/2024 | DEBIT CARD PURCHASE   XXXXX8764 UEP*KAI BUFFET AND GRI   CLEARFIELD  PA | PNC Joint Checking 2001 | September Export | $ (17.62) | Restaurants and Dining |
| 9/24/2024 | DEBIT CARD PURCHASE   XXXXX0646 MARTINO'S BILO          BROCKWAY    PA | PNC Joint Checking 2001 | September Export | $ (21.02) | Restaurants and Dining |
| 9/24/2024 | DEBIT CARD PURCHASE   XXXXX0646 MARTINO'S BILO          BROCKWAY    PA | PNC Joint Checking 2001 | September Export | $ (83.25) | Restaurants and Dining |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX8764 PANDA GOURMET           CLEARFIELD  PA | PNC Joint Checking 2001 | September Export | $ (16.87) | Restaurants and Dining |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARBYS 6229              CLEARFIELD  PA | PNC Joint Checking 2001 | September Export | $ (7.94) | Restaurants and Dining |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX8764 TST* DENTED KEG BREWIN   CLEARFIELD  PA | PNC Joint Checking 2001 | September Export | $ (37.84) | Restaurants and Dining |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARBYS 6229              CLEARFIELD  PA | PNC Joint Checking 2001 | September Export | $ (13.13) | Restaurants and Dining |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX8764 KFC G135982             BRADFORD    PA | PNC Joint Checking 2001 | September Export | $ (3.70) | Restaurants and Dining |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX0646 MARTINO'S BILO          BROCKWAY    PA | PNC Joint Checking 2001 | September Export | $ (36.74) | Restaurants and Dining |
| 9/20/2024 | DEBIT CARD PURCHASE   XXXXX0646 MCDONALD'S F14279        BROCKWAY    PA | PNC Joint Checking 2001 | September Export | $ (2.01) | Restaurants and Dining |
| 9/19/2024 | DEBIT CARD PURCHASE   XXXXX0646 FINOLAS IRISH PUB       STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (140.73) | Restaurants and Dining |
| 9/18/2024 | DEBIT CARD PURCHASE   XXXXX8764 FSP*SHAWNEECRAFT BREWI   SHAWNEE ON  PA | PNC Joint Checking 2001 | September Export | $ (71.55) | Restaurants and Dining |
| 9/17/2024 | DEBIT CARD PURCHASE   XXXXX8764 SPARKLE RT 611          STROUDSBURG PA | PNC Joint Checking 2001 | September Export | $ (12.00) | Restaurants and Dining |
| 9/16/2024 | DEBIT CARD PURCHASE   XXXXX9967 MCDONALD'S F31310       GRAPEVINE   TX | PNC Joint Checking 2001 | September Export | $ (6.86) | Restaurants and Dining |
| 9/16/2024 | DEBIT CARD PURCHASE   XXXXX9967 NAAMAN'S BBQ            TEXARKANA   AR | PNC Joint Checking 2001 | September Export | $ (108.83) | Restaurants and Dining |
| 9/13/2024 | DEBIT CARD PURCHASE   XXXXX9967 IRONWOOD GRILL          XXXXX8036 TX | PNC Joint Checking 2001 | September Export | $ (60.43) | Restaurants and Dining |
| 9/13/2024 | DEBIT CARD PURCHASE   XXXXX9967 ANDY'S FROZEN CUSTARD   TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (7.24) | Restaurants and Dining |
| 9/13/2024 | DEBIT CARD PURCHASE   XXXXX9967 HOOTERS OF TEXARKANA    TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (51.41) | Restaurants and Dining |
| 9/11/2024 | DEBIT CARD PURCHASE   XXXXX9967 DAIRY QUEEN #14651      TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (15.77) | Restaurants and Dining |
| 9/11/2024 | DEBIT CARD PURCHASE   XXXXX9967 TST* WALK-ON'S - TEXAR   TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (35.12) | Restaurants and Dining |
| 9/10/2024 | DEBIT CARD PURCHASE   XXXXX9967 OLIVE GARDEN 0021677    TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (48.00) | Restaurants and Dining |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 MVBC JIMMYS STEAK       BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (165.43) | Restaurants and Dining |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 TST*BALANCE 2           Johnstown  PA | PNC Joint Checking 2001 | September Export | $ (110.95) | Restaurants and Dining |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 CAFFE' MONA LA BISTRO    PITTSBURGH  PA | PNC Joint Checking 2001 | September Export | $ (83.55) | Restaurants and Dining |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 NEWK'S EATERY #1048     BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (14.91) | Restaurants and Dining |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX9967 MCDONALD'S F11643       BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (7.64) | Restaurants and Dining |
| 9/6/2024 | DEBIT CARD PURCHASE   XXXXX9967 NICKYS MEXICAN          BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (70.51) | Restaurants and Dining |
| 9/6/2024 | DEBIT CARD PURCHASE   XXXXX9967 2 JOHNS STEAK & SEAFOO  BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (144.92) | Restaurants and Dining |
| 9/5/2024 | DEBIT CARD PURCHASE   XXXXX9967 PANDA EXPRESS #2442     BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (9.08) | Restaurants and Dining |
| 9/5/2024 | DEBIT CARD PURCHASE   XXXXX9967 WENDYS #27900           BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (6.44) | Restaurants and Dining |
| 9/5/2024 | DEBIT CARD PURCHASE   XXXXX0646 STATION 101 BAR & PUB   DUBOIS     PA | PNC Joint Checking 2001 | September Export | $ (26.00) | Restaurants and Dining |

| Date | Description | Account | Period | Amount | Category |
|---|---|---|---|---|---|
| 9/4/2024 | DEBIT CARD PURCHASE   XXXXX9967 CHIPOTLE 2656       BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (17.24) | Restaurants and Dining |
| 9/4/2024 | DEBIT CARD PURCHASE   XXXXX0646 MARTINO'S BILO        BROCKWAY   PA | PNC Joint Checking 2001 | September Export | $ (13.23) | Restaurants and Dining |
| 9/4/2024 | DEBIT CARD PURCHASE   XXXXX9967 MCDONALD'S F11643     BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (4.37) | Restaurants and Dining |
| 9/4/2024 | DEBIT CARD PURCHASE   XXXXX9967 SUPERIOR'S STEAK HOUSE   SHREVEPORT  LA | PNC Joint Checking 2001 | September Export | $ (125.75) | Restaurants and Dining |
| 9/4/2024 | DEBIT CARD PURCHASE   XXXXX9967 STARBUCKS STORE 9538     TERRELL    TX | PNC Joint Checking 2001 | September Export | $ (6.77) | Restaurants and Dining |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 PANDA EXPRESS #2442      BOSSIER CIT LA | PNC Joint Checking 2001 | September Export | $ (9.08) | Restaurants and Dining |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 TST* RANCH            IRVING     TX | PNC Joint Checking 2001 | September Export | $ (284.17) | Restaurants and Dining |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 PAR*SMOOTHIE KING SK11  IRVING     TX | PNC Joint Checking 2001 | September Export | $ (10.58) | Restaurants and Dining |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 STARBUCKS STORE 8886     TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (7.77) | Restaurants and Dining |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 BURGER KING #8395  Q07   TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (7.89) | Restaurants and Dining |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 NEWK'S EATERY           TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (12.99) | Restaurants and Dining |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 LOUISIANA STATE BOARD    XXXXX6820 LA | PNC Joint Checking 2001 | September Export | $ (75.00) | Restaurants and Dining |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 PANDA EXPRESS #3515      TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (12.23) | Restaurants and Dining |
| 9/27/2024 | DEBIT CARD PURCHASE   XXXXX8882 NJ PROF LICENSE FEE    EGOV.COM   NJ | PNC Joint Checking 2001 | September Export | $ (40.00) | Service Charges and Fees |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 USB SRV FEE LA ST BOAR   XXXXX6820 LA | PNC Joint Checking 2001 | September Export | $ (1.72) | Service Charges and Fees |
| 9/12/2024 | RECURRING DEBIT CARD  XXXXX7256 INTUIT *QBooks Online    CL.INTUIT.C CA | PNC Joint Checking 2001 | September Export | $ (104.94) | Services and Supplies |
| 9/10/2024 | PAYMENT,E-CHECK 0818 5654 DE PASSPORT PAYMENT | PNC Joint Checking 2001 | September Export | $ (220.00) | Services and Supplies |
| 9/4/2024 | RECURRING DEBIT CARD  XXXXX7248 DNHGODADDYXXXXX7564    httpswww AZ | PNC Joint Checking 2001 | September Export | $ (46.62) | Services and Supplies |
| 9/3/2024 | ACH WEB          CKFXXXXX8710POS BANK OF AMERICA  ONLINE PMT | PNC Joint Checking 2001 | September Export | $ (2,000.00) | Services and Supplies |
| 9/27/2024 | ACH WEB     XXXXX1119 IRS           USATAXPYMT | PNC Joint Checking 2001 | September Export | $ (60,000.00) | Taxes |
| 9/9/2024 | ONLINE TRANSFER TO        XXXXX7116 | PNC Joint Checking 2001 | September Export | $ (2,700.00) | to kids account for room, board, food and spendi |
| 9/9/2024 | ONLINE TRANSFER TO        XXXXX8039 | PNC Joint Checking 2001 | September Export | $ (1,750.00) | to kids account for room, board, food and spendi |
| 9/25/2024 | TWH AUTO TRANSFER TO         XXXXX5397 | PNC Joint Checking 2001 | September Export | $ (25.00) | Transfers |
| 9/24/2024 | TWH AUTO TRANSFER TO         XXXXX0164 | PNC Joint Checking 2001 | September Export | $ (250.00) | Transfers |
| 9/23/2024 | ONLINE TRANSFER TO        XXXXX4943 | PNC Joint Checking 2001 | September Export | $ (1,000.00) | Transfers |
| 9/20/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | September Export | $ (1,000.00) | Transfers |
| 9/13/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | September Export | $ (10,000.00) | Transfers |
| 9/12/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | September Export | $ (5,000.00) | Transfers |
| 9/11/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | September Export | $ (1,500.00) | Transfers |
| 9/9/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | September Export | $ (10,000.00) | Transfers |
| 9/6/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | September Export | $ (7,000.00) | Transfers |
| 9/26/2024 | ONLINE TRANSFER TO        XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ (60,000.00) | Transfers |
| 9/18/2024 | ONLINE TRANSFER TO        XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ (1,000.00) | Transfers |
| 9/9/2024 | ONLINE TRANSFER TO        XXXXX2001 | PNC Joint Savings 5397 DIP | September Export | $ (1,500.00) | Transfers |
| 9/23/2024 | DEBIT CARD PURCHASE   XXXXX8764 BEST WESTERN PLUS        BRADFORD   PA | PNC Joint Checking 2001 | September Export | $ (199.80) | Travel |
| 9/19/2024 | DEBIT CARD PURCHASE   XXXXX8764 PA DRIVER & VEHICLE SE   HTTPS//WWW. PA | PNC Joint Checking 2001 | September Export | $ (187.00) | Travel |
| 9/19/2024 | DEBIT CARD PURCHASE   XXXXX8764 PTC EZPASS CSC WEB IVR   XXXXX6727 PA | PNC Joint Checking 2001 | September Export | $ (145.00) | Travel |
| 9/19/2024 | DEBIT CARD PURCHASE   XXXXX8764 Norwegian Cruise Line    XXXXX7350 FL | PNC Joint Checking 2001 | September Export | $ (278.00) | Travel |
| 9/16/2024 | DEBIT CARD PURCHASE   XXXXX9967 AMERICAN AI XXXXX3198    XXXXX7300 TX | PNC Joint Checking 2001 | September Export | $ (35.00) | Travel |
| 9/16/2024 | DEBIT CARD PURCHASE   XXXXX9967 HILTON GARDEN INN REST   TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (9.74) | Travel |
| 9/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 PARKING IN PITTSBURGH    PITTSBURGH  PA | PNC Joint Checking 2001 | September Export | $ (2.25) | Travel |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 HYATT HOTELS             XXXXX0909 TX | PNC Joint Checking 2001 | September Export | $ (7.00) | Travel |
| 9/3/2024 | DEBIT CARD PURCHASE   XXXXX9967 HILTON GARDEN INN        TEXARKANA   TX | PNC Joint Checking 2001 | September Export | $ (8.49) | Travel |
| 9/9/2024 | ACH WEB          CKFXXXXX8710POS FSTENERGY METED  ONLINE PMT | PNC Joint Checking 2001 | September Export | $ (494.32) | Utilities |
| 9/16/2024 | TXF TO CDA  XXXXX8695 | PNC Joint Savings 5397 DIP | September Export | $ (5,000.00) | Transfer to CD |