Cash Receipts
10/1/2024-10/31/2024
Per Bank Statements

| Date | Description | Source | Statement Period | Amount | Account Designation |
|---|---|---|---|---|---|
| 10/15/2024 | ONLINE TRANSFER FROM   XXXXX2001 | Lisa Personal 4943 DIP | October Export | $ 500.00 | Transfers |
| 10/15/2024 | ONLINE TRANSFER FROM   XXXXX2001 | Lisa Personal 4943 DIP | October Export | $ 500.00 | Transfers |
| 10/24/2024 | ONLINE TRANSFER FROM   XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ 7,300.00 | Transfers |
| 10/18/2024 | ONLINE TRANSFER FROM   XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ 7,000.00 | Transfers |
| 10/15/2024 | ONLINE TRANSFER FROM   XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ 10,000.00 | Transfers |
| 10/11/2024 | ONLINE TRANSFER FROM   XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ 2,000.00 | Transfers |
| 10/10/2024 | ONLINE TRANSFER FROM   XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ 3,000.00 | Transfers |
| 10/28/2024 | ONLINE TRANSFER FROM   XXXXX5397 | PNC Joint Checking 2001 | October Export | $ 4,000.00 | Transfers |
| 10/28/2024 | ONLINE TRANSFER FROM   XXXXX5397 | PNC Joint Checking 2001 | October Export | $ 6,000.00 | Transfers |
| 10/16/2024 | ONLINE TRANSFER FROM   XXXXX5397 | PNC Joint Checking 2001 | October Export | $ 1,000.00 | Transfers |
| 10/15/2024 | ONLINE TRANSFER FROM   XXXXX5397 | PNC Joint Checking 2001 | October Export | $ 1,000.00 | Transfers |
| 10/7/2024 | ONLINE TRANSFER FROM   XXXXX5397 | PNC Joint Checking 2001 | October Export | $ 75.00 | Transfers |
| 10/22/2024 | ONLINE TRANSFER FROM   XXXXX5397 | Lisa Personal 4943 DIP | October Export | $ 1,300.00 | Transfers |
| 10/24/2024 | TWH AUTO TRANSFER FROM   XXXXX2001 | PNC Joint Savings 0164 DIP | October Export | $ 250.00 | Transfers |
| 10/25/2024 | TWH AUTO TRANSFER FROM   XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ 25.00 | Transfers |
| 10/9/2024 | ATM FEE REFUND 17567 XXXXX0754 | Lisa Personal 4943 DIP | October Export | $ 6.00 | Service Charges and Fees |
| 10/23/2024 | INTL PURCH & ADV FEE | Lisa Personal 4943 DIP | October Export | $ 0.39 | Service Charges and Fees |
| 10/18/2024 | FINAL DISPUTE CREDIT | PNC Joint Checking 2001 | October Export | $ 4.26 | Refunds |
| 10/25/2024 | ACH CREDIT   21066833 AYA LOCUMS LLC   PAYROLL | PNC Joint Checking 2001 | October Export | $ 6,061.83 | Paychecks |
| 10/18/2024 | ACH CREDIT   21066833 AYA LOCUMS LLC   PAYROLL | PNC Joint Checking 2001 | October Export | $ 12,250.00 | Paychecks |
| 10/18/2024 | CORPORATE ACH   0000013545 SCI DISBURSEMENT PAYABLES | PNC Joint Checking 2001 | October Export | $ 278.72 | Paychecks |
| 10/11/2024 | CORPORATE ACH   0000013545 SCI DISBURSEMENT PAYABLES | PNC Joint Checking 2001 | October Export | $ 13,162.50 | Paychecks |
| 10/24/2024 | CORPORATE ACH LOCUM TENENS MED CORP PAY | PNC Joint Checking 2001 | October Export | $ 13,200.00 | Paychecks |
| 10/9/2024 | CORPORATE ACH LOCUM TENENS MED CORP PAY | PNC Joint Checking 2001 | October Export | $ 15,840.00 | Paychecks |
| 10/23/2024 | INTEREST PAYMENT | PNC Joint Checking 2001 | October Export | $ 0.08 | Interest |
| 10/31/2024 | INTEREST PAYMENT | PNC Joint Savings 0164 DIP | October Export | $ 0.01 | Interest |
| 10/31/2024 | INTEREST PAYMENT | PNC Joint Savings 5397 DIP | October Export | $ 0.09 | Interest |
| 10/23/2024 | PROVISIONAL CREDIT - DISPUTE PENDING | Lisa Personal 4943 DIP | October Export | $ 13.73 | Dispute |
| 10/23/2024 | PROVISIONAL CREDIT - DISPUTE PENDING | Lisa Personal 4943 DIP | October Export | $ 13.73 | Dispute |
| 10/23/2024 | PROVISIONAL CREDIT - DISPUTE PENDING | Lisa Personal 4943 DIP | October Export | $ 13.73 | Dispute |
| 10/23/2024 | PROVISIONAL CREDIT - DISPUTE PENDING | Lisa Personal 4943 DIP | October Export | $ 13.73 | Dispute |
| 10/22/2024 | DEPOSIT   XXXXX2889 | PNC Joint Checking 2001 | October Export | $ 1,000.00 | Deposits |
| 10/8/2024 | ONLINE TRANSFER FROM   XXXXX6282 | PNC Joint Checking 2001 | October Export | $ 300.00 | Business Trailing Income |
| 10/8/2024 | ONLINE TRANSFER FROM   XXXXX6282 | PNC Joint Checking 2001 | October Export | $ 150.31 | Business Trailing Income |