Cash Disbursements
10/1/2024-10/31/2024
Per Bank Statements

| Date | Description | Source | Statement Period | Amount | Account Designation |
|---|---|---|---|---|---|
| 10/15/2024 | ACH WEB    CKFXXXXX8710POS FSTENERGY METED  ONLINE PMT | PNC Joint Checking 2001 | October Export | $ (428.69) | Utilities |
| 10/11/2024 | ACH WEB    CKFXXXXX8710POS WASTE MANAGEMENT ONLINE PMT | PNC Joint Checking 2001 | October Export | $ (266.41) | Utilities |
| 10/23/2024 | DEBIT CARD PURCHASE  XXXXX0646 MPAY2PARK          XXXXX7275 CT | PNC Joint Checking 2001 | October Export | $ (3.30) | Travel |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX0646 STROUDSMOOR COUNTRY IN  STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (37.10) | Travel |
| 10/10/2024 | DEBIT CARD PURCHASE  XXXXX5390 CDP SCRANTON - GARAGE   SCRANTON    PA | Lisa Personal 4943 DIP | October Export | $ (2.00) | Travel |
| 10/7/2024 | DEBIT CARD PURCHASE  XXXXX8764 BEST WESTERN PLUS       BRADFORD    PA | PNC Joint Checking 2001 | October Export | $ (899.10) | Travel |
| 10/1/2024 | DEBIT CARD PURCHASE  XXXXX8764 BEST WESTERN PLUS (RES  BRADFORD    PA | PNC Joint Checking 2001 | October Export | $ (14.61) | Travel |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX8764 CHEAPAIRPORTPARKING       HTTPSWWW.CH FL | PNC Joint Checking 2001 | October Export | $ (461.40) | Travel |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX8764 DELTA AIR  Baggage Fe  XXXXX1212 NY | PNC Joint Checking 2001 | October Export | $ (75.00) | Travel |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX8764 DELTA AIR  Baggage Fe  XXXXX1212 NY | PNC Joint Checking 2001 | October Export | $ (75.00) | Travel |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX8764 DELTA AIR  Baggage Fe  XXXXX1212 NY | PNC Joint Checking 2001 | October Export | $ (75.00) | Travel |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX8764 DELTA AIR  Baggage Fe  XXXXX1212 NY | PNC Joint Checking 2001 | October Export | $ (75.00) | Travel |
| 10/7/2024 | DEBIT CARD PURCHASE  XXXXX8764 SPOTHERO XXXXX8054    HTTPSSPOTHE IL | PNC Joint Checking 2001 | October Export | $ (7.23) | Travel |
| 10/7/2024 | DEBIT CARD PURCHASE  XXXXX8764 SPOTHERO XXXXX8054    HTTPSSPOTHE IL | PNC Joint Checking 2001 | October Export | $ (54.60) | Travel |
| 10/22/2024 | ACH WEB         XXXXX8165 IMPACTSHARE     TRANSFER | PNC Joint Checking 2001 | October Export | $ (605.00) | Health Insurance premium |
| 10/28/2024 | ONLINE TRANSFER TO        XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ (4,000.00) | Transfers |
| 10/28/2024 | ONLINE TRANSFER TO        XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ (6,000.00) | Transfers |
| 10/16/2024 | ONLINE TRANSFER TO        XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ (1,000.00) | Transfers |
| 10/15/2024 | ONLINE TRANSFER TO        XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ (1,000.00) | Transfers |
| 10/7/2024 | ONLINE TRANSFER TO        XXXXX2001 | PNC Joint Savings 5397 DIP | October Export | $ (75.00) | Transfers |
| 10/15/2024 | ONLINE TRANSFER TO        XXXXX4943 | PNC Joint Checking 2001 | October Export | $ (500.00) | Transfers |
| 10/15/2024 | ONLINE TRANSFER TO        XXXXX4943 | PNC Joint Checking 2001 | October Export | $ (500.00) | Transfers |
| 10/22/2024 | ONLINE TRANSFER TO        XXXXX4943 | PNC Joint Savings 5397 DIP | October Export | $ (1,300.00) | Transfers |
| 10/24/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | October Export | $ (7,300.00) | Transfers |
| 10/18/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | October Export | $ (7,000.00) | Transfers |
| 10/15/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | October Export | $ (10,000.00) | Transfers |
| 10/11/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | October Export | $ (2,000.00) | Transfers |
| 10/10/2024 | ONLINE TRANSFER TO        XXXXX5397 | PNC Joint Checking 2001 | October Export | $ (3,000.00) | Transfers |
| 10/24/2024 | TWH AUTO TRANSFER TO            XXXXX0164 | PNC Joint Checking 2001 | October Export | $ (250.00) | Transfers |
| 10/25/2024 | TWH AUTO TRANSFER TO            XXXXX5397 | PNC Joint Checking 2001 | October Export | $ (25.00) | Transfers |
| 10/21/2024 | ONLINE TRANSFER TO        XXXXX7116 | PNC Joint Checking 2001 | October Export | $ (375.00) | to kids account for room, board, food and spendi |
| 10/15/2024 | ONLINE TRANSFER TO        XXXXX7116 | PNC Joint Checking 2001 | October Export | $ (1,500.00) | to kids account for room, board, food and spendi |
| 10/21/2024 | ONLINE TRANSFER TO        XXXXX8039 | PNC Joint Checking 2001 | October Export | $ (125.00) | to kids account for room, board, food and spendi |
| 10/15/2024 | ONLINE TRANSFER TO        XXXXX8039 | PNC Joint Checking 2001 | October Export | $ (1,000.00) | to kids account for room, board, food and spendi |
| 10/3/2024 | DEBIT CARD PURCHASE  XXXXX5390 SALEMNOW           XXXXX8584 TX | Lisa Personal 4943 DIP | October Export | $ (25.70) | Subscriptions |
| 10/24/2024 | DEBIT CARD PURCHASE  XXXXX8764 USPS PO XXXXX0321      BARTONSVILL PA | PNC Joint Checking 2001 | October Export | $ (37.20) | Shipping |
| 10/18/2024 | DEBIT CARD PURCHASE  XXXXX8764 USPS PO XXXXX0321      BARTONSVILL PA | PNC Joint Checking 2001 | October Export | $ (8.60) | Shipping |
| 10/29/2024 | ACH WEB    CKFXXXXX8710POS BANK OF AMERICA  ONLINE PMT | PNC Joint Checking 2001 | October Export | $ (200.00) | Services and Supplies |
| 10/16/2024 | ACH WEB    CKFXXXXX8710POS BANK OF AMERICA  ONLINE PMT | PNC Joint Checking 2001 | October Export | $ (1,500.00) | Services and Supplies |
| 10/15/2024 | RECURRING DEBIT CARD  XXXXX4287 INTUIT *QBooks Online   CL.INTUIT.C CA | PNC Joint Checking 2001 | October Export | $ (104.94) | Services and Supplies |
| 10/21/2024 | RECURRING DEBIT CARD  XXXXX4294 DNHGODADDY *#58481090    GODADDY.COM AZ | PNC Joint Checking 2001 | October Export | $ (69.93) | Services and Supplies |
| 10/21/2024 | RECURRING DEBIT CARD  XXXXX4294 DNHGODADDY *#59632053    GODADDY.COM AZ | PNC Joint Checking 2001 | October Export | $ (23.31) | Services and Supplies |
| 10/28/2024 | ACH WEB      6QEPVL9LL41 QUARTERLY FEE   PAYMENT | PNC Joint Checking 2001 | October Export | $ (664.00) | Service Charges and Fees |
| 10/22/2024 | FOREIGN CURRENCY ORDER | PNC Joint Checking 2001 | October Export | $ (582.50) | Service Charges and Fees |
| 10/29/2024 | INTL ATM TRANSACTION FEE - WITHDRAWAL | PNC Joint Checking 2001 | October Export | $ (5.00) | Service Charges and Fees |
| 10/30/2024 | INTL PURCH & ADV FEE  VIS 1027          ES | PNC Joint Checking 2001 | October Export | $ (21.99) | Service Charges and Fees |
| 10/28/2024 | INTL PURCH & ADV FEE  VIS 1027          ES | PNC Joint Checking 2001 | October Export | $ (1.17) | Service Charges and Fees |
| 10/29/2024 | INTL PURCH & ADV FEE  VIS 1028          ES | PNC Joint Checking 2001 | October Export | $ (0.50) | Service Charges and Fees |
| 10/29/2024 | INTL PURCH & ADV FEE  VIS 1028          ES | PNC Joint Checking 2001 | October Export | $ (1.06) | Service Charges and Fees |
| 10/30/2024 | INTL PURCH & ADV FEE  VIS 1029          ES | PNC Joint Checking 2001 | October Export | $ (0.71) | Service Charges and Fees |
| 10/31/2024 | INTL PURCH & ADV FEE  VIS 1030          FR | PNC Joint Checking 2001 | October Export | $ (0.45) | Service Charges and Fees |
| 10/31/2024 | INTL PURCH & ADV FEE  VIS 1030          FR | PNC Joint Checking 2001 | October Export | $ (0.45) | Service Charges and Fees |
| 10/15/2024 | MONTHLY SERVICE CHARGE             LD | Lisa Personal 4943 DIP | October Export | $ (25.00) | Service Charges and Fees |
| 10/16/2024 | DEBIT CARD PURCHASE  XXXXX0646 GRAND CENTRAL LANDFILL  NEWTOWN    PA | PNC Joint Checking 2001 | October Export | $ (38.50) | Restaurants and Dining |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX0646 SPARKLE RT 611          STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (22.00) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX0646 TST* THE RENEGADE WINE  STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (27.28) | Restaurants and Dining |

| Date | Description | Account | Period | Amount | Category |
|---|---|---|---|---|---|
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX0646 TST*THE CURE CAFE  Stroudsburg PA | PNC Joint Checking 2001 | October Export | $ (70.83) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX0646 UEP*BIG BOWL NOODLE HO  STATE COLLE PA | PNC Joint Checking 2001 | October Export | $ (12.39) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX0646 UEP*BIG BOWL NOODLE HO  STATE COLLE PA | PNC Joint Checking 2001 | October Export | $ (23.48) | Restaurants and Dining |
| 10/21/2024 | DEBIT CARD PURCHASE  XXXXX5390 MARITAS CANTINA  XXXXX8355 PA | Lisa Personal 4943 DIP | October Export | $ (124.09) | Restaurants and Dining |
| 10/23/2024 | DEBIT CARD PURCHASE  XXXXX8764 42459 MMS PENN HIGHLAN  DUBOIS  PA | PNC Joint Checking 2001 | October Export | $ (8.35) | Restaurants and Dining |
| 10/23/2024 | DEBIT CARD PURCHASE  XXXXX8764 ARBYS 6229  CLEARFIELD  PA | PNC Joint Checking 2001 | October Export | $ (13.13) | Restaurants and Dining |
| 10/21/2024 | DEBIT CARD PURCHASE  XXXXX8764 ARBYS 6229  CLEARFIELD  PA | PNC Joint Checking 2001 | October Export | $ (21.39) | Restaurants and Dining |
| 10/21/2024 | DEBIT CARD PURCHASE  XXXXX8764 ARBYS 6835  BRADFORD  PA | PNC Joint Checking 2001 | October Export | $ (5.07) | Restaurants and Dining |
| 10/16/2024 | DEBIT CARD PURCHASE  XXXXX8764 BURGER KING #8395 Q07  TEXARKANA  TX | PNC Joint Checking 2001 | October Export | $ (4.52) | Restaurants and Dining |
| 10/16/2024 | DEBIT CARD PURCHASE  XXXXX8764 CHICK-FIL-A #01093  TEXARKANA  TX | PNC Joint Checking 2001 | October Export | $ (6.17) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX8764 CHIPOTLE 2175  TEXARKANA  TX | PNC Joint Checking 2001 | October Export | $ (14.78) | Restaurants and Dining |
| 10/7/2024 | DEBIT CARD PURCHASE  XXXXX8764 DAIRY QUEEN #70679  ELMIRA  NY | PNC Joint Checking 2001 | October Export | $ (5.61) | Restaurants and Dining |
| 10/9/2024 | DEBIT CARD PURCHASE  XXXXX8764 EWR D TACO JOINT 68011  NEWARK  NJ | PNC Joint Checking 2001 | October Export | $ (23.72) | Restaurants and Dining |
| 10/3/2024 | DEBIT CARD PURCHASE  XXXXX8764 GREAT WALL  BRADFORD  PA | PNC Joint Checking 2001 | October Export | $ (15.30) | Restaurants and Dining |
| 10/2/2024 | DEBIT CARD PURCHASE  XXXXX8764 HONG KONG BUFFET  BRADFORD  PA | PNC Joint Checking 2001 | October Export | $ (17.37) | Restaurants and Dining |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX8764 JFK PALM REST 6351200  JAMAICA  NY | PNC Joint Checking 2001 | October Export | $ (169.15) | Restaurants and Dining |
| 10/7/2024 | DEBIT CARD PURCHASE  XXXXX8764 KABOBS AT THE OPTION H  BRADFORD  PA | PNC Joint Checking 2001 | October Export | $ (36.45) | Restaurants and Dining |
| 10/21/2024 | DEBIT CARD PURCHASE  XXXXX8764 KFC C253007  CLEARFIELD  PA | PNC Joint Checking 2001 | October Export | $ (8.05) | Restaurants and Dining |
| 10/7/2024 | DEBIT CARD PURCHASE  XXXXX8764 KFC G135982  BRADFORD  PA | PNC Joint Checking 2001 | October Export | $ (10.59) | Restaurants and Dining |
| 10/24/2024 | DEBIT CARD PURCHASE  XXXXX8764 MARITAS CANTINA  XXXXX8355 PA | PNC Joint Checking 2001 | October Export | $ (53.28) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX8764 MCDONALD'S F10357  TEXARKANA  TX | PNC Joint Checking 2001 | October Export | $ (5.19) | Restaurants and Dining |
| 10/10/2024 | DEBIT CARD PURCHASE  XXXXX8764 MCDONALD'S F10357  TEXARKANA  TX | PNC Joint Checking 2001 | October Export | $ (5.19) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX8764 MCDONALD'S F11643  BOSSIER CIT LA | PNC Joint Checking 2001 | October Export | $ (6.55) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX8764 NICKYS MEXICAN  BOSSIER CIT LA | PNC Joint Checking 2001 | October Export | $ (43.05) | Restaurants and Dining |
| 10/10/2024 | DEBIT CARD PURCHASE  XXXXX8764 PANDA EXPRESS #2442  BOSSIER CIT LA | PNC Joint Checking 2001 | October Export | $ (9.08) | Restaurants and Dining |
| 10/21/2024 | DEBIT CARD PURCHASE  XXXXX8764 PANDA GOURMET  CLEARFIELD  PA | PNC Joint Checking 2001 | October Export | $ (19.92) | Restaurants and Dining |
| 10/9/2024 | DEBIT CARD PURCHASE  XXXXX8764 PAPPASITOS'S CANTINA  DALLAS  TX | PNC Joint Checking 2001 | October Export | $ (48.66) | Restaurants and Dining |
| 10/30/2024 | DEBIT CARD PURCHASE  XXXXX8764 PORT MARITIM BARCELONA  BARCELONA  ES | PNC Joint Checking 2001 | October Export | $ (23.72) | Restaurants and Dining |
| 10/30/2024 | DEBIT CARD PURCHASE  XXXXX8764 RH BARCELONA FIRA FOH  BARCELONA  ES | PNC Joint Checking 2001 | October Export | $ (732.92) | Restaurants and Dining |
| 10/23/2024 | DEBIT CARD PURCHASE  XXXXX8764 SPARKLE RT 611  STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (15.00) | Restaurants and Dining |
| 10/16/2024 | DEBIT CARD PURCHASE  XXXXX8764 STARBUCKS STORE 8886  TEXARKANA  TX | PNC Joint Checking 2001 | October Export | $ (7.77) | Restaurants and Dining |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX8764 Studio Miramar Restaur  BARCELONA  ES | PNC Joint Checking 2001 | October Export | $ (39.03) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX8764 SUPERIOR'S STEAK HOUSE  SHREVEPORT  LA | PNC Joint Checking 2001 | October Export | $ (135.62) | Restaurants and Dining |
| 10/7/2024 | DEBIT CARD PURCHASE  XXXXX8764 Togis Family Restaraun  Bradford  PA | PNC Joint Checking 2001 | October Export | $ (30.82) | Restaurants and Dining |
| 10/16/2024 | DEBIT CARD PURCHASE  XXXXX8764 TST* DAIRY QUEEN - MOU  MT VERNON  TX | PNC Joint Checking 2001 | October Export | $ (6.05) | Restaurants and Dining |
| 10/1/2024 | DEBIT CARD PURCHASE  XXXXX8764 TST* ROOKIES  BRADFORD  PA | PNC Joint Checking 2001 | October Export | $ (27.19) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX8764 TST* WALK-ON'S - TEXAR  TEXARKANA  TX | PNC Joint Checking 2001 | October Export | $ (54.13) | Restaurants and Dining |
| 10/17/2024 | DEBIT CARD PURCHASE  XXXXX8764 TST*2.0 TACO & TEQUILA  DFW AIRPORT TX | PNC Joint Checking 2001 | October Export | $ (42.22) | Restaurants and Dining |
| 10/17/2024 | DEBIT CARD PURCHASE  XXXXX8764 TST*COUSINS BBQ B12 -  DFW Airport TX | PNC Joint Checking 2001 | October Export | $ (4.11) | Restaurants and Dining |
| 10/11/2024 | DEBIT CARD PURCHASE  XXXXX8764 WENDYS #27900  BOSSIER CIT LA | PNC Joint Checking 2001 | October Export | $ (6.44) | Restaurants and Dining |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX8764 WHATABURGER 1098  BOSSIER CIT LA | PNC Joint Checking 2001 | October Export | $ (4.26) | Restaurants and Dining |
| 10/18/2024 | N1018 8764 PAYMENT  POS001  0717003 TMOBILE AU  BELLEVUE  WA | PNC Joint Checking 2001 | October Export | $ (327.50) | Phone |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX0646 Hand and Stone Massage  Stroudsburg PA | PNC Joint Checking 2001 | October Export | $ (304.14) | Personal Expenses |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX0646 KEN AND COMPANY SALON  XXXXX4701 PA | PNC Joint Checking 2001 | October Export | $ (127.20) | Personal Expenses |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX0646 ULTA #793  STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (156.24) | Personal Expenses |
| 10/23/2024 | DEBIT CARD PURCHASE  XXXXX8764 LEGACY BARBER CO  XXXXX5299 NY | PNC Joint Checking 2001 | October Export | $ (35.00) | Personal Expenses |
| 10/23/2024 | DEBIT CARD PURCHASE  XXXXX8764 STROUD CLEANER  STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (18.00) | Personal Expenses |
| 10/15/2024 | RECURRING DEBIT CARD  XXXXX4288 LOCKTYTE SS 6226  XXXXX0721 PA | PNC Joint Checking 2001 | October Export | $ (150.31) | Personal Expenses |
| 10/21/2024 | RECURRING DEBIT CARD  XXXXX4295 LOCKTYTE SS 6226  XXXXX0721 PA | PNC Joint Checking 2001 | October Export | $ (248.04) | Personal Expenses |
| 10/22/2024 | RECURRING DEBIT CARD  XXXXX4296 LOCKTYTE SS 6226  XXXXX0721 PA | PNC Joint Checking 2001 | October Export | $ (210.94) | Personal Expenses |
| 10/17/2024 | CORPORATE ACH  46187266 UCCI  EDI PAYMTS | PNC Joint Checking 2001 | October Export | $ (128.96) | Other Expenses |
| 10/31/2024 | DEBIT CARD PURCHASE  XXXXX0646 VICTOIRE  201621  EZE  FR | PNC Joint Checking 2001 | October Export | $ (15.16) | Other Expenses |
| 10/16/2024 | DEBIT CARD PURCHASE  XXXXX8764 DECANTED ST2290  IRVING  TX | PNC Joint Checking 2001 | October Export | $ (25.98) | Other Expenses |
| 10/15/2024 | DEBIT CARD PURCHASE  XXXXX8764 TST*THE BENCHMARK AMER  Texarkana  TX | PNC Joint Checking 2001 | October Export | $ (90.37) | Other Expenses |
| 10/31/2024 | DEBIT CARD PURCHASE  XXXXX8764 VICTOIRE  201621  EZE  FR | PNC Joint Checking 2001 | October Export | $ (15.16) | Other Expenses |
| 10/29/2024 | ACH WEB  PATH11901770 COMMWLTHOFPAPATH PAINDIVLTX | PNC Joint Checking 2001 | October Export | $ (10,000.00) | Office Supplies |
| 10/28/2024 | DEBIT CARD PURCHASE  XXXXX8764 STAPLES  00112425  STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (18.01) | Office Supplies |
| 10/11/2024 | ACH WEB  CKFXXXXX8710POS ROUNDPOINT MORTG ONLINE PMT | PNC Joint Checking 2001 | October Export | $ (3,000.00) | Mortgage |
| 10/2/2024 | DEBIT CARD PURCHASE  XXXXX8764 STATE FARM  INSURANCE  XXXXX6310 IL | PNC Joint Checking 2001 | October Export | $ (792.19) | Insurance |
| 10/30/2024 | RECURRING DEBIT CARD  XXXXX4304 STATE FARM  INSURANCE  XXXXX6310 IL | PNC Joint Checking 2001 | October Export | $ (843.10) | Insurance |
| 10/2/2024 | DEBIT CARD PURCHASE  XXXXX8764 TACO INC. MODERN MEXIC  BRADFORD  PA | PNC Joint Checking 2001 | October Export | $ (26.12) | Home Maintenance |

| Date | Description | Account | Period | Amount | Category |
|---|---|---|---|---|---|
| 10/11/2024 | DEBIT CARD PURCHASE   XXXXX0646 LOWES #02252*          BARTONSVILL PA | PNC Joint Checking 2001 | October Export | $ (109.63) | Home Improvement |
| 10/24/2024 | DEBIT CARD PURCHASE   XXXXX8764 LOWES #02252*          BARTONSVILL PA | PNC Joint Checking 2001 | October Export | $ (46.18) | Home Improvement |
| 10/28/2024 | DEBIT CARD PURCHASE   XXXXX8764 THE HOME DEPOT #4127      STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (5.70) | Home Improvement |
| 10/7/2024 | DEBIT CARD PURCHASE   XXXXX8764 Audible*MF9CB1O93       Amzn.com/bi NJ | PNC Joint Checking 2001 | October Export | $ (15.85) | Hobbies |
| 10/25/2024 | DEBIT CARD PURCHASE   XXXXX0646 ADERIS HEALTH TECHNOLO    XXXXX6053 FL | PNC Joint Checking 2001 | October Export | $ (151.62) | Healthcare |
| 10/28/2024 | DEBIT CARD PURCHASE   XXXXX0646 RITE AID HDQRTRS PAYN    ETTERS    PA | PNC Joint Checking 2001 | October Export | $ (21.36) | Healthcare |
| 10/21/2024 | DEBIT CARD PURCHASE   XXXXX8764 INGLENOOK             XXXXX1100 CA | PNC Joint Checking 2001 | October Export | $ (442.80) | Healthcare |
| 10/21/2024 | CORPORATE ACH   73666 HRAC         HRAC PAYMT | Lisa Personal 4943 DIP | October Export | $ (264.50) | Handicap Bathroom Renovation Payment |
| 10/28/2024 | ACH WEB       ST-D9H7F7J1U5A4 BUCKNO LISICKY  BUCKNO LIS | PNC Joint Checking 2001 | October Export | $ (2,745.00) | Groceries |
| 10/22/2024 | ACH WEB       ST-W0G1O0S4J1U4 BUCKNO LISICKY  BUCKNO LIS | PNC Joint Checking 2001 | October Export | $ (325.00) | Groceries |
| 10/4/2024 | DEBIT CARD PURCHASE   XXXXX0646 ALDI 60085              STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (89.75) | Groceries |
| 10/28/2024 | DEBIT CARD PURCHASE   XXXXX0646 EARTHLIGHT NATURAL FOO   STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (60.90) | Groceries |
| 10/22/2024 | DEBIT CARD PURCHASE   XXXXX0646 EARTHLIGHT NATURAL FOO   STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (60.77) | Groceries |
| 10/31/2024 | DEBIT CARD PURCHASE   XXXXX0646 GIANT 6455              BARTONVILLE PA | PNC Joint Checking 2001 | October Export | $ (34.60) | Groceries |
| 10/9/2024 | DEBIT CARD PURCHASE   XXXXX0646 GIANT 6455              BARTONVILLE PA | PNC Joint Checking 2001 | October Export | $ (30.83) | Groceries |
| 10/21/2024 | DEBIT CARD PURCHASE   XXXXX0646 HIGHMARK BENEFITS GROU    https://WWW PA | PNC Joint Checking 2001 | October Export | $ (640.90) | Groceries |
| 10/2/2024 | DEBIT CARD PURCHASE   XXXXX0646 HIGHMARK BENEFITS GROU    https://WWW PA | PNC Joint Checking 2001 | October Export | $ (1,281.80) | Groceries |
| 10/29/2024 | DEBIT CARD PURCHASE   XXXXX0646 MARIA DOLORS CLUSELLAS    CASTELLBELL ES | PNC Joint Checking 2001 | October Export | $ (35.23) | Groceries |
| 10/16/2024 | DEBIT CARD PURCHASE   XXXXX0646 SHEETZ 2314   00023143   NEW ALEXAND PA | PNC Joint Checking 2001 | October Export | $ (75.12) | Groceries |
| 10/15/2024 | DEBIT CARD PURCHASE   XXXXX0646 SHEETZ 2498   00024984   BLAIRSVILLE PA | PNC Joint Checking 2001 | October Export | $ (74.43) | Groceries |
| 10/23/2024 | DEBIT CARD PURCHASE   XXXXX2969 SHOPRITE STROUDSBURG S    STROUDSBURG PA | Lisa Personal 4943 DIP | October Export | $ (125.62) | Groceries |
| 10/7/2024 | DEBIT CARD PURCHASE   XXXXX5390 EARTHLIGHT NATURAL FOO   STROUDSBURG PA | Lisa Personal 4943 DIP | October Export | $ (17.67) | Groceries |
| 10/7/2024 | DEBIT CARD PURCHASE   XXXXX5390 GIANT MARTINS #6504       EAST STROUD PA | Lisa Personal 4943 DIP | October Export | $ (10.38) | Groceries |
| 10/15/2024 | DEBIT CARD PURCHASE   XXXXX8764 CIRCLE K 08181           BOSSIER CIT LA | PNC Joint Checking 2001 | October Export | $ (34.61) | Groceries |
| 10/29/2024 | DEBIT CARD PURCHASE   XXXXX8764 L AGRICOLA REGIONAL SA    MONTSERRAT  ES | PNC Joint Checking 2001 | October Export | $ (16.64) | Groceries |
| 10/21/2024 | DEBIT CARD PURCHASE   XXXXX8764 SHEETZ 0656   00006569   KANE       PA | PNC Joint Checking 2001 | October Export | $ (15.11) | Groceries |
| 10/16/2024 | DEBIT CARD PURCHASE   XXXXX8764 WAWA 8488              MOUNTAIN LA NJ | PNC Joint Checking 2001 | October Export | $ (1.75) | Groceries |
| 10/16/2024 | DEBIT CARD PURCHASE   XXXXX8764 WAWA 8488              MOUNTAIN LA NJ | PNC Joint Checking 2001 | October Export | $ (8.83) | Groceries |
| 10/24/2024 | DEBIT CARD PURCHASE   XXXXX8764 WINE AND SPIRITS 4501    EAST STROUD PA | PNC Joint Checking 2001 | October Export | $ (1,290.57) | Groceries |
| 10/23/2024 | POS PURCHASE          POS001     0590447 GIANT MARTINS        EAST STROUDS PA | PNC Joint Checking 2001 | October Export | $ (209.26) | Groceries |
| 10/23/2024 | POS PURCHASE          POS001     0590449 GIANT 6455           BARTONVILLE  PA | PNC Joint Checking 2001 | October Export | $ (73.84) | Groceries |
| 10/18/2024 | POS PURCHASE          POS001     0717002 GIANT 6455           BARTONVILLE  PA | PNC Joint Checking 2001 | October Export | $ (63.17) | Groceries |
| 10/23/2024 | POS PURCHASE          POS34685501 0590448 WEIS MARKETS 1          STROUDSBURG  PA | PNC Joint Checking 2001 | October Export | $ (34.25) | Groceries |
| 10/3/2024 | RECURRING DEBIT CARD   XXXXX0277 IC* INSTACART*SUBSCRIP   HTTPSINSTAC CA | Lisa Personal 4943 DIP | October Export | $ (104.94) | Groceries |
| 10/3/2024 | DEBIT CARD PURCHASE   XXXXX0646 BJS WHOLESALE #0319      STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (537.67) | General Merchandise |
| 10/15/2024 | DEBIT CARD PURCHASE   XXXXX0646 THE APPLE TREE          STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (267.00) | General Merchandise |
| 10/3/2024 | DEBIT CARD PURCHASE   XXXXX0646 WAL-MART #2368          EAST STROUD PA | PNC Joint Checking 2001 | October Export | $ (49.10) | General Merchandise |
| 10/15/2024 | DEBIT CARD PURCHASE   XXXXX0646 WM SUPERCENTER #5356    BLAIRSVILLE PA | PNC Joint Checking 2001 | October Export | $ (97.05) | General Merchandise |
| 10/23/2024 | DEBIT CARD PURCHASE   XXXXX2969 TJ MAXX #826            STROUDSBURG PA | Lisa Personal 4943 DIP | October Export | $ (126.86) | General Merchandise |
| 10/4/2024 | DEBIT CARD PURCHASE   XXXXX5390 AMAZON MKTPL*H17AK8N33    Amzn.com/bi WA | Lisa Personal 4943 DIP | October Export | $ (149.95) | General Merchandise |
| 10/23/2024 | DEBIT CARD PURCHASE   XXXXX5390 Amazon.com*G44MM64Q3       Amzn.com/bi WA | Lisa Personal 4943 DIP | October Export | $ (32.26) | General Merchandise |
| 10/4/2024 | DEBIT CARD PURCHASE   XXXXX5390 DOLLARTREE             EAST STROUD PA | Lisa Personal 4943 DIP | October Export | $ (48.95) | General Merchandise |
| 10/3/2024 | DEBIT CARD PURCHASE   XXXXX5390 DOLLARTREE             EAST STROUD PA | Lisa Personal 4943 DIP | October Export | $ (64.13) | General Merchandise |
| 10/3/2024 | DEBIT CARD PURCHASE   XXXXX5390 FIRST LIBERTY INST       HTTPSFIRSTL TX | Lisa Personal 4943 DIP | October Export | $ (50.00) | General Merchandise |
| 10/16/2024 | DEBIT CARD PURCHASE   XXXXX5390 LOWES #02252*          BARTONSVILL PA | Lisa Personal 4943 DIP | October Export | $ (41.90) | General Merchandise |
| 10/9/2024 | DEBIT CARD PURCHASE   XXXXX5390 LOWES #02252*          BARTONSVILL PA | Lisa Personal 4943 DIP | October Export | $ (42.13) | General Merchandise |
| 10/10/2024 | DEBIT CARD PURCHASE   XXXXX5390 SQ *365 CAMPAIGN         Scranton    PA | Lisa Personal 4943 DIP | October Export | $ (16.34) | General Merchandise |
| 10/10/2024 | DEBIT CARD PURCHASE   XXXXX5390 SQ *365 CAMPAIGN         Scranton    PA | Lisa Personal 4943 DIP | October Export | $ (76.23) | General Merchandise |
| 10/4/2024 | DEBIT CARD PURCHASE   XXXXX5390 WAL-MART #2368          EAST STROUD PA | Lisa Personal 4943 DIP | October Export | $ (38.50) | General Merchandise |
| 10/11/2024 | DEBIT CARD PURCHASE   XXXXX8764 AMAZON MKTPL*EB3TC8863    Amzn.com/bi WA | PNC Joint Checking 2001 | October Export | $ (90.51) | General Merchandise |
| 10/16/2024 | DEBIT CARD PURCHASE   XXXXX8764 AMAZON MKTPL*ES5JT0TF3    Amzn.com/bi WA | PNC Joint Checking 2001 | October Export | $ (323.67) | General Merchandise |
| 10/15/2024 | DEBIT CARD PURCHASE   XXXXX8764 AMAZON MKTPL*FI7SP2GU3    Amzn.com/bi WA | PNC Joint Checking 2001 | October Export | $ (72.07) | General Merchandise |
| 10/21/2024 | DEBIT CARD PURCHASE   XXXXX8764 AMAZON MKTPL*I39C00553    Amzn.com/bi WA | PNC Joint Checking 2001 | October Export | $ (19.06) | General Merchandise |
| 10/8/2024 | DEBIT CARD PURCHASE   XXXXX8764 AMAZON MKTPL*K77IF9AK3    Amzn.com/bi WA | PNC Joint Checking 2001 | October Export | $ (6.77) | General Merchandise |
| 10/28/2024 | DEBIT CARD PURCHASE   XXXXX8764 AMAZON MKTPL*UO7PV9ME3    Amzn.com/bi WA | PNC Joint Checking 2001 | October Export | $ (73.10) | General Merchandise |
| 10/1/2024 | DEBIT CARD PURCHASE   XXXXX8764 AMAZON MKTPL*XM38B5ZC3    Amzn.com/bi WA | PNC Joint Checking 2001 | October Export | $ (19.49) | General Merchandise |
| 10/30/2024 | DEBIT CARD PURCHASE   XXXXX8764 Amazon.com*F53960M13      Amzn.com/bi WA | PNC Joint Checking 2001 | October Export | $ (11.36) | General Merchandise |
| 10/22/2024 | DEBIT CARD PURCHASE   XXXXX8764 Amazon.com*QZ05235A3      Amzn.com/bi WA | PNC Joint Checking 2001 | October Export | $ (30.36) | General Merchandise |
| 10/21/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARARMARK BRADFORD REGI    BRADFORD   PA | PNC Joint Checking 2001 | October Export | $ (4.20) | General Merchandise |
| 10/21/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARARMARK BRADFORD REGI    BRADFORD   PA | PNC Joint Checking 2001 | October Export | $ (3.15) | General Merchandise |
| 10/7/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARARMARK BRADFORD REGI    BRADFORD   PA | PNC Joint Checking 2001 | October Export | $ (3.15) | General Merchandise |

| Date | Description | Account | Period | Amount | Category |
|---|---|---|---|---|---|
| 10/2/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARARMARK BRADFORD REGI    BRADFORD   PA | PNC Joint Checking 2001 | October Export | $ (2.96) | General Merchandise |
| 10/1/2024 | DEBIT CARD PURCHASE   XXXXX8764 ARARMARK BRADFORD REGI    BRADFORD   PA | PNC Joint Checking 2001 | October Export | $ (3.87) | General Merchandise |
| 10/15/2024 | DEBIT CARD PURCHASE   XXXXX8764 WWW.QUILCEDACREEK.COM    HTTPSWWW.QU WA | PNC Joint Checking 2001 | October Export | $ (431.09) | General Merchandise |
| 10/7/2024 | POS PURCHASE            POS00000000 2179601 AMAZON.COM*DU7       SEATTLE    WA | Lisa Personal 4943 DIP | October Export | $ (15.59) | General Merchandise |
| 10/15/2024 | POS PURCHASE            POS00000000 2740865 AMAZON.COM*L29       SEATTLE    WA | PNC Joint Checking 2001 | October Export | $ (29.22) | General Merchandise |
| 10/16/2024 | RECURRING DEBIT CARD   XXXXX0290 WMT PLUS OCT 2024        XXXXX6546 AR | Lisa Personal 4943 DIP | October Export | $ (13.73) | General Merchandise |
| 10/24/2024 | DEBIT CARD PURCHASE   XXXXX0646 CONOCO - FILL & FLY WI   WIND GAP  PA | PNC Joint Checking 2001 | October Export | $ (78.32) | Gas and Fuel |
| 10/28/2024 | DEBIT CARD PURCHASE   XXXXX0646 SUNOCO XXXXX6902          STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (81.60) | Gas and Fuel |
| 10/21/2024 | DEBIT CARD PURCHASE   XXXXX0646 SUNOCO XXXXX6902          STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (74.28) | Gas and Fuel |
| 10/15/2024 | DEBIT CARD PURCHASE   XXXXX0646 SUNOCO XXXXX6902          STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (65.67) | Gas and Fuel |
| 10/10/2024 | DEBIT CARD PURCHASE   XXXXX0646 SUNOCO XXXXX6902          STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (59.95) | Gas and Fuel |
| 10/11/2024 | DEBIT CARD PURCHASE   XXXXX5390 SUNOCO XXXXX6902          STROUDSBURG PA | Lisa Personal 4943 DIP | October Export | $ (70.24) | Gas and Fuel |
| 10/7/2024 | DEBIT CARD PURCHASE   XXXXX8764 COUNTRY FAIR #64         BRADFORD   PA | PNC Joint Checking 2001 | October Export | $ (35.02) | Gas and Fuel |
| 10/23/2024 | DEBIT CARD PURCHASE   XXXXX8764 KWIK FILL 213            CLEARFIELD  PA | PNC Joint Checking 2001 | October Export | $ (25.02) | Gas and Fuel |
| 10/16/2024 | DEBIT CARD PURCHASE   XXXXX8764 MURPHY7699ATWALMART      ROCKWALL   TX | PNC Joint Checking 2001 | October Export | $ (20.02) | Gas and Fuel |
| 10/18/2024 | DEBIT CARD PURCHASE   XXXXX8764 PILOT_00001              MILL HALL   PA | PNC Joint Checking 2001 | October Export | $ (58.01) | Gas and Fuel |
| 10/17/2024 | DEBIT CARD PURCHASE   XXXXX8764 SHELL OIL XXXXX3407      TEXARKANA   TX | PNC Joint Checking 2001 | October Export | $ (18.53) | Gas and Fuel |
| 10/7/2024 | DEBIT CARD PURCHASE   XXXXX5390 TST*SMUGGLERS COVE       Tannersvill PA | Lisa Personal 4943 DIP | October Export | $ (150.00) | Entertainment |
| 10/25/2024 | DEBIT CARD PURCHASE   XXXXX8764 AMAZON DIGI* 0E1EL4Y63   HTTPSWWW.LI WA | PNC Joint Checking 2001 | October Export | $ (3.17) | Entertainment |
| 10/23/2024 | RECURRING DEBIT CARD   XXXXX4297 Netflix.com            netflix.com CA | PNC Joint Checking 2001 | October Export | $ (24.37) | Entertainment |
| 10/8/2024 | RECURRING DEBIT CARD   XXXXX6282 Spotify USA            XXXXX1161 NY | PNC Joint Checking 2001 | October Export | $ (21.19) | Entertainment |
| 10/30/2024 | RECURRING DEBIT CARD   XXXXX4304 APPLECOMBILL           XXXXX7753 CA | PNC Joint Checking 2001 | October Export | $ (9.99) | Electronics |
| 10/16/2024 | ACH WEB            CKFXXXXX2222POS BK OF AMER VISA  ONLINE PMT | PNC Joint Checking 2001 | October Export | $ (368.70) | Credit Card Payment |
| 10/15/2024 | ACH WEB            CKFXXXXX2222POS BK OF AMER VISA  ONLINE PMT | PNC Joint Checking 2001 | October Export | $ (1,000.00) | Credit Card Payment |
| 10/10/2024 | ACH WEB            CKFXXXXX8710POS FLAGSTAR BANK   ONLINE PMT | PNC Joint Checking 2001 | October Export | $ (1,000.00) | Credit Card Payment |
| 10/7/2024 | ACH WEBRECUR    CKFXXXXX8710POS KUBOTA CREDIT   ONLINE PMT | PNC Joint Checking 2001 | October Export | $ (300.00) | Credit Card Payment |
| 10/28/2024 | DEBIT CARD PURCHASE   XXXXX0646 ROSS STORE #2718         STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (57.22) | Clothing and Shoes |
| 10/28/2024 | DEBIT CARD PURCHASE   XXXXX0646 TJ MAXX #826             STROUDSBURG PA | PNC Joint Checking 2001 | October Export | $ (255.71) | Clothing and Shoes |
| 10/15/2024 | DEBIT CARD PURCHASE   XXXXX0646 VISIONWORKS 667          BARTONSVILL PA | PNC Joint Checking 2001 | October Export | $ (689.97) | Clothing and Shoes |
| 10/15/2024 | DEBIT CARD PURCHASE   XXXXX5390 Foot Locker            XXXXX6815 NY | Lisa Personal 4943 DIP | October Export | $ (67.98) | Clothing and Shoes |
| 10/4/2024 | DEBIT CARD PURCHASE   XXXXX5390 SQ *WHISPERING RIDGE F   Stroudsburg PA | Lisa Personal 4943 DIP | October Export | $ (41.97) | Clothing and Shoes |
| 10/3/2024 | DEBIT CARD PURCHASE   XXXXX5390 STITCH FIX STYLING       XXXXX3850 CA | Lisa Personal 4943 DIP | October Export | $ (20.00) | Clothing and Shoes |
| 10/16/2024 | DEBIT CARD PURCHASE   XXXXX5390 STITCH FIX INC           XXXXX3850 CA | Lisa Personal 4943 DIP | October Export | $ (133.00) | Clothing and Shoes |
| 10/23/2024 | DEBIT CARD PURCHASE   XXXXX5390 THE APPLE TREE           STROUDSBURG PA | Lisa Personal 4943 DIP | October Export | $ (1,254.00) | Clothing and Shoes |
| 10/18/2024 | DEBIT CARD PURCHASE   XXXXX8764 SP ALPHA GEAR US         HTTPSALPHAG FL | PNC Joint Checking 2001 | October Export | $ (95.35) | Clothing and Shoes |
| 10/16/2024 | RECURRING DEBIT CARD   XXXXX0290 EARTHBREEZE.COM         EARTHBREEZE OR | Lisa Personal 4943 DIP | October Export | $ (12.00) | Cleaning supplies |
| 10/22/2024 | CHECK              820          011270197 | PNC Joint Checking 2001 | October Export | $ (145.00) | Checks Written |
| 10/31/2024 | CHECK              821          016383104 | PNC Joint Checking 2001 | October Export | $ (1,375.38) | Checks Written |
| 10/16/2024 | CHECK              7479          018874137 | PNC Joint Checking 2001 | October Export | $ (821.50) | Checks Written |
| 10/28/2024 | DEBIT CARD PURCHASE   XXXXX8764 COMM OF PA OBOCO P       XXXXX6646 PA | PNC Joint Checking 2001 | October Export | $ (360.00) | Auto Maintenance |
| 10/29/2024 | ATM WITHDRAWAL        INT0619M19N1028 8764 ABANCA             BARCELONA | PNC Joint Checking 2001 | October Export | $ (351.10) | ATMs |
| 10/22/2024 | ATM WITHDRAWAL        PNCPX3469 N1022 8764 1110 N 9TH ST      STROUDSBURG  PA | PNC Joint Checking 2001 | October Export | $ (500.00) | ATMs |
| 10/25/2024 | WITHDRAWAL                    XXXXX0108 | PNC Joint Checking 2001 | October Export | $ (700.00) | ATMs |
| 10/22/2024 | WITHDRAWAL                    XXXXX2888 | PNC Joint Savings 5397 DIP | October Export | $ (1,000.00) | ATMs |