Cash Receipts
11/1/24-11/30/2024
Per Bank Statements

| Date | Description | Source | Amount | Account Designation |
|---|---|---|---|---|
| 11/12/2024 | ONLINE TRANSFER FROM     XXXXX6282 | PNC Joint Checking 2001 | $ 400.00 | Business Trailing Income |
| 11/21/2024 | INTEREST PAYMENT | PNC Joint Checking 2001 | $ 0.04 | Interest |
| 11/27/2024 | INTEREST PAYMENT | PNC Joint Checking 2001 | $ 0.02 | Interest |
| 11/30/2024 | INTEREST PAYMENT | PNC Joint Savings 0164 DIP | $ 0.02 | Interest |
| 11/30/2024 | INTEREST PAYMENT | PNC Joint Savings 5397 DIP | $ 0.12 | Interest |
| 11/8/2024 | CORPORATE ACH   0000013545 SCI DISBURSEMENT PAYABLES | PNC Joint Checking 2001 | $ 10,465.86 | Paychecks |
| 11/22/2024 | ACH CREDIT     21066833 AYA LOCUMS LLC   PAYROLL | PNC Joint Checking 2001 | $ 12,187.50 | Paychecks |
| 11/29/2024 | ACH CREDIT     21066833 AYA LOCUMS LLC   PAYROLL | PNC Joint Checking 2001 | $ 3,089.00 | Paychecks |
| 11/12/2024 | CORPORATE ACH LOCUM TENENS MED CORP PAY | PNC Joint Checking 2001 | $ 2,640.00 | Paychecks |
| 11/21/2024 | ATM TRANSACTION FEE REIMBURSEMENT | PNC Joint Checking 2001 | $ 10.00 | Refunds |
| 11/4/2024 | ONLINE TRANSFER FROM     XXXXX5397 | PNC Joint Checking 2001 | $ 3,000.00 | Transfers |
| 11/12/2024 | ONLINE TRANSFER FROM     XXXXX2001 | PNC Joint Savings 5397 DIP | $ 8,000.00 | Transfers |
| 11/12/2024 | ONLINE TRANSFER FROM     XXXXX5397 | Lisa Personal 4943 DIP | $ 250.00 | Transfers |
| 11/13/2024 | ONLINE TRANSFER FROM     XXXXX5397 | PNC Joint Checking 2001 | $ 2,000.00 | Transfers |
| 11/19/2024 | ONLINE TRANSFER FROM     XXXXX5397 | PNC Joint Checking 2001 | $ 250.00 | Transfers |
| 11/21/2024 | ONLINE TRANSFER FROM     XXXXX5397 | PNC Joint Checking 2001 | $ 800.00 | Transfers |
| 11/22/2024 | TWH AUTO TRANSFER FROM           XXXXX2001 | PNC Joint Savings 0164 DIP | $ 250.00 | Transfers |
| 11/25/2024 | ONLINE TRANSFER FROM     XXXXX2001 | Lisa Personal 4943 DIP | $ 500.00 | Transfers |
| 11/25/2024 | TWH AUTO TRANSFER FROM           XXXXX2001 | PNC Joint Savings 5397 DIP | $ 25.00 | Transfers |
| 11/27/2024 | ONLINE TRANSFER FROM     XXXXX2001 | Lisa Personal 4943 DIP | $ 300.00 | Transfers |