| Romes - 5 Year Cash Flow Projection | YEAR ONE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Total 2025 |
| **Income** | | | | | | | | | | | | | |
| 1099 Income | $ 36,419 | $ 36,419 | $ 36,419 | $ 36,419 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 459,276 |
| Other Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Income** | $ 36,419 | $ 36,419 | $ 36,419 | $ 36,419 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 39,200 | $ 459,276 |
| **Expenses** | | | | | | | | | | | | | |
| Mortgage | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 33,372 |
| Real Estate/School Taxes | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 15,096 |
| Home Maintenance, repair, and upkeep | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 6,000 |
| Food & Housekeeping supplies | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 18,000 |
| Restaurants and Dining | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 3,000 |
| Entertainment | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 1,440 |
| Clothing, laundry, and dry cleaning | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 6,000 |
| Personal care products and services | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 2,400 |
| Telephone, cell phone, Internet, & cable | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 8,995 |
| Utilities | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 4,800 |
| Kids College Room, Board & Expenses | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 37,200 |
| Auto Payments | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 3,600 |
| Transportation - gas & maintenance | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 5,400 |
| Insurance - health, dental, auto, life | $ 2,483 | $ 2,483 | $ 2,483 | $ 2,483 | $ 2,483 | $ 2,483 | $ 2,483 | $ 2,483 | $ 2,483 | $ 2,483 | $ 2,483 | $ 2,483 | $ 29,796 |
| Medical and dental expenses - copays | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 600 |
| Business Expenses: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 18,000 |
| Auto Maintenance | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 3,600 |
| Meals | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 15,000 |
| Business subscriptions & fees | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 4,572 |
| ATM withdrawals | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 3,600 |
| Business storage unit | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,200 |
| Income Taxes | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 120,000 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Expenses** | $ 29,073 | $ 29,073 | $ 29,073 | $ 29,073 | $ 29,073 | $ 29,073 | $ 28,373 | $ 28,373 | $ 28,373 | $ 28,373 | $ 28,373 | $ 28,373 | $ 344,671 |
| **Net Cash** | $ 7,346 | $ 7,346 | $ 7,346 | $ 7,346 | $ 10,127 | $ 10,127 | $ 10,827 | $ 10,827 | $ 10,827 | $ 10,827 | $ 10,827 | $ 10,827 | $ 114,605 |

| Romes - 5 Year Cash Flow Projection | YEAR TWO | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Total 2026 |
| **Income** | | | | | | | | | | | | | |
| 1099 Income | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 480,000 |
| Other Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Income** | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 480,000 |
| **Expenses** | | | | | | | | | | | | | |
| Mortgage | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 33,372 |
| Real Estate/School Taxes | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,258 | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,350 | $ 15,464 |
| Home Maintenance, repair, and upkeep | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 517 | $ 800 | $ 800 | $ 800 | $ 800 | $ 7,332 |
| Food & Housekeeping supplies | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,700 | $ 1,700 | $ 1,700 | $ 1,700 | $ 19,196 |
| Restaurants and Dining | $ 258 | $ 258 | $ 258 | $ 258 | $ 258 | $ 258 | $ 258 | $ 258 | $ 350 | $ 350 | $ 350 | $ 350 | $ 3,466 |
| Entertainment | $ 124 | $ 124 | $ 124 | $ 124 | $ 124 | $ 124 | $ 124 | $ 124 | $ 250 | $ 250 | $ 250 | $ 250 | $ 1,992 |
| Clothing, laundry, and dry cleaning | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 650 | $ 650 | $ 650 | $ 650 | $ 6,600 |
| Personal care products and services | $ 207 | $ 207 | $ 207 | $ 207 | $ 207 | $ 207 | $ 207 | $ 207 | $ 350 | $ 350 | $ 350 | $ 350 | $ 3,053 |
| Telephone, cell phone, Internet, & cable | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 8,995 |
| Utilities | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 4,958 |
| Kids College Room, Board & Expenses | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 3,100 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 32,200 |
| Auto Payments | $ 300 | $ 300 | $ 300 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 900 |
| Transportation - gas & maintenance | $ 465 | $ 465 | $ 465 | $ 465 | $ 465 | $ 465 | $ 465 | $ 465 | $ 465 | $ 465 | $ 465 | $ 465 | $ 5,578 |
| Insurance - health, dental, auto, life | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,565 | $ 2,565 | $ 30,779 |
| Medical and dental expenses - copays | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 600 |
| Business Expenses: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 18,594 |
| Auto Maintenance | $ 310 | $ 310 | $ 310 | $ 310 | $ 310 | $ 310 | $ 310 | $ 310 | $ 310 | $ 310 | $ 310 | $ 310 | $ 3,719 |
| Meals | $ 1,291 | $ 1,291 | $ 1,291 | $ 1,291 | $ 1,291 | $ 1,291 | $ 1,291 | $ 1,291 | $ 1,291 | $ 1,291 | $ 1,291 | $ 1,291 | $ 15,495 |
| Business subscriptions & fees | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 4,572 |
| ATM withdrawals | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 3,600 |
| Business storage unit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Income Taxes | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 132,000 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Expenses** | $ 29,668 | $ 29,668 | $ 29,668 | $ 29,368 | $ 29,368 | $ 29,368 | $ 29,368 | $ 29,368 | $ 29,155 | $ 29,155 | $ 29,155 | $ 29,155 | $ 352,465 |
| **Net Cash** | $ 10,332 | $ 10,332 | $ 10,332 | $ 10,632 | $ 10,632 | $ 10,632 | $ 10,632 | $ 10,632 | $ 10,845 | $ 10,845 | $ 10,845 | $ 10,845 | $ 127,535 |

| Romes - 5 Year Cash Flow Projection | YEAR THREE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Total 2027 |
| **Income** | | | | | | | | | | | | | |
| 1099 Income | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 492,000 |
| Other Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Income** | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 492,000 |
| **Expenses** | | | | | | | | | | | | | |
| Mortgage | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 33,372 |
| Real Estate/School Taxes | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 16,735 |
| Home Maintenance, repair, and upkeep | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 9,917 |
| Food & Housekeeping supplies | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,750 | $ 21,000 |
| Restaurants and Dining | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 4,800 |
| Entertainment | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 3,600 |
| Clothing, laundry, and dry cleaning | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 8,400 |
| Personal care products and services | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 4,200 |
| Telephone, cell phone, Internet, & cable | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 9,600 |
| Utilities | $ 427 | $ 427 | $ 427 | $ 427 | $ 427 | $ 427 | $ 427 | $ 427 | $ 427 | $ 427 | $ 427 | $ 427 | $ 5,122 |
| Kids College Room, Board & Expenses | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 22,200 |
| Auto Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Transportation - gas & maintenance | $ 480 | $ 480 | $ 480 | $ 480 | $ 480 | $ 480 | $ 480 | $ 480 | $ 480 | $ 480 | $ 480 | $ 480 | $ 5,762 |
| Insurance - health, dental, auto, life | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 31,795 |
| Medical and dental expenses - copays | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 600 |
| Business Expenses: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|    Travel | $ 1,601 | $ 1,601 | $ 1,601 | $ 1,601 | $ 1,601 | $ 1,601 | $ 1,601 | $ 1,601 | $ 1,601 | $ 1,601 | $ 1,601 | $ 1,601 | $ 19,208 |
|    Auto Maintenance | $ 320 | $ 320 | $ 320 | $ 320 | $ 320 | $ 320 | $ 320 | $ 320 | $ 320 | $ 320 | $ 320 | $ 320 | $ 3,842 |
|    Meals | $ 1,334 | $ 1,334 | $ 1,334 | $ 1,334 | $ 1,334 | $ 1,334 | $ 1,334 | $ 1,334 | $ 1,334 | $ 1,334 | $ 1,334 | $ 1,334 | $ 16,006 |
|    Business subscriptions & fees | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 4,572 |
|    ATM withdrawals | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 3,600 |
|    Business storage unit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Income Taxes | $ 11,500 | $ 11,500 | $ 11,500 | $ 11,500 | $ 11,500 | $ 11,500 | $ 11,500 | $ 11,500 | $ 11,500 | $ 11,500 | $ 11,500 | $ 11,500 | $ 138,000 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Expenses** | $ 30,194 | $ 30,194 | $ 30,194 | $ 30,194 | $ 30,194 | $ 30,194 | $ 30,194 | $ 30,194 | $ 30,194 | $ 30,194 | $ 30,194 | $ 30,194 | $ 362,330 |
| **Net Cash** | $ 10,806 | $ 10,806 | $ 10,806 | $ 10,806 | $ 10,806 | $ 10,806 | $ 10,806 | $ 10,806 | $ 10,806 | $ 10,806 | $ 10,806 | $ 10,806 | $ 129,670 |

| Romes - 5 Year Cash Flow Projection | YEAR FOUR | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Total 2028 |
| **Income** | | | | | | | | | | | | | |
| 1099 Income | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 504,000 |
| Other Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Income** | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 504,000 |
| **Expenses** | | | | | | | | | | | | | |
| Mortgage | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 33,372 |
| Real Estate/School Taxes | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 17,287 |
| Home Maintenance, repair, and upkeep | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 850 | $ 10,200 |
| Food & Housekeeping supplies | $ 1,808 | $ 1,808 | $ 1,808 | $ 1,808 | $ 1,808 | $ 1,808 | $ 1,808 | $ 1,808 | $ 1,808 | $ 1,808 | $ 1,808 | $ 1,808 | $ 21,693 |
| Restaurants and Dining | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 6,600 |
| Entertainment | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 6,000 |
| Clothing, laundry, and dry cleaning | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 9,000 |
| Personal care products and services | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 4,800 |
| Telephone, cell phone, Internet, & cable | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 826 | $ 9,917 |
| Utilities | $ 441 | $ 441 | $ 441 | $ 441 | $ 441 | $ 441 | $ 441 | $ 441 | $ 441 | $ 441 | $ 441 | $ 441 | $ 5,291 |
| Kids College Room, Board & Expenses | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,850 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 19,800 |
| Auto Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Transportation - gas & maintenance | $ 496 | $ 496 | $ 496 | $ 496 | $ 496 | $ 496 | $ 496 | $ 496 | $ 496 | $ 496 | $ 496 | $ 496 | $ 5,952 |
| Insurance - health, dental, auto, life | $ 2,737 | $ 2,737 | $ 2,737 | $ 2,737 | $ 2,737 | $ 2,737 | $ 2,737 | $ 2,737 | $ 2,737 | $ 2,737 | $ 2,737 | $ 2,737 | $ 32,844 |
| Medical and dental expenses - copays | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 600 |
| Business Expenses: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Travel | $ 1,653 | $ 1,653 | $ 1,653 | $ 1,653 | $ 1,653 | $ 1,653 | $ 1,653 | $ 1,653 | $ 1,653 | $ 1,653 | $ 1,653 | $ 1,653 | $ 19,841 |
| Auto Maintenance | $ 331 | $ 331 | $ 331 | $ 331 | $ 331 | $ 331 | $ 331 | $ 331 | $ 331 | $ 331 | $ 331 | $ 331 | $ 3,968 |
| Meals | $ 1,378 | $ 1,378 | $ 1,378 | $ 1,378 | $ 1,378 | $ 1,378 | $ 1,378 | $ 1,378 | $ 1,378 | $ 1,378 | $ 1,378 | $ 1,378 | $ 16,535 |
| Business subscriptions & fees | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 4,572 |
| ATM withdrawals | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 3,600 |
| Business storage unit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Income Taxes | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 144,000 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Expenses** | $ 31,523 | $ 31,523 | $ 31,523 | $ 31,523 | $ 31,523 | $ 31,523 | $ 31,523 | $ 31,523 | $ 30,923 | $ 30,923 | $ 30,923 | $ 30,923 | $ 375,873 |
| **Net Cash** | $ 10,477 | $ 10,477 | $ 10,477 | $ 10,477 | $ 10,477 | $ 10,477 | $ 10,477 | $ 10,477 | $ 11,077 | $ 11,077 | $ 11,077 | $ 11,077 | $ 128,127 |

| Romes - 5 Year Cash Flow Projection | YEAR FIVE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 | Dec-29 | Total 2029 |
| **Income** | | | | | | | | | | | | | |
| 1099 Income | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 516,000 |
| Other Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Income** | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 43,000 | $ 516,000 |
| **Expenses** | | | | | | | | | | | | | |
| Mortgage | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 2,781 | $ 33,372 |
| Real Estate/School Taxes | $ 1,488 | $ 1,488 | $ 1,488 | $ 1,488 | $ 1,488 | $ 1,488 | $ 1,488 | $ 1,488 | $ 1,488 | $ 1,488 | $ 1,488 | $ 1,488 | $ 17,857 |
| Home Maintenance, repair, and upkeep | $ 878 | $ 878 | $ 878 | $ 878 | $ 878 | $ 878 | $ 878 | $ 878 | $ 878 | $ 878 | $ 878 | $ 878 | $ 10,537 |
| Food & Housekeeping supplies | $ 1,867 | $ 1,867 | $ 1,867 | $ 1,867 | $ 1,867 | $ 1,867 | $ 1,867 | $ 1,867 | $ 1,867 | $ 1,867 | $ 1,867 | $ 1,867 | $ 22,409 |
| Restaurants and Dining | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 7,200 |
| Entertainment | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 6,600 |
| Clothing, laundry, and dry cleaning | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 9,600 |
| Personal care products and services | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 413 | $ 4,958 |
| Telephone, cell phone, Internet, & cable | $ 854 | $ 854 | $ 854 | $ 854 | $ 854 | $ 854 | $ 854 | $ 854 | $ 854 | $ 854 | $ 854 | $ 854 | $ 10,244 |
| Utilities | $ 455 | $ 455 | $ 455 | $ 455 | $ 455 | $ 455 | $ 455 | $ 455 | $ 455 | $ 455 | $ 455 | $ 455 | $ 5,466 |
| Kids College Room, Board & Expenses | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 15,000 |
| Auto Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Transportation - gas & maintenance | $ 512 | $ 512 | $ 512 | $ 512 | $ 512 | $ 512 | $ 512 | $ 512 | $ 512 | $ 512 | $ 512 | $ 512 | $ 6,149 |
| Insurance - health, dental, auto, life | $ 2,827 | $ 2,827 | $ 2,827 | $ 2,827 | $ 2,827 | $ 2,827 | $ 2,827 | $ 2,827 | $ 2,827 | $ 2,827 | $ 2,827 | $ 2,827 | $ 33,928 |
| Medical and dental expenses - copays | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 600 |
| Business Expenses: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|    Travel | $ 1,708 | $ 1,708 | $ 1,708 | $ 1,708 | $ 1,708 | $ 1,708 | $ 1,708 | $ 1,708 | $ 1,708 | $ 1,708 | $ 1,708 | $ 1,708 | $ 20,496 |
|    Auto Maintenance | $ 342 | $ 342 | $ 342 | $ 342 | $ 342 | $ 342 | $ 342 | $ 342 | $ 342 | $ 342 | $ 342 | $ 342 | $ 4,099 |
|    Meals | $ 1,423 | $ 1,423 | $ 1,423 | $ 1,423 | $ 1,423 | $ 1,423 | $ 1,423 | $ 1,423 | $ 1,423 | $ 1,423 | $ 1,423 | $ 1,423 | $ 17,080 |
|    Business subscriptions & fees | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 381 | $ 4,572 |
|    ATM withdrawals | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 3,600 |
|    Business storage unit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Income Taxes | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 150,000 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Expenses** | $ 31,981 | $ 31,981 | $ 31,981 | $ 31,981 | $ 31,981 | $ 31,981 | $ 31,981 | $ 31,981 | $ 31,981 | $ 31,981 | $ 31,981 | $ 31,981 | $ 383,767 |
| **Net Cash** | $ 11,019 | $ 11,019 | $ 11,019 | $ 11,019 | $ 11,019 | $ 11,019 | $ 11,019 | $ 11,019 | $ 11,019 | $ 11,019 | $ 11,019 | $ 11,019 | $ 132,233 |