Form 195 − ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−16283−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jean−Paul Romes
5125 Glenbrook Rd
Stroudsburg, PA 18360

Lisa A. Romes
5125 Glenbrook Rd
Stoudsburgh, PA 18360

Social Security No.:
xxx−xx−0880

xxx−xx−7199

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

A Disclosure Statement was filed by Jean−Paul and Lisa A. Romes on January 13, 2025 , pursuant to Fed. R. Bankr. P. 3016.

The Court shall conduct a hearing as to the adequacy of such statement before Honorable John K. Sherwood on :

Date:            February 25, 2025
Time:            10:00 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

MARC C. CAPONE
GILLMAN CAPONE, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528−1166


Dated: January 15, 2025
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16283-JKS |
| Jean-Paul Romes | Chapter 11 |
| Lisa A. Romes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 15, 2025 | Form ID: 195 | Total Noticed: 78 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jean-Paul Romes, Lisa A. Romes, 5125 Glenbrook Rd, Stroudsburg, PA 18360-6793 |
| aty | + | Marc C. Capone, Gillman, Bruton, and Capone, LLC, 60 Highway 71, Unit 2, Spring Lake Heights, NJ 07762-1878 |
| cr | + | Bridgewater Regency, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | M&T Bank, c/o McCarter & English, LLP, Attn: Geoffrey E. Lynott, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| 520307579 | + | AW Billing Services, 4431 N. Dixie Highway, Boca Raton, FL 33431-5028 |
| 520307576 | + | Altronics Security Systems, 824 8th Avenue, Bethlehem, PA 18018-3598 |
| 520307582 | + | Blue Ridge Communications, PO Box 316, Palmerton, PA 18071-0316 |
| 520307583 | + | CAN Capital, 414 W 14th Street 10014-1030 |
| 520307585 | | CESC-Covid EIDL Service Center, 14925 Kingston Rd, Fort Worth, TX 76155 |
| 520307584 | + | Carson 1994 Corp/JanPro of Northern NJ, 142 Fairfield Rd, Fairfield, NJ 07004-2407 |
| 520307586 | + | Chase Bank - Ink Card, PO Box 6294, Carol Stream, IL 60197-6294 |
| 520307592 | + | Empire Mortgage of CNY Inc., 112 South Burdick Steet, Fayetteville, NY 13066-1937 |
| 520307594 | + | Experity, Inc., Attn.: General Counsel, 8777 Velocity Drive, Machesney Park, IL 61115-8002 |
| 520307598 | + | Henry Shein Medical Suppler, Dept. CH 10560, Palatine, IL 60055-0001 |
| 520307599 | + | Itria Ventures LLC, One Penn Plaza 3101, New York, NY 10119-3101 |
| 520379039 | + | Itria Ventures LLC as servicer for Cross River Ban, c/o Seidman & Pincus LLC, 777 Terrace Avenue, Suite 508, Hasbrouck Heights, New Jersey 07604-3114 |
| 520307600 | + | J. P. Mascaro & Sons, 2650 Audubon Rd, Norristown, PA 19403-2400 |
| 520377462 | + | Jeffrey Traurig, Traurig Law LLC, One University Plaza, Suite 124, Hackensack, NJ 07601-6242 |
| 520307603 | | M&T Bank, One M&T Plaza, Buffalo, NY 14203 |
| 520307609 | + | MRDS Marketing/JanPro of Central NJ, 1090 King Georges Post Road Suite 507, Edison, NJ 08837-3720 |
| 520307604 | | Marsden Medical Physics Assoc, 220 Myrtle Ave, Bound Brook, NJ 08805 |
| 520307605 | + | Marshalls Creek Group LLC, 301 Mill Road Suite L6, Hewlett, NY 11557-1232 |
| 520307608 | + | Mirion Technologies Inc.Dosimetry Services, PO Box 101301, Pasadena, CA 91189-0006 |
| 520307613 | | NJNG, 1415 Wyckoff Road, Belmar, NJ 07719 |
| 520307611 | + | New Jersey Natural Gas, PO Box 11743, Newark, NJ 07101-4743 |
| 520307612 | #+ | Newman Williams P.C., PO Box 511, Stroudsburg, PA 18360-0511 |
| 520307621 | + | PPL Electric, PO Box 419054, Saint Louis, MO 63141-9054 |
| 520307615 | + | Pen Tele Data, PO Box 401, Palmerton, PA 18071-0401 |
| 520307619 | + | Pocono Retail Associates, LLC, c/o Riverview Management, 3200 West Market Street Suite 44333-3325 |
| 520307624 | + | RLB Accountants, 814 Main Street Suite 100, Stroudsburg, PA 18360-1602 |
| 520307627 | + | Solomon Container Service, 495 Stanton Street, Wilkes Barre, PA 18702-6174 |
| 520307630 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35202 |
| 520307631 | + | UGI Utilities, PO Box 1553, Wilmington, DE 19886-0001 |
| 520307634 | + | Waterview Marketplace Owner LLC, c/o RD Management LLC, 810 Seventh Ave. 10th Floor, New York, NY 10019-5887 |
| 520307635 | + | Waterview Marketplace Owner, LLC, c/o Bisgaier Hoff, 25 Chestnut Street Suite 3, Haddonfield, NJ 08033-1857 |
| 520307636 | + | WebBank, 215 S. State Street Suite 100, Salt Lake City, UT 84111-2330 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 195 | Total Noticed: 78 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2025 20:47:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2025 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2025 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520307575 | + Email/Text: frank.abrignani@agaltd.com | Jan 15 2025 20:47:00 | A.G. Adjustments, Ltd., 740 Walt Whitman Rd., Melville, NY 11747-2212 |
| 520307577 | + Email/PDF: bncnotices@becket-lee.com | Jan 15 2025 21:00:52 | American Express Business Platinum Card, PO Box 6031, Carol Stream, IL 60197-6031 |
| 520354645 | Email/PDF: bncnotices@becket-lee.com | Jan 15 2025 21:00:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520307578 | Email/PDF: bncnotices@becket-lee.com | Jan 15 2025 20:50:12 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520307580 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jan 15 2025 20:48:00 | Bank of America, Attn: Bankruptcy, P.O.Box 17237, Wilmington, DE 19886-0001 |
| 520319987 | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 15 2025 20:46:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520373324 | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 15 2025 20:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520307581 | + Email/Text: bankruptcy@bhg-inc.com | Jan 15 2025 20:46:00 | Bankers Healthcare Group, LLC, 318 S. Clinton Suite 400, Syracuse, NY 13202-1127 |
| 520307590 | Email/Text: skeller@crossriver.com | Jan 15 2025 20:47:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666 |
| 520307588 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2025 21:00:57 | Citi AAdvantage Business Card, PO Box 71820, Philadelphia, PA 19176-1820 |
| 520307589 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2025 21:00:51 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520321216 | Email/Text: mrdiscen@discover.com | Jan 15 2025 20:47:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520307591 | + Email/Text: mrdiscen@discover.com | Jan 15 2025 20:47:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520307593 | + Email/Text: legal@ercspecialists.com | Jan 15 2025 20:48:00 | ERC Specialists, 560 E Timpanogos Circle, Orem, UT 84097-6225 |
| 520307596 | + Email/Text: servicingmailhub@flagstar.com | Jan 15 2025 20:48:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520344320 | + Email/Text: servicingmailhub@flagstar.com | Jan 15 2025 20:48:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520307601 | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 15 2025 20:47:00 | Jersey Central Power & Light, PO Box 3687, Akron, OH 44309 |
| 520307587 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 15 2025 21:00:52 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 520353145 | + Email/Text: RASEBN@raslg.com | Jan 15 2025 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520326171 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jan 15 2025 20:47:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520307602 | ^ MEBN | Jan 15 2025 20:41:25 | Kubota Credit Corp, USA, Attn: Bankruptcy, PO |

Case 24-16283-JKS    Doc 32    Filed 01/17/25    Entered 01/18/25 00:15:31    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 195 | Total Noticed: 78 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 2048, Grapevine, TX 76099 |
| 520371628 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Jan 15 2025 20:47:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520326208 | + | Email/Text: camanagement@mtb.com | Jan 15 2025 20:48:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 520307607 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 15 2025 20:47:00 | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 520307610 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 15 2025 20:48:00 | Nelnet, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 520307614 | + | Email/Text: bcwrtoff@cablevision.com | Jan 15 2025 20:48:00 | Optimum, 1111 Stewart Ave, Bethpage, NY 11714-3533 |
| 520307616 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2025 20:47:00 | PNC Bank, PO Box Box 71335, Philadelphia, PA 19176 |
| 520366765 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2025 20:47:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520307617 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2025 20:47:00 | PNC Bank National Association, One Financial Parkway Mailstop Z1-YB42-0, Kalamazoo, MI 49009 |
| 520307618 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2025 20:47:00 | PNC Financial, Attn: Bankruptcy 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520307621 | ^ | MEBN | Jan 15 2025 20:41:01 | PPL Electric, PO Box 419054, Saint Louis, MO 63141-9054 |
| 520307622 | ^ | MEBN | Jan 15 2025 20:40:38 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 520307626 | ^ | MEBN | Jan 15 2025 20:40:33 | RoundPoint Mortgage Servicing Corporation, Attn: Bankruptcy, PO Box 19409, Charlotte, NC 28219-9409 |
| 520307628 | | Email/Text: Bankruptcy@stearnsbank.com | Jan 15 2025 20:46:00 | Stearns Bank N.A., 4191 2nd Street South, Saint Cloud, MN 56301 |
| 520373839 | | Email/Text: Bankruptcy@stearnsbank.com | Jan 15 2025 20:46:00 | Stearns Bank National Association, c/o Bankruptcy Dept., 500 13th Street, Albany, MN 56307 |
| 520307629 | | Email/Text: _Credit&Collections@suburbanpropane.com | Jan 15 2025 20:47:00 | Suburban Propane, PO Box J, Whippany, NJ 07981 |
| 520377020 | + | Email/Text: bankruptcy@roundpointmortgage.com | Jan 15 2025 20:47:00 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 520331380 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 15 2025 20:48:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 520307632 | + | Email/Text: bankruptcynotices@sba.gov | Jan 15 2025 20:48:00 | US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |
| 520307633 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 15 2025 20:46:00 | Verizon FIOS, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520307595 | | First Insurance Finance |
| 520307597 | | Hamilton Twp Tax Collector, PO Box 308, 18364 |
| 520307606 | | MedFirst Urgent Care |

Case 24-16283-JKS    Doc 32    Filed 01/17/25    Entered 01/18/25 00:15:31    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 195 | Total Noticed: 78 |

| | | |
|---|---|---|
| 520307620 | | Pocono Urgent Care |
| 520307623 | | Regency Centers |
| 520307625 | | Romes Urgent Care Services, LLC |
| 520354646 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520369266 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 6 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Geoffrey Edward Lynott | on behalf of Creditor M&T Bank glynott@mccarter.com lrestivo@mccarter.com |
| Joseph Ryan McCarthy | on behalf of Creditor Bridgewater Regency  LLC jmccarthy@stark-stark.com |
| Marc C Capone | on behalf of Joint Debtor Lisa A. Romes ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Jean-Paul Romes ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Thomas S. Onder | on behalf of Creditor Bridgewater Regency  LLC tonder@stark-stark.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8