UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 15, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

  Jean-Paul Romes and Lisa A. Romes

Case No.                    24-16283

Hearing Date:              2/25/25

Judge:            John K. Sherwood

## ORDER AND NOTICE ON DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 15, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having noted that a Plan and Disclosure Statement have been filed by

_____ Marc C Capone _____ as attorney(s) for the _Jean-Paul  and Lisa A. Romes_

and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the

adequacy of the Disclosure Statement shall be held before the Honorable

_____ John K. Sherwood _____ at the following time and place:

| | |
|---|---|
| DATE AND TIME: | February 25, 2025 |
| COURTROOM: | 3D |
| PLACE: | 50 Walnut Street, 3rd fl. |
| | Newark, NJ 07102 |
| | |

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court

in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the

hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with

the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's

Committee and upon the United States Trustee no later than 14 days prior to the hearing before

this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this

Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the

Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and

Exchange Commission.  Such copies shall also be provided by the proponent to any party in

interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the

adequacy of the Disclosure Statement without good cause, unless such party shall have served

and filed such objection within the aforementioned time and effected service upon the parties

named above.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 24-16283-JKS

Jean-Paul Romes                                                                 Chapter 11

Lisa A. Romes
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Jan 15, 2025                       Form ID: pdf903                     Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Jean-Paul Romes, Lisa A. Romes, 5125 Glenbrook Rd, Stroudsburg, PA 18360-6793 |
| aty | + Marc C. Capone, Gillman, Bruton, and Capone, LLC, 60 Highway 71, Unit 2, Spring Lake Heights, NJ 07762-1878 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Geoffrey Edward Lynott | on behalf of Creditor M&T Bank glynott@mccarter.com  lrestivo@mccarter.com |
| Joseph Ryan McCarthy | on behalf of Creditor Bridgewater Regency  LLC jmccarthy@stark-stark.com |
| Marc C Capone | on behalf of Joint Debtor Lisa A. Romes ecf@gillmancapone.com |

GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone

on behalf of Debtor Jean-Paul Romes ecf@gillmancapone.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Thomas S. Onder

on behalf of Creditor Bridgewater Regency  LLC tonder@stark-stark.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8