**STARK & STARK, P.C.**
A Professional Corporation
Joseph H. Lemkin, Esq.
100 American Metro Boulevard
Hamilton, NJ 08619-2319
(609) 791-7022
*Attorneys for Creditor,*
*Bridgewater Regency, LLC*

| | |
|---|---|
| In re:<br><br>JEAN-PAUL ROMES and LISA A. ROMES,<br><br><br>Debtors, | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No. 24-16283 (JKS) |

## NOTICE OF WITHDRAWAL OF OBJECTION TO DISCLOSURE STATEMENT

Please take notice that on February 4, 2025 Bridgewater Regency, LLC ("Regency"), by and through its counsel, Stark & Stark, P.C., filed its Objection to Entry of An Order Approving Adequacy of Disclosure Statement (the "Objection") [Document No. 35]. Regency hereby withdraws the Objection.

                                                    **STARK & STARK**
                                                    A Professional Corporation

                                                    By: /s / *Joseph H. Lemkin*
Dated: February 10, 2025                                       Joseph H. Lemkin

1

4913-9293-8521, v. 1