**STARK & STARK, P.C.**
A Professional Corporation
Joseph H. Lemkin, Esq.
100 American Metro Boulevard
Hamilton, NJ 08619-2319
(609) 791-7022
*Attorneys for Creditor,*
*Bridgewater Regency, LLC*

|  |  |
|---|---|
| In re:<br><br>JEAN-PAUL ROMES and LISA A. ROMES,<br><br><br>Debtors, | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No. 24-16283 (JKS) |

## JOINDER TO OBJECTION TO ADEQUACY OF DISCLOSURE STATEMENT

Bridgewater Regency, LLC ("Regency"), by and through its counsel, Stark & Stark, P.C., hereby files its joinder to the Objection to Entry of An Order Approving Adequacy of Disclosure Statement (the "Objection") filed by Waterview Marketplace Owner LLC ("Waterview") [Document No. 37]. Regency adopts and incorporates the arguments set forth by Waterview in the Objection as if fully set forth herein at length.

                                        STARK & STARK
                                        A Professional Corporation

                                        By: /s/ *Joseph H. Lemkin*
Dated: February 12, 2025                                      Joseph H. Lemkin

1

4932-7435-5482, v. 1