

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STARK & STARK, P.C.**
Stark & Stark, P.C.
Attn: Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 219-7458
tonder@stark-stark.com

Attorneys for Creditor, Bridgewater Regency, LLC

Chapter 11

Case No. 24-16283-JKS

In Re:

Jean-Paul Romes Joint Debtor, Lisa A. Romes,

Debtors.

**Order Filed on February 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## CONSENT ORDER ALLOWING CREDITOR, BRIDGEWATER REGENCY, LLC TO FILE A PROOF OF CLAIM OUT OF TIME

The relief set forth on the following pages, numbered one (1) through (2) is hereby ORDERED:

**DATED: February 13, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

4927-1845-9153, v. 3

Upon the request of Bridgewater Regency, LLC ("Bridgewater") by its attorneys, Stark & Stark, P.C., and Jean-Paul Romes and Lisa A. Romes (collectively, the "Debtors") by its attorneys, Gillman Capone, LLC having consented to entry of this Consent Order, and Debtors having consented to the relief set forth herein; and good cause appearing therefore, it is hereby ORDERED as follows:

1. The Proof of Claim deadline was August 30, 2024.

2. Bridgewater shall be allowed to file a Proof of Claim out of Time.

3. Bridgewater shall have until February 14, 2025 to file a Proof of Claim.

4. This Consent Order shall be binding upon Bridgewater and the Debtors, each individually and collectively, and all of their respective heirs, administrators, executors, successors and assigns.

5. In the event the Debtors' plan of reorganization (or Any amended or modified plan) is not consistent with the terms and conditions of this Consent Order, the terms and conditions of this Consent Order shall control.

We, the undersigned, after consulting with our respective clients, consent to entry of this Stipulation and Order.

**STARK & STARK**
A Professional Corporation
Attorneys for Bridgewater Regency, LLC

By: _____
Thomas S. Onder, Esq.

Dated: January ___, 2025

**GILLMAN CAPONE, LLC**
Attorneys for Debtor and Joint Debtor

By: _____
Marc C. Capone, Esq.

Dated: January 27, 2025

4927-1845-9153, v. 3