UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STARK & STARK, P.C.**
Stark & Stark, P.C.
Attn: Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 219-7458
tonder@stark-stark.com

Attorneys for Creditor, Bridgewater Regency, LLC

Order Filed on February 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 24-16283-JKS

In Re:

Jean-Paul Romes Joint Debtor, Lisa A. Romes,

Debtors.

## CONSENT ORDER ALLOWING CREDITOR, BRIDGEWATER REGENCY, LLC TO FILE A PROOF OF CLAIM OUT OF TIME

The relief set forth on the following pages, numbered one (1) through (2) is hereby ORDERED:

**DATED: February 13, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

4927-1845-9153, v. 3

Upon the request of Bridgewater Regency, LLC ("Bridgewater") by its attorneys, Stark & Stark, P.C., and Jean-Paul Romes and Lisa A. Romes (collectively, the "Debtors") by its attorneys, Gillman Capone, LLC having consented to entry of this Consent Order, and Debtors having consented to the relief set forth herein; and good cause appearing therefore, it is hereby ORDERED as follows:

1. The Proof of Claim deadline was August 30, 2024.

2. Bridgewater shall be allowed to file a Proof of Claim out of Time.

3. Bridgewater shall have until February 14, 2025 to file a Proof of Claim.

4. This Consent Order shall be binding upon Bridgewater and the Debtors, each individually and collectively, and all of their respective heirs, administrators, executors, successors and assigns.

5. In the event the Debtors' plan of reorganization (or Any amended or modified plan) is not consistent with the terms and conditions of this Consent Order, the terms and conditions of this Consent Order shall control.

We, the undersigned, after consulting with our respective clients, consent to entry of this Stipulation and Order.

| | |
|---|---|
| **STARK & STARK**<br>A Professional Corporation<br>Attorneys for Bridgewater Regency, LLC<br><br>By: _____<br>Thomas S. Onder, Esq.<br><br>Dated: January ___, 2025 | **GILLMAN CAPONE, LLC**<br>Attorneys for Debtor and Joint Debtor<br><br><br>By: _____<br>Marc C. Capone, Esq.<br><br>Dated: January 27, 2025 |

4927-1845-9153, v. 3

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16283-JKS |
| Jean-Paul Romes | Chapter 11 |
| Lisa A. Romes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jean-Paul Romes, Lisa A. Romes, 5125 Glenbrook Rd, Stroudsburg, PA 18360-6793 |
| aty | + | Marc C. Capone, Gillman, Bruton, and Capone, LLC, 60 Highway 71, Unit 2, Spring Lake Heights, NJ 07762-1878 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Geoffrey Edward Lynott | on behalf of Creditor M&T Bank glynott@mccarter.com  lrestivo@mccarter.com |
| Jeffrey M. Traurig | on behalf of Creditor Waterview Marketplace Owner LLC jtraurig@trauriglaw.com |
| Joseph H. Lemkin | on behalf of Creditor Bridgewater Regency  LLC jlemkin@stark-stark.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Joseph Ryan McCarthy
    on behalf of Creditor Bridgewater Regency  LLC jmccarthy@stark-stark.com

Marc C Capone
    on behalf of Joint Debtor Lisa A. Romes ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
    on behalf of Debtor Jean-Paul Romes ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Thomas S. Onder
    on behalf of Creditor Bridgewater Regency  LLC tonder@stark-stark.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10