UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Email: bk@gillmancapone.com
Attorney for Debtor
By: Marc C. Capone, Esq.

In Re:

Jean-Paul and Lisa A. Romes

Case No.: ____24-16283____

Adv. Pro. No.: _____

Chapter: _____11_____

Hearing Date: _____

Judge: _____JKS_____

## ADJOURNMENT REQUEST

1.　　I, _____Marc Capone_____,

☒　　am the attorney for: _____the Debtor_____,

☐　　am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _Disclosure Statement Hearing_____

Current hearing date and time: _March 25, 2025 at 10:00am_____

New date requested: _30 days or date set by the Court_____

Reason for adjournment request: _To prepare the amended Disclosure Statement to_____

_resolve the objections. Additionally, Debtor's counsel has a scheduling conflict._____

2.　　Consent to adjournment:

☐ I have the consent of all parties.　　☒ I do not have the consent of all parties (explain below):

Our office has sent emails to Mr. Onder and his office asking for consent.

I certify under penalty of perjury that the foregoing is true.

Date: 3/21/25 _____         /s/ Marc C. Capone, Esq. _____
                                                    Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒   Granted            New hearing date: 4/29/2025 @ 10:00 AM     ☐   Peremptory

☐   Granted over objection(s)   New hearing date: _____     ☐   Peremptory

☐   Denied

       **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*