UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Email: bk@gillmancapone.com
Attorney for Debtor
By: Marc C. Capone, Esq.

In Re:

Jean-Paul and Lisa A. Romes

Case No.: 24-16283
Adv. Pro. No.: _____
Chapter: 11
Hearing Date: _____
Judge: JKS

## ADJOURNMENT REQUEST

1. I, __Marc Capone__,

    ☒ am the attorney for: __the Debtor__,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Disclosure Statement Hearing

    Current hearing date and time: March 25, 2025 at 10:00am

    New date requested: 30 days or date set by the Court

    Reason for adjournment request: To prepare the amended Disclosure Statement to resolve the objections. Additionally, Debtor's counsel has a scheduling conflict.

2. Consent to adjournment:

    ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

    Our office has sent emails to Mr. Onder and his office asking for consent.

I certify under penalty of perjury that the foregoing is true.

Date: 3/21/25                                   /s/ Marc C. Capone, Esq.
                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: April 29, 2025 at 10:00          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2