Cash Receipts
3/1/2025-3/31/2025
Per Bank Statements

| Date | Description | Source | Amount | Account Designation |
|---|---|---|---:|---|
| 3/24/2025 | OTHER FIN INST ATM SURCHARGE REIMB | Lisa Personal 4943 DIP | $ 2.99 | Bank Fees |
| 3/28/2025 | OTHER FIN INST ATM SURCHARGE REIMB | PNC Joint Checking 2001 | $ 5.00 | Bank Fees |
| 3/28/2025 | ATM TRANSACTION FEE REIMBURSEMENT | PNC Joint Checking 2001 | $ 6.00 | Bank Fees |
| 3/28/2025 | INTEREST PAYMENT | PNC Joint Checking 2001 | $ 0.05 | Interest Income |
| 3/31/2025 | INTEREST PAYMENT | PNC Joint Savings 5397 DIP | $ 0.26 | Interest Income |
| 3/20/2025 | DEPOSIT    XXXXX2666 | PNC Joint Checking 2001 | $ 300.00 | Other Income |
| 3/31/2025 | DEBIT CARD CREDIT    8508046001 VIS 0328 CARTPANDA* FIT41    WILMINGTON  DE | PNC Joint Checking 2001 | $ 147.00 | Other Income |
| 3/25/2025 | CORPORATE ACH LOCUM TENENS MED CORP PAY | PNC Joint Checking 2001 | $ 5,280.00 | Paychecks |
| 3/28/2025 | ACH CREDIT    21066833 AYA LOCUMS LLC  PAYROLL | PNC Joint Checking 2001 | $ 17,877.50 | Paychecks |
| 3/7/2025 | ACH CREDIT    21066833 AYA LOCUMS LLC  PAYROLL | PNC Joint Checking 2001 | $ 12,324.00 | Paychecks |
| 3/3/2025 | ACH CREDIT    21066833 AYA LOCUMS LLC  PAYROLL | PNC Joint Checking 2001 | $ 13,440.00 | Paychecks |
| 3/20/2025 | ONLINE TRANSFER FROM    XXXXX5397 | PNC Joint Checking 2001 | $ 2,000.00 | Transfers |
| 3/3/2025 | ONLINE TRANSFER FROM    XXXXX5397 | PNC Joint Checking 2001 | $ 3,000.00 | Transfers |
| 3/28/2025 | ONLINE TRANSFER FROM    XXXXX2001 | PNC Joint Savings 5397 DIP | $ 15,000.00 | Transfers |
| 3/24/2025 | TWH AUTO TRANSFER FROM    XXXXX2001 | PNC Joint Savings 5397 DIP | $ 300.00 | Transfers |
| 3/10/2025 | ONLINE TRANSFER FROM    XXXXX2001 | PNC Joint Savings 5397 DIP | $ 3,000.00 | Transfers |
| 3/17/2025 | ONLINE TRANSFER FROM    XXXXX2001 | Lisa Personal 4943 DIP | $ 200.00 | Transfers |
| 3/3/2025 | ONLINE TRANSFER FROM    XXXXX2001 | Lisa Personal 4943 DIP | $ 200.00 | Transfers |