# Savings Statement
PNC Bank

**PNC BANK**
PO Box 609
Pittsburgh, PA 15230-9738

Primary account number:   XX-XXXX-5397
Page 1 of 2
Number of enclosures:   0

**For the period   03/01/2025   to   03/31/2025**

JEAN PAUL ROMES MD #24-16283
LISA A ROMES
DEBTOR IN POSSESSION
5125 GLENBROOK RD

STROUDSBURG PA 18360-6793

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK
Visit us at pnc.com
PNC accepts Telecommunications Relay Service (TRS) calls.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Checking Accounts and Related Charges, our Consumer Schedule of Service Charges and Fees, and our Virtual Wallet Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

PNC Express Funds provides an option for immediate availability on approved checks deposited through Branch Banking, PNC ATM, or Mobile Banking, subject to cut off times. Effective June 22, 2025, the cost of utilizing PNC Express Funds will increase from 2.00% of the check amount over $100 to 2.50% of the check amount over $100. The cost of utilizing PNC Express Funds for each check amount between $25 and $100 will remain at $2.00.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the PNC Customer Care Center at 1-888-762-2265.

## Savings Account Summary
Account number:   XX-XXXX-5397

JEAN PAUL ROMES MD #24-16283
LISA A ROMES
DEBTOR IN POSSESSION

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 30,000.18 | 18,300.26 | 5,000.00 | 43,300.44 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 31 | 30,561.47 | .26 |

As of 03/31, a total of $.46 in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

There were 4 Deposits and Other Additions totaling $18,300.26.

| Date | Amount | Description |
|---|---|---|
| 03/10 | 3,000.00 | Online Transfer From ████ 2001 |
| 03/24 | 300.00 | Twh Auto Transfer From ████ 2001 |
| 03/28 | 15,000.00 | Online Transfer From ████ 2001 |
| 03/31 | .26 | Interest Payment |

# Savings Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: XX-XXXX-5397 - continued

For the period 03/01/2025 to 03/31/2025
JEAN PAUL ROMES MD #24-16283
Primary account number: XX-XXXX-5397
Page 2 of 2

## Online and Electronic Banking Deductions

| Date | Amount | Description | |
|---|---|---|---|
| 03/03 | 3,000.00 | Online Transfer To | 2001 |
| 03/20 | 2,000.00 | Online Transfer To | 2001 |

There were 2 Online or Electronic Banking Deductions totaling $5,000.00.

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 03/01 | 30,000.18 | 03/10 | 30,000.18 | 03/24 | 28,300.18 | 03/31 | 43,300.44 |
| 03/03 | 27,000.18 | 03/20 | 28,000.18 | 03/28 | 43,300.18 | | |

Member FDIC    Equal Housing Lender