# Virtual Wallet With Performance Spend Statement

PNC Bank

**PNC BANK**
PO Box 609
Pittsburgh, PA 15230-9738

Page 1 of 8
Primary account number:  XX-XXXX-2001

**For the period  02/28/2025  to  03/28/2025**

Number of enclosures:   0

JEAN PAUL ROMES MD #24-16283
LISA A ROMES
DEBTOR IN POSSESSION
5125 GLENBROOK RD

STROUDSBURG PA 18360-6793

- For 24-hour banking, and transaction or interest rate information, sign-on to
- PNC Bank Online Banking at pnc.com
- For customer service call 1-888-PNC-BANK
- Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK
Visit us at pnc.com
PNC accepts Telecommunications Relay Service (TRS) calls.

---

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Checking Accounts and Related Charges, our Consumer Schedule of Service Charges and Fees, and our Virtual Wallet Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

PNC Express Funds provides an option for immediate availability on approved checks deposited through Branch Banking, PNC ATM, or Mobile Banking, subject to cut off times. Effective June 22, 2025, the cost of utilizing PNC Express Funds will increase from 2.00% of the check amount over $100 to 2.50% of the check amount over $100. The cost of utilizing PNC Express Funds for each check amount between $25 and $100 will remain at $2.00.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the PNC Customer Care Center at 1-888-762-2265.

---

## Virtual Wallet With Performance Spend Account Summary

**Account number:**  XX-XXXX-2001
**Overdraft Protection**  Provided By:  XXXXXX5397

JEAN PAUL ROMES MD #24-16283
LISA A ROMES
DEBTOR IN POSSESSION

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 5,984.40 | 54,232.55 | 53,151.29 | 7,065.66 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 6,606.67 | 94.00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 153 | 2 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 6 | 5 | 1 |

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number:  XX-XXXX-2001   - continued

For the period   02/28/2025   to   03/28/2025
JEAN PAUL ROMES MD #24-16283
Primary account number:   XX-XXXX-2001
Page 2 of 8

## Interest Summary

As of 03/28, a total of $.13 in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 29 | 6,606.67 | .05 |

## Activity Detail

### Deposits and Other Additions

There were 10 Deposits and Other Additions totaling $54,232.55.

| Date | Amount | Description |
|---|---|---|
| 03/03 | 3,000.00 | Online Transfer From ▮▮▮▮▮ 5397 |
| 03/03 | 13,440.00 | Direct Deposit - Payroll AYA LOCUMS LLC 21066833 |
| 03/07 | 12,324.00 | Direct Deposit - Payroll AYA LOCUMS LLC 21066833 |
| 03/20 | 2,000.00 | Online Transfer From ▮▮▮▮▮ 5397 |
| 03/20 | 300.00 | Deposit Reference No. 047652666 |
| 03/25 | 5,280.00 | Corporate ACH Corp Pay Locum Tenens Med |
| 03/28 | 17,877.50 | Direct Deposit - Payroll AYA LOCUMS LLC 21066833 |
| 03/28 | .05 | Interest Payment |
| 03/28 | 6.00 | ATM Transaction Fee Reimbursement |
| 03/28 | 5.00 | Other Fin Inst ATM Surcharge Reimb |

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 825 | 299.00 | 03/27 | 011008931 |

There is 1 check listed totaling $299.00.

### Banking/Debit Card Withdrawals and Purchases

There were 3 Banking Machine withdrawals totaling $626.50.
There were 2 Debit Card/Bank card PIN POS purchases totaling $89.35.
There were 159 other Banking Machine/Debit Card deductions totaling $26,475.09.

| Date | Amount | Description |
|---|---|---|
| 02/28 | 110.97 | 8764 Debit Card Purchase Tst*Zuzul Coastal Cuis |
| 02/28 | 355.00 | 8764 Debit Card Purchase Imlcc Imlcc.Org Co |
| 02/28 | 691.27 | 8764 Debit Card Purchase United Pkgs*Vacation |
| 02/28 | 25.76 | POS Purchase Circle K 08191 Bossier City La |
| 03/03 | 1,452.21 | 8764 Debit Card Purchase United 800-9322732 Tx |
| 03/03 | 1,452.21 | 8764 Debit Card Purchase United 800-9322732 Tx |
| 03/03 | 144.01 | 8764 Debit Card Purchase Superior's Steak House |
| 03/03 | 7.32 | 8764 Debit Card Purchase Andy's Frozen Custard |
| 03/03 | 8.37 | 8764 Debit Card Purchase Atl Popeyes D 6683136 |
| 03/03 | 9.99 | 8764 Recurring Debit Card Apple.Com/Bill |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

![PC icon] For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number:   XX-XXXX-2001   - continued

For the period    02/28/2025    to    03/28/2025
JEAN PAUL ROMES MD #24-16283
Primary account number:    XX-XXXX-2001
Page 3 of 8

## Banking/Debit Card Withdrawals and Purchases    - continued

| Date | Amount | Description |
|---|---:|---|
| 03/03 | 44.25 | 0646 Debit Card Purchase Sheetz 2194  Falls Cre |
| 03/03 | 139.00 | 8764 Debit Card Purchase Lehigh Northampton Air |
| 03/03 | 182.36 | 8764 Debit Card Purchase Wine and Spirits 4814 |
| 03/03 | 8.03 | 0646 Debit Card Purchase Burger King #24480 |
| 03/03 | 14.09 | 0646 Debit Card Purchase Sheetz 0498 Blairsvil |
| 03/03 | 62.32 | 8764 Debit Card Purchase Sunoco 8000226902 |
| 03/03 | 156.76 | 8764 Debit Card Purchase Tst*Rare and Rye |
| 03/03 | 77.31 | 0646 Debit Card Purchase Sunoco 8000226902 |
| 03/03 | 69.26 | 8764 Debit Card Purchase Tst*Thai Orchid |
| 03/03 | 842.54 | 8764 Recurring Debit Card State Farm  800-95663 |
| 03/03 | 300.00 | ATM Withdrawal 1110 N 9TH St Stroudsburg |
| 03/03 | 168.87 | 8764 Debit Card Purchase St Lukes Mychart |
| 03/03 | 480.00 | 8764 Debit Card Purchase Telluride Ski & Golf E |
| 03/03 | 6.56 | 8764 Debit Card Purchase McDonald's F3520 Bath |
| 03/03 | 2.69 | 8764 Debit Card Purchase McDonald's F3520 Bath |
| 03/03 | 43.01 | 8764 Debit Card Purchase Citgo Bath  Bath NY |
| 03/03 | 5.29 | 8764 Debit Card Purchase McDonald's F3802 |
| 03/03 | 20.00 | ATM Withdrawal 233 Prospect St East Strouds PA |
| 03/04 | 1,091.75 | 0646 Debit Card Purchase Health8448938080 |
| 03/04 | 27.97 | 8764 Debit Card Purchase Amazon.com*Xu2Or6GE3 |
| 03/04 | 52.05 | 8764 Debit Card Purchase Taco Inc. Modern Mexic |
| 03/04 | 23.31 | 8764 Recurring Debit Card Dnh*Godaddy.Com |
| 03/04 | 95.84 | 8764 Debit Card Purchase Tst*Pizza Napoli & Res |
| 03/04 | 12.74 | 0646 Debit Card Purchase 7TH Street Stroudsbur |
| 03/04 | 36.00 | 0646 Debit Card Purchase Pro Nail Spa |
| 03/04 | 23.67 | 0646 Debit Card Purchase Giant Martins #6504 |
| 03/04 | 10.02 | 0646 Debit Card Purchase Target Stroudsburg PA |
| 03/04 | 18.05 | 8764 Debit Card Purchase Sassy's Truck Stop |
| 03/04 | 3,300.00 | 8764 Debit Card Purchase Vida Vacations |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period    02/28/2025   to   03/28/2025
JEAN PAUL ROMES MD #24-16283
Primary account number:    XX-XXXX-2001

Account Number:   XX-XXXX-2001    - continued

Page 4 of 8

## Banking/Debit Card Withdrawals and Purchases - continued

| Date | Amount | Description |
|---|---:|---|
| 03/04 | 99.00 | Intl Purch & Adv Fee   Vis 0303             Mx |
| 03/05 | 80.00 | 8764 Debit Card Purchase Delta  800-2211212 Ga |
| 03/05 | 80.00 | 8764 Debit Card Purchase Delta  800-2211212 Ga |
| 03/05 | 51.19 | 0646 Debit Card Purchase Tst*Original Pocono Pu |
| 03/05 | 202.46 | 0646 Debit Card Purchase Ulta #793 Stroudsburg |
| 03/05 | 10.70 | 8764 Debit Card Purchase Www.Padoglicense.Com |
| 03/05 | 18.00 | 8764 Debit Card Purchase Arbys 6835 Bradford P |
| 03/05 | 20.49 | 0646 Debit Card Purchase Dunkin #359283 |
| 03/05 | 11.48 | 8764 Debit Card Purchase Dunkin #359283 |
| 03/05 | 122.54 | 8764 Debit Card Purchase Atl Phillips Seafood 1 |
| 03/05 | 110.67 | 8764 Debit Card Purchase Uep*Chang Thai Montro |
| 03/05 | 216.03 | 8764 Debit Card Purchase Wm Supercenter #1058 |
| 03/05 | 399.50 | 0646 Debit Card Purchase Pp*Inner Outer Utopia |
| 03/06 | 68.01 | 8764 Debit Card Purchase Tailwind Abe Allentow |
| 03/06 | 2.47 | 8764 Debit Card Purchase Atl Airp Today Dr7 |
| 03/06 | 459.14 | 8764 Debit Card Purchase Inglenook  707-9681100 |
| 03/06 | 309.21 | 8764 Debit Card Purchase The Liquor Store |
| 03/06 | 220.90 | 8764 Debit Card Purchase Tst*Cosmopolitan Resta |
| 03/06 | 15.85 | 8764 Debit Card Purchase Audible*Uj9Cu7Qu3 |
| 03/06 | 647.45 | 8764 Debit Card Purchase Treana Winery, Llc. |
| 03/07 | 372.21 | 8764 Debit Card Purchase Tst*The National |
| 03/07 | 37.62 | 8764 Debit Card Purchase Shake N Dog Telluride |
| 03/07 | 34.24 | 0646 Debit Card Purchase Christy Sports 1665-Ch |
| 03/10 | 171.50 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/10 | 171.50 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/10 | 171.50 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/10 | 250.00 | 8764 Debit Card Purchase Tst*Mountain Lodge Tel |
| 03/10 | 61.81 | 8764 Debit Card Purchase Baked In Telluride |
| 03/10 | 27.11 | 8764 Debit Card Purchase Ls Shirtworks Of Tell |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: XX-XXXX-2001   - continued

For the period   02/28/2025   to   03/28/2025
JEAN PAUL ROMES MD #24-16283
Primary account number:   XX-XXXX-2001
Page 5 of 8

## Banking/Debit Card Withdrawals and Purchases   - continued

| Date | Amount | Description |
|---|---|---|
| 03/10 | 21.19 | 0646 Recurring Debit Card Spotify USA |
| 03/10 | 198.29 | 8764 Debit Card Purchase Siam Talay Mountain V |
| 03/10 | 89.64 | 8764 Debit Card Purchase La Cocina De Luz |
| 03/10 | 94.00 | 8764 Debit Card Purchase Last Dollar Saloon |
| 03/10 | 99.34 | 8764 Debit Card Purchase Cke*Steamies Burger Ba |
| 03/10 | 9.36 | 8764 Debit Card Purchase The Market At Tellu |
| 03/10 | 25.00 | 8764 Debit Card Purchase Amazon.com*2X0Xe46N3 |
| 03/10 | 327.50 | N0309 8764 Payment Tmobile Au Bellevue Wa |
| 03/11 | 61.62 | 0646 Debit Card Purchase Tst*Gorrono Ranch |
| 03/11 | 47.62 | 8764 Debit Card Purchase Tst*Gorrono Ranch |
| 03/11 | 182.00 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/11 | 182.00 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/11 | .39 | 8764 Debit Card Purchase Amazon Mktpl*Hw5D57Gk3 |
| 03/11 | 38.44 | 8764 Debit Card Purchase Peaks Mountain Vl Co |
| 03/11 | 291.86 | 8764 Debit Card Purchase Peaks Mountain Vl Co |
| 03/12 | 182.00 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/12 | 182.00 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/12 | 272.40 | 8764 Debit Card Purchase Madelne Black Iron |
| 03/12 | 182.00 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/12 | 62.41 | 8764 Debit Card Purchase Tst*There Telluride C |
| 03/12 | 76.00 | 8764 Debit Card Purchase Last Dollar Saloon |
| 03/12 | 65.65 | 8764 Debit Card Purchase Tst*Brown Dog Pizza |
| 03/12 | 104.94 | 8764 Recurring Debit Card Intuit *Qbooks Online |
| 03/12 | 210.94 | 8764 Debit Card Purchase Amazon Music*Wx9360L93 |
| 03/13 | 59.82 | 8764 Debit Card Purchase Tst*Smuggler Union - S |
| 03/13 | 80.42 | 8764 Debit Card Purchase Tellurado Studio |
| 03/13 | 373.77 | 8764 Debit Card Purchase New Sheridan Chop Hous |
| 03/13 | 420.00 | 0646 Debit Card Purchase Pp*Inner Outer Utopia |
| 03/13 | 495.00 | 8764 Debit Card Purchase Center For Medical Edu |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number:  XX-XXXX-2001  - continued

For the period  02/28/2025  to  03/28/2025
JEAN PAUL ROMES MD #24-16283
Primary account number:  XX-XXXX-2001
Page 6 of 8

## Banking/Debit Card Withdrawals and Purchases - continued

| Date | Amount | Description |
|---|---|---|
| 03/14 | 182.00 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/14 | 182.00 | 8764 Debit Card Purchase Telluride Ski & Golf L |
| 03/14 | 323.63 | 8764 Debit Card Purchase Tst*Bouilli Inc. |
| 03/14 | 56.85 | 8764 Debit Card Purchase Tellurado Studio |
| 03/14 | 181.26 | 8764 Recurring Debit Card Locktyte Ss 6226 |
| 03/14 | 33.02 | 8764 Debit Card Purchase City Market #0240 Fuel |
| 03/14 | 8.38 | 8764 Debit Card Purchase Sq *San Juan Coffeehou |
| 03/17 | 35.00 | 8764 Debit Card Purchase Delta Air 800-2211212 |
| 03/17 | 37.48 | 8764 Debit Card Purchase Baked In Telluride |
| 03/17 | 135.60 | 8764 Debit Card Purchase Carrabas Atl Atlanta |
| 03/17 | 89.00 | 8764 Debit Card Purchase Lehigh Northampton Air |
| 03/17 | 137.00 | 8764 Debit Card Purchase Lehigh Northampton Air |
| 03/17 | 64.38 | 0646 Debit Card Purchase Giant Martins #6504 |
| 03/17 | 19.90 | 8764 Debit Card Purchase Amazon Mktpl*V64N35Jz3 |
| 03/18 | 14.18 | 8764 Debit Card Purchase Shake Shack D/E Fc Clt |
| 03/18 | 39.80 | 8764 Debit Card Purchase Tst* Hopkins Icehouse |
| 03/18 | 205.00 | 0646 Debit Card Purchase Cert Derm East Stroud |
| 03/18 | 105.00 | 0646 Debit Card Purchase Cert Derm East Stroud |
| 03/18 | 20.73 | 0646 Debit Card Purchase Goldbergs East Strouds |
| 03/18 | 31.76 | 0646 Debit Card Purchase Pet Supplies Plus 9032 |
| 03/18 | 306.50 | ATM Withdrawal 312 Woodland Road Mount Pocono PA |
| 03/18 | 7.79 | 8764 Debit Card Purchase Mms-Christus-St Michae |
| 03/18 | 3.00 | ATM Transaction Fee - Withdrawal |
| 03/18 | 3.00 | ATM Transaction Fee - Balance Inquiry |
| 03/19 | 4.80 | 8764 Debit Card Purchase Mms-Christus-St Michae |
| 03/20 | 70.38 | 8764 Debit Card Purchase Amazon.com*1F3Ry6653 |
| 03/21 | 23.27 | 8764 Debit Card Purchase Amazon.com*Fa6SE0Fh3 |
| 03/21 | 22.14 | 8764 Debit Card Purchase Amazon.com*0F4Xm3To3 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: XX-XXXX-2001  - continued

For the period   02/28/2025   to   03/28/2025
JEAN PAUL ROMES MD #24-16283
Primary account number:   XX-XXXX-2001
Page 7 of 8

## Banking/Debit Card Withdrawals and Purchases — continued

| Date | Amount | Description |
|---|---:|---|
| 03/21 | 42.02 | 8764 Debit Card Purchase Longhorn Steak 0125376 |
| 03/21 | 5.29 | 8764 Debit Card Purchase Target Texarkana Tx |
| 03/21 | 520.45 | 8764 Debit Card Purchase Orbitz*73059300339630 |
| 03/21 | 248.04 | 8764 Recurring Debit Card Locktyte Ss 6226 |
| 03/21 | 47.01 | 8764 Debit Card Purchase Zapata Grill |
| 03/24 | 210.94 | 8764 Recurring Debit Card Locktyte Ss 6226 |
| 03/24 | 57.44 | 8764 Debit Card Purchase Naaman's Bbq Texarkan |
| 03/24 | 26.49 | 8764 Recurring Debit Card Netflix.com |
| 03/24 | 44.50 | 8764 Debit Card Purchase USPS Change Of Address |
| 03/24 | 250.00 | 8764 Debit Card Purchase Nic*-Doh Fl Dept Of He |
| 03/24 | 63.59 | POS Purchase ebay O*02-1287 www.ebay.com Ca |
| 03/24 | 11.37 | 8764 Debit Card Purchase Panda Express #3515 |
| 03/24 | 4.23 | N0324 0646 Payment Hulu Santa Monica Ca |
| 03/25 | 11.40 | 8764 Debit Card Purchase Circle K # 06345 |
| 03/25 | 13.25 | 0646 Debit Card Purchase USPS PO 4182080360 |
| 03/25 | 5.30 | 0646 Debit Card Purchase Dollartree East Strou |
| 03/25 | 104.65 | 0646 Debit Card Purchase Giant Martins #6504 |
| 03/25 | 39.72 | 8764 Debit Card Purchase Pappadeaux Seafood |
| 03/25 | 3.17 | 8764 Debit Card Purchase Amazon Prime*4T6Ln4Hj3 |
| 03/26 | 18.73 | 8764 Debit Card Purchase Hilton Garden Inn |
| 03/26 | 39.15 | 8764 Debit Card Purchase Marketplace 1897 Clt |
| 03/26 | 14.55 | 0646 Debit Card Purchase Sq *Cafe Duet |
| 03/26 | 4.02 | 0646 Debit Card Purchase Sq *Cafe Duet |
| 03/26 | 48.15 | 8764 Debit Card Purchase Brands Barber Parlor L |
| 03/26 | 213.30 | 0646 Debit Card Purchase Cook's Cliffside Autom |
| 03/27 | 121.00 | 8764 Debit Card Purchase Lehigh Northampton Air |
| 03/27 | 25.21 | 8764 Debit Card Purchase Staples Stroudsburg P |
| 03/27 | 81.66 | 0646 Debit Card Purchase Sunoco 8000226902 |
| 03/27 | 65.01 | 8764 Debit Card Purchase Sunoco 8000226902 |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period   02/28/2025   to   03/28/2025
JEAN PAUL ROMES MD #24-16283
Primary account number:   XX-XXXX-2001

Account Number:   XX-XXXX-2001   - continued
Page 8 of 8

## Banking/Debit Card Withdrawals and Purchases — continued

| Date | Amount | Description |
|---|---|---|
| 03/27 | 16.13 | 8764 Debit Card Purchase Amazon.com*Z04Q726Z3 |
| 03/28 | 109.44 | 8764 Debit Card Purchase Llbean-Direct |
| 03/28 | 29.40 | 0646 Debit Card Purchase Tst*Nusr-Et - NY Midto |
| 03/28 | 136.50 | 0646 Debit Card Purchase Pp*Inner Outer Utopia |
| 03/28 | 45.86 | 0646 Debit Card Purchase Sunoco 0157334400 |
| 03/28 | 1,356.80 | 0646 Debit Card Purchase Cook's Cliffside Autom |
| 03/28 | 53.00 | 0646 Debit Card Purchase Thai Thani Inc |
| 03/28 | 8.30 | 8764 Debit Card Purchase McDonald's F32609 |
| 03/28 | 294.00 | 0646 Recurring Debit Card Cartpanda* Fit41 |
| 03/28 | 9.99 | N0328 8764 Payment Apple Com Cupertino Ca |

## Online and Electronic Banking Deductions

There were 13 Online or Electronic Banking Deductions totaling $25,661.35.

| Date | Amount | Description |
|---|---|---|
| 03/03 | 200.00 | Online Transfer To █████4943 |
| 03/04 | 1,750.00 | Online Transfer To █████7132 |
| 03/04 | 1,250.00 | Online Transfer To █████8055 |
| 03/07 | 300.00 | Web Pmt Recur- Online Pmt Kubota Credit Ckf402968710POS |
| 03/10 | 3,000.00 | Online Transfer To █████5397 |
| 03/10 | 1,000.00 | Web Pmt- Online Pmt Flagstar Bank Ckf402968710POS |
| 03/14 | 2,000.00 | Web Pmt- Online Pmt Roundpoint Mortg Ckf402968710POS |
| 03/17 | 100.00 | Web Pmt- Online Pmt Bk Of Amer Visa Ckf643252222POS |
| 03/17 | 200.00 | Online Transfer To █████4943 |
| 03/18 | 481.45 | Web Pmt- Online Pmt Fstenergy Meted Ckf402968710POS |
| 03/18 | 79.90 | Web Pmt- Online Pmt Blue Ridge Comm Ckf402968710POS |
| 03/24 | 300.00 | Twh Auto Transfer To █████5397 |
| 03/28 | 15,000.00 | Online Transfer To █████5397 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 02/28 | 4,801.40 | 03/10 | 10,370.65 | 03/17 | 3,013.87 | 03/24 | 2,063.80 |
| 03/03 | 15,344.95 | 03/11 | 9,566.72 | 03/18 | 1,715.76 | 03/25 | 7,166.31 |
| 03/04 | 7,554.55 | 03/12 | 8,228.38 | 03/19 | 1,710.96 | 03/26 | 6,828.41 |
| 03/05 | 6,231.49 | 03/13 | 6,799.37 | 03/20 | 3,940.58 | 03/27 | 6,220.40 |
| 03/06 | 4,508.46 | 03/14 | 3,832.23 | 03/21 | 3,032.36 | 03/28 | 7,065.66 |
| 03/07 | 16,088.39 | | | | | | |

Member FDIC            Equal Housing Lender