UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone # 732-528-1166
Fax #732-528-4458
Emails: bk@gillmancapone.com

In Re:

Jean-Paul and Lisa A. Romes

Case No.: _____24-16283_____

Chapter: _____1_____

Hearing Date: _____

Judge: _John K. Sherwood_

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Modified Chapter 11 Plan (Doc no. 57)

_____

Date: 5/9/25

/s/ Marc C. Capone
Signature

*rev.8/1/15*