| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GILLMAN CAPONE, LLC<br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>(732) 528-1166<br>Attorney for Debtors- In-Possession<br>MARC C. CAPONE MC4795 | Order Filed on May 14, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Jean-Paul and Lisa A. Romes** | Case No.:   24-16283<br><br>Judge:   **John K. Sherwood**<br><br>Chapter:   **11** |

## ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING OF ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 14, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

4913-9438-8803, v. 1

A first modified disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by Marc. C. Capone, Esq., of Gillman Capone LLC, counsel for the debtors on May 7, 2025 referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The first modified disclosure statement, dated May 7, 2025 is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. June 24, 2025 at 10:00 a.m. is fixed as the date and time for the hearing on confirmation of the plan.