|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>GILLMAN CAPONE, LLC<br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>(732) 528-1166<br>Attorney for Debtors- In-Possession<br>MARC C. CAPONE MC4795 | Order Filed on May 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Jean-Paul and Lisa A. Romes** | Case No.:   **24-16283**<br><br>Judge:   **John K. Sherwood**<br><br>Chapter:   **11** |

**CONSENT ORDER RESOLVING OBJECTION TO DISCLOSURE STATEMENT AND PLAN FILED BY WATERVIEW MARKETPLACE OWNER LLC**

The relief set forth on the following page, numbered two (2) through three (3), is hereby granted.

**DATED: May 12, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**WHEREAS**, on June 21, 2024, Jean-Paul and Lisa Romes (the "Debtors") filed a voluntary petition for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code; and

**WHEREAS**, Waterview Marketplace Owner LLC (the "Creditor") filed a timely proof of claim in the case, which was not objected to or disputed by the Debtors; and

**WHEREAS**, the Creditor filed an Objection to Disclosure Statement and Plan filed by the Debtors' [Docket No. 37]; and

**WHEREAS**, the parties have conferred and desire to resolve the Objection by stipulation and consent, without the need for further litigation; and

**WHEREAS**, the Debtors have filed an Amended Disclosure Statement and Plan of Reorganization [Docket No. 56] and Modified Chapter 11 Plan in support [Docket No. 59], which reflects the agreed-upon changes, including:

1. Increasing the monthly Plan payments to $9,500.00 beginning in month 19 and continuing through month 60;

2. Increasing the dividend payable to the Class of General Unsecured Creditors by an aggregate amount of $31,000.00;

3. Revising the total amount of allowed general unsecured claims in accordance with the proofs of claim filed and deemed allowed under 11 U.S.C. § 502(a), which reduces the overall distribution base; and

4. Agreeing that the Debtors will not object to or seek to modify the proof of claim filed by the Objecting Creditor (Claim No. 22), which shall remain allowed in full as filed.

**NOW, THEREFORE**, it is hereby **STIPULATED AND AGREED** by and between the undersigned parties and **ORDERED** by this Court that:

1. The Debtors shall increase monthly payments under the Plan to $9,500.00 beginning in month 19 through month 60, which will result in an increased dividend to general unsecured creditors totaling $31,000.00.

2. The Debtors shall not object to the proof of claim filed by Waterview Marketplace Owner LLC (Claim No. 22), which shall be deemed allowed as filed.

3. Waterview Marketplace Owner LLC's Objection to Disclosure Statement and Plan [Docket No. 37] shall be deemed withdrawn upon entry of this Consent Order.

4. The terms of this Consent Order shall be incorporated into the Debtors' confirmed Plan of Reorganization by reference.

The parties, through the undersigned counsel, consent to the form and entry of this Order:

GILLMAN CAPONE, LLC                         TRAURIG LAW LLC
Attorneys for Debtor                                 Attorney for Waterview Marketplace Owner LLC

By: **/s/ Marc C. Capone**                          By: **/s/ Jeffrey Traurig**
    Marc C. Capone, Esq.                             Jeffrey Traurig, Esq.

Dated: May 9, 2025                                  Dated: May 9, 2025

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-16283-JKS
Jean-Paul Romes  Chapter 11
Lisa A. Romes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: May 12, 2025    Form ID: pdf903    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jean-Paul Romes, Lisa A. Romes, 5125 Glenbrook Rd, Stroudsburg, PA 18360-6793 |
| aty | + | Marc C. Capone, Gillman, Bruton, and Capone, LLC, 60 Highway 71, Unit 2, Spring Lake Heights, NJ 07762-1878 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Geoffrey Edward Lynott | on behalf of Creditor M&T Bank glynott@mccarter.com  lrestivo@mccarter.com |
| Jeffrey M. Traurig | on behalf of Creditor Waterview Marketplace Owner LLC jtraurig@trauriglaw.com |
| Joseph H. Lemkin | on behalf of Creditor Bridgewater Regency  LLC jlemkin@stark-stark.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 12, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Joseph Ryan McCarthy
    on behalf of Creditor Bridgewater Regency  LLC jmccarthy@stark-stark.com

Marc C Capone
    on behalf of Joint Debtor Lisa A. Romes ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
    on behalf of Debtor Jean-Paul Romes ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Thomas S. Onder
    on behalf of Creditor Bridgewater Regency  LLC tonder@stark-stark.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10