Gillman, Bruton & Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
732-528-1166
Attorney for Debtor-In-Possession
MC 4795

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

**Jean-Paul and Lisa A. Romes**

DEBTOR

CASE NO.: **24-16283**

Hearing Date:

Judge: **John K. Sherwood**

# CERTIFICATION OF SERVICE

1. I, **Tiffany Vasarkovy**:

  ___ represent the _____ in the above-captioned matter.

  **X** am the secretary/paralegal for **Marc C. Capone**, who represents the **Debtor-In-Possession** in the above captioned matter.

2. On **June 18, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

  **Order Approving Disclosure Statement and Ballots**

3. I hereby certify that under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 6/18/2025

/s/ Tiffany Vasarkovy
TIFFANY VASARKOVY

4915-5847-9951, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ___ Hand Delivered<br> **X**  Regular Mail<br>___Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Jean-Paul and Lisa Romes<br>5125 Glenbrook Road<br>Stroudsburg, PA18360 | Debtors | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br> **X**  E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd.<br>Melville, NY 11747 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Altronics Security Systems<br>824 8th Avenue<br>Bethlehem, PA 18018 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Express Business Platinum Card<br>PO Box 6031<br>Carol Stream, IL 60197 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| AW Billing Services<br>4431 N. Dixie Highway<br>Boca Raton, FL 33431 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Bank of America<br>Attn: Bankruptcy<br>PO Box 17237<br>Wilmington, DE 19886 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bankers Healthcare Group, LLC<br>318 S. Clinton Suite 400<br>Syracuse, NY 13202 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Blue Ridge Communications<br>PO Box 316<br>Palmerton, PA 18071 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| CAN Capital<br>414 W 14th Street<br>10014 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Carson 1994 Corp/JanPro of Northern NJ<br>142 Fairfield Rd<br>Fairfield, NJ 07004 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CESC-Covid EIDL Service Center<br>14925 Kingston Rd<br>Fort Worth, TX 76155 | Creditor | ___ Hand Delivered<br> **X**__ Regular Mail<br>___Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Chase Bank - Ink Card<br>PO Box 6294<br>Carol Stream, IL 60197 | Creditor | ___ Hand Delivered<br> **X**__ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Chase Card Services<br>Attn: Bankruptcy P.O. 15298<br>Wilmington, DE 19850 | Creditor | ___ Hand Delivered<br> **X**__ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Citi AAdvantage Business Card<br>PO Box 71820<br>Philadelphia, PA 19176 | Creditor | ___ Hand Delivered<br> **X**__ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>Saint Louis, MO 63179 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Cross River Bank<br>885 Teaneck Rd<br>Teaneck, NJ 07666 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Empire Mortgage of CNY Inc.<br>112 South Burdick Steet<br>Fayetteville, NY 13066 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ERC Specialists<br>560 E Timpanogos Circle<br>Orem, UT 84097 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Experity, Inc.<br>Attn.: General Counsel<br>8777 Velocity Drive<br>Machesney Park, IL 61115 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Flagstar Bank<br>Attn: Bankruptcy 5151 Corporate Drive<br>Troy, MI 48098 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Hamilton Twp Tax Collector<br>PO Box 308<br>18364 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4915-5847-9951, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Henry Shein Medical Suppler<br>Dept. CH 10560<br>Palatine, IL 60055 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Itria Ventures LLC<br>One Penn Plaza 3101<br>New York, NY 10119 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| J. P. Mascaro & Sons<br>2650 Audubon Rd<br>Norristown, PA 19403 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Jersey Central Power & Light<br>PO Box 3687<br>Akron, OH 44309 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kubota Credit Corp, USA<br>Attn: Bankruptcy<br>PO Box 2048<br>Grapevine, TX 76099 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Marsden Medical Physics Assoc<br>220 Myrtle Ave<br>Bound Brook, NJ 08805 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Marshalls Creek Group LLC<br>301 Mill Road Suite L6<br>Hewlett, NY 11557 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Met Ed<br>PO Box 3687<br>Akron, OH 44309 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Mirion Technologies Inc /Dosimetry Services<br>PO Box 101301<br>Pasadena, CA 91189 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| MRDS Marketing/JanPro of Central NJ<br>1090 King Georges Post Road Suite 507<br>Edison, NJ 08837 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Nelnet<br>Attn: Bankruptcy Claims<br>PO Box 82505<br>Lincoln, NE 68501-2505 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4915-5847-9951, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Natural Gas<br>PO Box 11743<br>Newark, NJ 07101 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Newman Williams P.C.<br>PO Box 511<br>Stroudsburg, PA 18360 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| NJNG<br>1415 Wyckoff Road<br>Belmar, NJ 07719 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Optimum<br>1111 Stewart Ave<br>Bethpage, NY 11714 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4915-5847-9951, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pen Tele Data<br>PO Box 401<br>Palmerton, PA 18071 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| PNC Bank<br>PO Box 71335<br>Philadelphia, PA 19176 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| PNC Bank National Association<br>One Financial Parkway Mailstop<br>Z1-YB42-01-2<br>Kalamazoo, MI 49009 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| PNC Financial<br>Attn: Bankruptcy<br>300 Fifth Avenue<br>Pittsburgh, PA 15222 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4915-5847-9951, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pocono Retail Associates, LLC c/o Riverview Management 3200 West Market Street Suite 200 44333 | Creditor | ___ Hand Delivered  **X**  Regular Mail ___Certified mail/RR ___ E-mail___ ___ Notice of Electronic Filing ___ Other_____ |
| PPL Electric PO Box 419054 Saint Louis, MO 63141 | Creditor | ___ Hand Delivered  **X**  Regular Mail ___ Certified mail/RR ___ E-mail ___ Notice of Electronic Filing ___ Other_____ |
| PSE&G Po Box 14444 New Brunswick, NJ 08906-4444 | Creditor | ___ Hand Delivered  **X**  Regular Mail ___ Certified mail/RR ___ E-mail ___ Notice of Electronic Filing ___ Other_____ |
| RLB Accountants 814 Main Street Suite 100 Stroudsburg, PA 18360 | Creditor | ___ Hand Delivered  **X**  Regular Mail ___ Certified mail/RR ___ E-mail ___ Notice of Electronic Filing ___ Other_____ |

4915-5847-9951, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| RoundPoint Mortgage Servicing Corporation<br>Attn: Bankruptcy<br>PO Box 19409<br>Charlotte, NC 28219-9409 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Solomon Container Service<br>495 Stanton Street<br>Wilkes Barre, PA 18702 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Stearns Bank N.A.<br>4191 2nd Street South<br>Saint Cloud, MN 56301 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Suburban Propane<br>PO Box J<br>Whippany, NJ 07981 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4915-5847-9951, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Small Business Administration<br>2 North Street Suite 320<br>Birmingham, AL 35202 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| UGI Utilities<br>PO Box 1553<br>Wilmington, DE 19886 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Verizon FIOS<br>PO Box 15124<br>Albany, NY 12212 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Waterview Marketplace Owner LLC<br>c/o RD Management LLC<br>810 Seventh Ave. 10th Floor<br>New York, NY 10019 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Waterview Marketplace Owner, LLC c/o Bisgaier Hoff 25 Chestnut Street Suite 3 Haddonfield, NJ 08033 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___Certified mail/RR<br>___ E-mail___<br>___ Notice of Electronic Filing<br>___ Other_____ |
| WebBank 215 S. State Street Suite 100 Salt Lake City, UT 84111 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
|  |  | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
|  |  | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4915-5847-9951, v. 1