| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>GILLMAN CAPONE, LLC<br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>(732) 528-1166<br>Attorney for Debtors- In-Possession<br>MARC C. CAPONE MC4795 | |
| In Re:<br><br>**Jean-Paul and Lisa A. Romes** | Case No.:   **24-16283**<br><br>Judge:   **John K. Sherwood**<br><br>Chapter:   **11** |

## CERTIFICATION OF BALLOTING

I, Marc C. Capone, Esq., hereby certify as follows:

1. I am a member of the law firm of Gillman Capone, LLC, the attorney for the debtor in the above captioned Chapter 11. I make this Certification of Balloting pursuant to rule 3018-2 of the Local Rules of Procedure governing the United States Bankruptcy Court for the District of New Jersey. The hearing on confirmation of the Debtor's Second Modified Plan pursuant to Chapter 11 is scheduled for June 24, 2025.

2. The bar date for filing ballots was June 17, 2025. Prior to the bar date, I received a total of two (2) ballots. Post deadline I also received two (2) ballots.

3. Of the four (4) ballots cast, two (2) are from Impaired Class 6, general unsecured creditors, one (1) is from Impaired Class 3 and one (1) is from Impaired Class 4.

4. The member of Class 3 secured creditor, M&T Bank, cast its ballot to <u>accept</u> the Debtor's Plan of Reorganization. M&T Bank's secured claim is in the amount of $405,138.62

with the balance of its claim being treated as unsecured pursuant to Class 6 is in the amount of $1,193,684.05.

5.   The members of Class 4, secured creditor, M&T Bank's secured claims are being reclassified as general unsecured to be treated under Class 6, cast its ballot to <u>accept</u> the Debtor's Plan of Reorganization. M&T Bank's claims are in the total amount of $1,520,703.56.

6.   The remaining ballots were cast by member of Class 6, general unsecured creditors, by American Express, which casts its ballots to <u>accept</u> the Plan of Reorganization. American Express's claims total $123,159.73.

|         | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---------|-----------------|------------------------|-----------------------------|-----------------------------|---------------------------------|------------------------------------|------------------------------------|---------------------------------------|---------------|
| CLASS 1 | No              | 0                      | 0                           | 0                           |                                 | $0.00                              | $0.00                              | 0%                                    | N/A           |
| CLASS 2 | No              | 0                      | 0                           | 0                           |                                 | $0.00                              | $0.00                              | 0%                                    | N/A           |
| CLASS 3 | Yes             | 1                      | 1                           | 0                           | 100%                            | $405,138.62                        | $0.00                              | 100%                                  | Yes           |
| CLASS 4 | Yes             | 2                      | 2                           | 0                           | 100%                            | $1,520,703.56                      | $0.00                              | 100%                                  | Yes           |
| CLASS 5 | No              | 0                      | 0                           | 0                           |                                 | $0.00                              | $0.00                              | 0%                                    | N/A           |
| CLASS 6 | Yes             | 4                      | 4                           | 0                           | 100%                            | $2,837,547.34                      | $0.00                              | 100%                                  | Yes           |

I hereby certify, under penalty of perjury, that all of the above statements are true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: 6/23/2025

/s/ Marc C. Capone
MARC C. CAPONE, ESQ.
Gillman, Bruton & Capone, LLC
Counsel for Debtor-In-Possession