Form 147 – ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24−16283−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Jean-Paul Romes | Lisa A. Romes |
|---|---|
| 5125 Glenbrook Rd | 5125 Glenbrook Rd |
| Stroudsburg, PA 18360 | Stoudsburgh, PA 18360 |

Social Security No.:
   xxx−xx−0880                          xxx−xx−7199

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on June 27, 2025.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(c).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−4.

Dated: June 27, 2025
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 24-16283-JKS

Jean-Paul Romes                                                                                           Chapter 11

Lisa A. Romes

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: 147 | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jean-Paul Romes, Lisa A. Romes, 5125 Glenbrook Rd, Stroudsburg, PA 18360-6793 |
| aty | + | Marc C. Capone, Gillman, Bruton, and Capone, LLC, 60 Highway 71, Unit 2, Spring Lake Heights, NJ 07762-1878 |
| cr | + | Bridgewater Regency, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | M&T Bank, c/o McCarter & English, LLP, Attn: Geoffrey E. Lynott, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| 520307579 | + | AW Billing Services, 4431 N. Dixie Highway, Boca Raton, FL 33431-5028 |
| 520307576 | + | Altronics Security Systems, 824 8th Avenue, Bethlehem, PA 18018-3598 |
| 520307582 | + | Blue Ridge Communications, PO Box 316, Palmerton, PA 18071-0316 |
| 520547275 | + | Bridgewater Regency, LLC, c/o Stark & Stark, PC, Attn: Thomas Onder, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520307583 | + | CAN Capital, 414 W 14th Street 10014-1030 |
| 520307585 | | CESC-Covid EIDL Service Center, 14925 Kingston Rd, Fort Worth, TX 76155 |
| 520307584 | + | Carson 1994 Corp/JanPro of Northern NJ, 142 Fairfield Rd, Fairfield, NJ 07004-2407 |
| 520307586 | + | Chase Bank - Ink Card, PO Box 6294, Carol Stream, IL 60197-6294 |
| 520307592 | + | Empire Mortgage of CNY Inc., 112 South Burdick Steet, Fayetteville, NY 13066-1937 |
| 520307594 | + | Experity, Inc., Attn.: General Counsel, 8777 Velocity Drive, Machesney Park, IL 61115-8002 |
| 520307598 | + | Henry Shein Medical Suppler, Dept. CH 10560, Palatine, IL 60055-0001 |
| 520307599 | + | Itria Ventures LLC, One Penn Plaza 3101, New York, NY 10119-3101 |
| 520379039 | + | Itria Ventures LLC as servicer for Cross River Ban, c/o Seidman & Pincus LLC, 777 Terrace Avenue, Suite 508, Hasbrouck Heights, New Jersey 07604-3114 |
| 520307600 | + | J. P. Mascaro & Sons, 2650 Audubon Rd, Norristown, PA 19403-2400 |
| 520377462 | + | Jeffrey Traurig, Traurig Law LLC, One University Plaza, Suite 124, Hackensack, NJ 07601-6242 |
| 520307603 | | M&T Bank, One M&T Plaza, Buffalo, NY 14203 |
| 520307609 | + | MRDS Marketing/JanPro of Central NJ, 1090 King Georges Post Road Suite 507, Edison, NJ 08837-3720 |
| 520307604 | | Marsden Medical Physics Assoc, 220 Myrtle Ave, Bound Brook, NJ 08805 |
| 520307605 | + | Marshalls Creek Group LLC, 301 Mill Road Suite L6, Hewlett, NY 11557-1232 |
| 520307608 | + | Mirion Technologies Inc.Dosimetry Services, PO Box 101301, Pasadena, CA 91189-0006 |
| 520307613 | | NJNG, 1415 Wyckoff Road, Belmar, NJ 07719 |
| 520307611 | + | New Jersey Natural Gas, PO Box 11743, Newark, NJ 07101-4743 |
| 520307612 | #+ | Newman Williams P.C., PO Box 511, Stroudsburg, PA 18360-0511 |
| 520307615 | + | Pen Tele Data, PO Box 401, Palmerton, PA 18071-0401 |
| 520307619 | + | Pocono Retail Associates, LLC, c/o Riverview Management, 3200 West Market Street Suite 44333-3325 |
| 520307624 | + | RLB Accountants, 814 Main Street Suite 100, Stroudsburg, PA 18360-1602 |
| 520307627 | + | Solomon Container Service, 495 Stanton Street, Wilkes Barre, PA 18702-6174 |
| 520307630 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35202 |
| 520307631 | + | UGI Utilities, PO Box 1553, Wilmington, DE 19886-0001 |
| 520307634 | + | Waterview Marketplace Owner LLC, c/o RD Management LLC, 810 Seventh Ave. 10th Floor, New York, NY 10019-5887 |
| 520307635 | + | Waterview Marketplace Owner, LLC, c/o Bisgaier Hoff, 25 Chestnut Street Suite 3, Haddonfield, NJ 08033-1857 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2025 21:12:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520307575 | + | Email/Text: frank.abrignani@agaltd.com | Jun 27 2025 21:12:00 | A.G. Adjustments, Ltd., 740 Walt Whitman Rd., Melville, NY 11747-2212 |
| 520307577 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 21:21:45 | American Express Business Platinum Card, PO Box 6031, Carol Stream, IL 60197-6031 |
| 520354645 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 21:09:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520307578 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 21:21:48 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520307580 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2025 21:11:00 | Bank of America, Attn: Bankruptcy, P.O.Box 17237, Wilmington, DE 19886-0001 |
| 520319987 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2025 21:11:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520373324 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2025 21:11:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520307581 | + | Email/Text: bankruptcy@bhg-inc.com | Jun 27 2025 21:11:00 | Bankers Healthcare Group, LLC, 318 S. Clinton Suite 400, Syracuse, NY 13202-1127 |
| 520307590 | | Email/Text: skeller@crossriver.com | Jun 27 2025 21:12:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666 |
| 520307587 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2025 21:21:48 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 520307588 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 21:21:23 | Citi AAdvantage Business Card, PO Box 71820, Philadelphia, PA 19176-1820 |
| 520307589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 21:21:32 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520321216 | | Email/Text: mrdiscen@discover.com | Jun 27 2025 21:11:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520307591 | + | Email/Text: mrdiscen@discover.com | Jun 27 2025 21:11:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520307593 | + | Email/Text: legal@ercspecialists.com | Jun 27 2025 21:12:00 | ERC Specialists, 560 E Timpanogos Circle, Orem, UT 84097-6225 |
| 520307596 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 21:12:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520661051 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 21:12:00 | Flagstar Bank, N.A., Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9096 |
| 520344320 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 21:12:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520661052 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 21:12:00 | Flagstar Bank, N.A., Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741, Flagstar Bank, N.A., Nationstar Mortgage LLC 75261-9096 |
| 520307601 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2025 21:12:00 | Jersey Central Power & Light, PO Box 3687, Akron, OH 44309 |
| 520353145 | + | Email/Text: RASEBN@raslg.com | Jun 27 2025 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, |

District/off: 0312-2            User: admin            Page 3 of 5

Date Rcvd: Jun 27, 2025            Form ID: 147            Total Noticed: 81

| ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Suite 100, Boca Raton, FL 33487-2853 |
| 520326171 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2025 21:12:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520307602 | ^ | MEBN | Jun 27 2025 21:05:58 | Kubota Credit Corp, USA, Attn: Bankruptcy, PO Box 2048, Grapevine, TX 76099 |
| 520371628 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Jun 27 2025 21:12:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520326208 | + | Email/Text: camanagement@mtb.com | Jun 27 2025 21:13:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 520307607 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2025 21:12:00 | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 520307610 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 27 2025 21:13:00 | Nelnet, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 520307614 | + | Email/Text: bcwrtoff@cablevision.com | Jun 27 2025 21:13:00 | Optimum, 1111 Stewart Ave, Bethpage, NY 11714-3533 |
| 520307616 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2025 21:11:00 | PNC Bank, PO Box Box 71335, Philadelphia, PA 19176 |
| 520366765 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2025 21:11:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520307617 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2025 21:11:00 | PNC Bank National Association, One Financial Parkway Mailstop Z1-YB42-0, Kalamazoo, MI 49009 |
| 520307618 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2025 21:11:00 | PNC Financial, Attn: Bankruptcy 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520307621 | ^ | MEBN | Jun 27 2025 21:06:59 | PPL Electric, PO Box 419054, Saint Louis, MO 63141-9054 |
| 520307622 | ^ | MEBN | Jun 27 2025 21:04:23 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 520307626 | ^ | MEBN | Jun 27 2025 21:04:03 | RoundPoint Mortgage Servicing Corporation, Attn: Bankruptcy, PO Box 19409, Charlotte, NC 28219-9409 |
| 520307628 | | Email/Text: Bankruptcy@stearnsbank.com | Jun 27 2025 21:11:00 | Stearns Bank N.A., 4191 2nd Street South, Saint Cloud, MN 56301 |
| 520373839 | | Email/Text: Bankruptcy@stearnsbank.com | Jun 27 2025 21:11:00 | Stearns Bank National Association, c/o Bankruptcy Dept., 500 13th Street, Albany, MN 56307 |
| 520307629 | | Email/Text: _Credit&Collections@suburbanpropane.com | Jun 27 2025 21:12:00 | Suburban Propane, PO Box J, Whippany, NJ 07981 |
| 520377020 | ^ | MEBN | Jun 27 2025 21:06:10 | TH MSR Holdings LLC, c/o RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 520331380 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 27 2025 21:13:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 520307632 | + | Email/Text: bankruptcynotices@sba.gov | Jun 27 2025 21:12:00 | US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |
| 520307633 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 27 2025 21:11:00 | Verizon FIOS, PO Box 15124, Albany, NY 12212-5124 |
| 520307636 | + | Email/Text: bankruptcy@webbank.com | Jun 27 2025 21:11:00 | WebBank, 215 S. State Street Suite 100, Salt Lake City, UT 84111-2330 |

TOTAL: 46

District/off: 0312-2               User: admin                       Page 4 of 5

Date Rcvd: Jun 27, 2025            Form ID: 147                    Total Noticed: 81

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520307595 | | First Insurance Finance |
| 520307597 | | Hamilton Twp Tax Collector, PO Box 308, 18364 |
| 520307606 | | MedFirst Urgent Care |
| 520307620 | | Pocono Urgent Care |
| 520307623 | | Regency Centers |
| 520307625 | | Romes Urgent Care Services, LLC |
| 520354646 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520369266 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 6 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Geoffrey Edward Lynott | on behalf of Creditor M&T Bank glynott@mccarter.com  lrestivo@mccarter.com |
| Jeffrey M. Traurig | on behalf of Creditor Waterview Marketplace Owner LLC jtraurig@trauriglaw.com |
| Joseph H. Lemkin | on behalf of Creditor Bridgewater Regency  LLC jlemkin@stark-stark.com |
| Joseph Ryan McCarthy | on behalf of Creditor Bridgewater Regency  LLC jmccarthy@stark-stark.com |
| Marc C Capone | on behalf of Joint Debtor Lisa A. Romes ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Jean-Paul Romes ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Thomas S. Onder | on behalf of Creditor Bridgewater Regency  LLC tonder@stark-stark.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                    User: admin                                    Page 5 of 5
Date Rcvd: Jun 27, 2025                        Form ID: 147                                Total Noticed: 81

TOTAL: 10