UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GILLMAN CAPONE, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for Debtors- In-Possession
MARC C. CAPONE MC4795

Order Filed on June 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.:   24-16283 |
| **Jean-Paul and Lisa A. Romes** | Judge:   John K. Sherwood |
| | Chapter:   11 |

**ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1129(a)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: June 27, 2025**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

**In re:  Jean-Paul and Lisa A. Romes**
Case No.: **24-16283/JKS**
Caption of Order: **ORDER CONFIRMING DEBTOR'S S CHAPTER 11 PLAN OF REORGANIZATION UNDER SECTION 1129(a)**

The hearing on confirmation of the Debtors' Second Modified Chapter 11 Plan of Reorganization ("Plan"), *Docket no. 60*, which Plan was filed on May 9, 2025, was conducted June 24, 2024. Objection to the Debtors' Plan was filed by Waterview Marketplace Owner, LLC, an unsecured creditor, and that Objection was resolved through the execution of a Consent Order, Docket no. 62, entered on May 12, 2025.  The Court considered the 11 U.S.C. §1129 Certification filed by the Debtors in support of its request for confirmation, as well as the Certification of Balloting filed by counsel for the Debtor indicating acceptance of the Plan by the impaired classes 3, 4 and 6,  and the Court's own review of the Plan and Exhibits, and  good and sufficient cause appearing for the entry of the within order, it is hereby found:

A. <u>Second Modified Plan of Reorganization</u>: The Debtor filed its Second Modified plan on May 9, 2025.  The Modified Plan satisfies all of the applicable provisions of 11 U.S.C.§1129(a) and thereby may be confirmed.

B. <u>Objection of Waterview Marketplace Owner, LLC</u>: the Objection of Waterview Marketplace Owner, LLC has been resolved, as fully set forth in the Consent Order entered May 12, 2025 and summarized as follows:

   <u>i.</u>   The Debtors Second Modified Plan increased monthly payments under the Plan to $9,500.00 beginning in month 19 through month 60, which will result in an increased dividend to general unsecured creditors totaling $31,000.00

   <u>ii.</u>   Waterview Marketplace Owner LLC 's Proof of Claim(Claim No. 22), shall be deemed allowed as filed. The Debtor shall not object to or otherwise move against the claim filed by Waterview Marketplace Owner, LLC.

C. <u>Certification of Balloting</u>.  The Impaired classes 3,4 and 6 cast ballots in favor of the Plan.  (*See Docket No. 70).*

D. <u>Feasibility</u>. The Debtors' Plan provides for monthly payments over a period of 60 months.  The cash flow projections submitted show sufficient disposable income from Dr. Romes's employment to fund Plan payments. Payments begin at $8,742/month and increase to $9,500/month in month 19, resulting in total Plan funding of over $503,000. These funds will cover secured claims (including $405,138.62 to M&T

**In re:  Jean-Paul and Lisa A. Romes**
Case No.: **24-16283/JKS**
Caption of Order: **ORDER CONFIRMING DEBTOR'S S CHAPTER 11 PLAN OF REORGANIZATION UNDER SECTION 1129(a)**

  Bank), administrative and priority claims, and the dividend to general unsecured creditors. The projections account for household living expenses and demonstrate a sustainable monthly surplus

 E. <u>Best Interest of Debtor's Estate</u>.  The Liquidation Analysis provided in the Debtors' Disclosure Statement under Section IV, B if the case were converted to Chapter 7, unsecured creditors would likely receive nothing due to the costs associated with liquidation, trustee commissions, and administrative expenses. The Plan provides for payments totaling approximately $56,880.00 to general unsecured creditors over 60 months, representing a projected dividend of approximately 1.14%.  Accordingly, there is no benefit to the Debtor estate if the case were to be converted to Chapter 7 or dismissed.

**The Court having made the foregoing determinations it is hereby ADJUDGED AND ORDERED as follows:**

1. The Debtors' Second Modified Plan of Reorganization filed on May 9, 2025, meets and satisfies all of the applicable requirements of 11 U.S.C.§1129 and that Plan of Reorganization is hereby confirmed pursuant to 11 U.S.C. §1129(a).

2. Gillman Capone LLC be and hereby is appointed as the Disbursing Agent under the Plan. Gillman Capone LLC shall be paid its applicable hourly billing rates to act as the Disbursing Agent under the Plan.

3. In accordance with D.N.J. LBR 3021-1, as amended, the Debtors shall file the Court's Form Report of Distribution Under Confirmed Chapter 11 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 24-16283-JKS
Jean-Paul Romes                                                                         Chapter 11
Lisa A. Romes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                                Page 1 of 2
Date Rcvd: Jun 27, 2025               Form ID: pdf903                         Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean-Paul Romes, 5125 Glenbrook Rd, Stroudsburg, PA 18360-6793 |
| jdb | + | Lisa A. Romes, 5125 Glenbrook Rd, Stroudsburgh, PA 18360-6793 |
| aty | + | Marc C. Capone, Gillman, Bruton, and Capone, LLC, 60 Highway 71, Unit 2, Spring Lake Heights, NJ 07762-1878 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Flagstar Bank NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Geoffrey Edward Lynott | on behalf of Creditor M&T Bank glynott@mccarter.com lrestivo@mccarter.com |
| Jeffrey M. Traurig | on behalf of Creditor Waterview Marketplace Owner LLC jtraurig@trauriglaw.com |
| Joseph H. Lemkin | on behalf of Creditor Bridgewater Regency LLC jlemkin@stark-stark.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Joseph Ryan McCarthy
    on behalf of Creditor Bridgewater Regency  LLC jmccarthy@stark-stark.com

Marc C Capone
    on behalf of Joint Debtor Lisa A. Romes ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
    on behalf of Debtor Jean-Paul Romes ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Thomas S. Onder
    on behalf of Creditor Bridgewater Regency  LLC tonder@stark-stark.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10