**GILLMAN CAPONE LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gillmancapone.com

Order Filed on August 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:                              | Chapter 11                      |
|-------------------------------------|---------------------------------|
| Jean-Paul and Lisa A. Romes,        | Case No. 24-16283               |
| Debtor(s).                          | Hearing Date: August 7, 2025    |
|                                     | Judge:  John K. Sherwood        |

**ORDER GRANTING FEE APPLICATION**

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: August 7, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

4939-0565-9474, v. 1

Debtor: **Jean-Paul and Lisa A.Romes**
Case No. 24-16283 JKS
Caption of Order: **Order Granting Fee Application**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to all creditors and other parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commission/Fees | Expenses |
|---|---|---|
| Gillman Capone Law LLC (Counsel for Debtors) | $53,928.00 | $2,575.91 |

4939-0565-9474, v. 1