**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on August 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Jean-Paul and Lisa A. Romes, | Case No. 24-16283 |
| Debtor(s). | Hearing Date: August 7, 2025 |
| | Judge: John K. Sherwood |

# ORDER GRANTING FEE APPLICATION

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: August 7, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

4939-0565-9474, v. 1

Debtor: **Jean-Paul and Lisa A.Romes**
Case No. 24-16283 JKS
Caption of Order: **Order Granting Fee Application**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to all creditors and other parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commission/Fees | Expenses |
|---|---|---|
| Gillman Capone Law LLC (Counsel for Debtors) | $53,928.00 | $2,575.91 |

4939-0565-9474, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16283-JKS |
| Jean-Paul Romes | Chapter 11 |
| Lisa A. Romes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jean-Paul Romes, Lisa A. Romes, 5125 Glenbrook Rd, Stroudsburg, PA 18360-6793 |
| aty | + | Marc C. Capone, Gillman, Bruton, and Capone, LLC, 60 Highway 71, Unit 2, Spring Lake Heights, NJ 07762-1878 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Flagstar Bank  NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Geoffrey Edward Lynott | on behalf of Creditor M&T Bank glynott@mccarter.com  lrestivo@mccarter.com |
| Jeffrey M. Traurig | on behalf of Creditor Waterview Marketplace Owner LLC jtraurig@trauriglaw.com |
| Joseph H. Lemkin | on behalf of Creditor Bridgewater Regency  LLC jlemkin@stark-stark.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Joseph Ryan McCarthy
    on behalf of Creditor Bridgewater Regency  LLC jmccarthy@stark-stark.com

Marc C Capone
    on behalf of Joint Debtor Lisa A. Romes ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
    on behalf of Debtor Jean-Paul Romes ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Thomas S. Onder
    on behalf of Creditor Bridgewater Regency  LLC tonder@stark-stark.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10