UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Jean-Paul Romes and Lisa A. Romes | Case No.:  24-16283 |
| | Chapter:  11 |
| | Hearing Date:  12/16/2025 |
| | Judge:  John K. Sherwood |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after ___December 23, 2025___ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:            December 16, 2025

Time:            10:00 am

Location:       US BANKRUPTCY COURT

50 Walnut Street, 3rd fl

Newark, NJ 07102

DATED:  November 25, 2025                               JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*