**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on January 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:  Jean-Paul and Lisa A. Romes,  Debtor(s). | Chapter 11  Case No. 24-16283  Hearing Date: January 15, 2026  Judge: John K. Sherwood |
|---|---|

**ORDER GRANTING FEE APPLICATION**

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: January 20, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: **Jean-Paul and Lisa A. Romes**
Case No. 24-16283 JKS
Caption of Order: **Order Granting Fee Application**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to all creditors and other parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commission/Fees | Expenses |
| --- | --- | --- |
| Gillman Capone Law LLC (Counsel for Debtors) | $4,989.00 | $0 |

4939-0565-9474, v. 2