Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                             Case No.:  24−16283−JKS
                             Chapter:  11
                             Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jean−Paul Romes | Lisa A. Romes |
| 5125 Glenbrook Rd | 5125 Glenbrook Rd |
| Stroudsburg, PA 18360 | Stoudsburgh, PA 18360 |

Social Security No.:
  xxx−xx−0880                                              xxx−xx−7199

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 2, 2026</u>                 <u>John K. Sherwood</u>
                                                  Judge, United States Bankruptcy Court